

**Dated: February 4, 2016**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | ) | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | |
| OSAGE EXPLORATION AND | ) | Case No. 16-10308 |
| DEVELOPMENT, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING DEBTOR'S AMENDED APPLICATION TO SHORTEN TIME
AND FOR EXPEDITED CONSIDERATION OF FIRST DAY MOTIONS**

This matter comes before the Court upon the Amended Application filed by Osage Exploration and Development, Inc., debtor and debtor-in-possession in the above-captioned case (the "Debtor"), to Shorten Time and for Expedited Consideration of First Day Motions (the "Application") filed February 4, 2016 [Dkt. No. 7].  For cause shown in the Application, the Court finds that the Application should be granted.

**IT IS THEREFORE ORDERED** that those of the following motions that are filed by the Debtor on February 4, 2016 (the "First Day Motions") are hereby set for hearing before the Honorable Sarah A. Hall in the 9th floor courtroom, U.S. Bankruptcy Court, 215 Dean A. McGee, Oklahoma City, OK 73102 on February 9, 2016, at 9:30 a.m.:

1. Expedited Motion for Entry of an Order Limiting Notice and Granting Authority to Establish the Master Service List Applicable to this Case;

2. Application for Order Pursuant to § 327(a) Authorizing the Employment and Retention of Crowe and Dunlevy as General Bankruptcy and Litigation Counsel for Debtor;

3. Motion for Interim and Final Orders (A) Authorizing the Debtor to Use Cash Collateral, (B) Authorizing the Debtor to Obtain Post-Petition Financing, (C) Granting Superpriority Security Interests and Superpriority Administrative Expense Status to the Lender, (D) Granting Adequate Protection to Existing Lienholders; (E) Scheduling a Final Hearing; and (F) Granting Related Relief; and

4. Motion to pay (I) undisputed prepetition joint interest billings, Royalty and other obligations owing under oil & gas leases; and (II) undisputed prepetition claims subject to statutory liens; and (III) undisputed obligations or taxes owed to governmental authorities.

**IT IS FURTHER ORDERED** that Responses and Objections to those of the First Day Motions filed by the Debtor on February 4, 2016, shall be filed no later than February 8, 2016, at 12:00 p.m. (C.S.T.)

**IT IS FURTHER ORDERED** the Final Hearing on any interim orders entered regarding the First Day Motions is set for February 25, 2016, at 9:30 a.m.

**IT IS FURTHER ORDERED** that Responses and Objections to the First Day Motions set for Final Hearing shall be filed no later than February 19, 2016.

####

2918979.3

APPROVED FOR ENTRY:

**CROWE & DUNLEVY**

*/s/ Mark A. Craige*
Mark A. Craige, OBA No. 1992
Michael R. Pacewicz, OBA No. 18794
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma 74103-3313
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
e-mail address:
mark.craige@crowedunlevy.com
michael.pacewicz@crowedunlevy.com

*Proposed Attorneys for Debtor In Possession*