## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| ) | Chapter 11 |
| In re: ) | |
| ) | |
| OSAGE EXPLORATION AND ) | Case No. 16-10308 SAH |
| DEVELOPMENT, INC., ) | |
| ) | |
| Debtor. ) | |
| ) | |

## AMENDED
## SCHEDULES A, B, D, E, F, G, H
## AND STATEMENT OF FINANCIAL AFFAIRS
## OF OSAGE EXPLORATION AND DEVELOPMENT, INC.

Osage Exploration and Development, Inc., Debtor herein, submits the attached Schedules

A, B, D, E, F, G, H and Statement of Financial Affairs.

Respectfully submitted,

___/s/Mark A. Craige_____
Mark A. Craige, OBA No. 1992
Michael R. Pacewicz, OBA No. 18794
Crowe & Dunlevy, P.C.
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma 74103-3313
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
mark.craige@crowedunlevy.com
michael.pacewicz@crowedunlevy.com

-and-

John Paul K. Napier, SBT No. 24070314
Crowe & Dunlevy, P.C.
324 North Robinson, Suite 100
Oklahoma City, Oklahoma 73102
405.235.7700 Telephone Number
405.239.6651 Facsimile Number
john.napier@crowedunlevy.com

*Proposed Counsel for Debtor*

**Fill in this information to identify the case:**

Debtor name    Osage Exploration and Development, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    16-10308-SAH

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2016**    X /s/ Kim Bradford
                                        Signature of individual signing on behalf of debtor

                                        **Kim Bradford**
                                        Printed name

                                        **President, CEO, Chairman**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Osage Exploration and Development, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **16-10308-SAH**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................  $    **9,866,010.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*........................................................................  $    **1,281,142.34**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*..........................................................................  $    **11,147,152.34**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $    **31,991,829.14**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................  $    **3,037.91**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................  +$    **7,469,811.59**

4.  **Total liabilities** ....................................................................................................
Lines 2 + 3a + 3b      $    **39,464,678.64**

---

**Fill in this information to identify the case:**

Debtor name   **Osage Exploration and Development, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known)   **16-10308-SAH**

☐ Check if this is an amended filing

---

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| **Checking** **Last 4 digits of Acc# : 0358** 3.1.. **San Diego Private Bank** | **Checking** | 0358 | $77,967.36 |

**4.**   **Other cash equivalents** *(Identify all)*

**5.**   **Total of Part 1.**

|  | $77,967.36 |
| --- | --- |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. | **Bond- State of Oklahoma** | $25,000.00 |
| --- | --- | --- |

| 7.2.. | **OK Operator CD** | $25,857.23 |
| --- | --- | --- |

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Osage Exploration and Development, Inc.**
Name

Case number *(if known)* **16-10308-SAH**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1.. | **Insurance Prepaid** | $74,419.60 |
| 8.2.. | **Sofware License** | $12,361.70 |
| 8.3.. | **Retainer - Crowe & Dunley** | $54,929.00 |
| 8.4.. | **Retainer - David R. Payne, CRO, c/o D.R. Payne and Associates, Inc.** | $25,000.00 |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$217,567.53

---

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 120,251.08 | - | 0.00 | = .... | $120,251.08 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 31,098.31 | - | 0.00 | = .... | $31,098.31 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 560,078.54 | - | 0.00 | =.... | $560,078.54 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 205,397.65 | - | 0.00 | =.... | $205,397.65 |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$916,825.58

---

**Part 4:**    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Osage Exploration and Development, Inc.**    Case number *(if known)* **16-10308-SAH**
Name

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Pipe - Approximately 6,400 feet | | $0.00 | Appraisal | $20,000.00 |
| Barrels of Oil in Operating Lease Tank Batteries | | $0.00 | | $44,183.06 |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.                     $64,183.06

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. **Office furniture** Office Furniture & Fixtures -   California Office | | $0.00 | Tax records | $58.19 |
| 40. **Office fixtures** | | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor **Osage Exploration and Development, Inc.**    Case number *(If known)* **16-10308-SAH**
Name

| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | |
|---|---|---|---|
| | Office equipment & computers - Computer Equipment, Infinity Networking, San Diego Cabling | | |
| | Infinity Network - APC, Infinity Network - Computer, Infinity Network - Monitor, Infinity Network - Computer, Printer, Infinity Network - | $0.00 | Tax records | $4,540.62 |

| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
|---|---|---|

| 43. | Total of Part 7. Add lines 39 through 42. Copy the total to line 86. | $4,598.81 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **2014 Ford Expedition** | $0.00 | | Unknown |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Copier** | $0.00 | | Unknown |
| **Computers** | $0.00 | | Unknown |

| 51. | Total of Part 8. Add lines 47 through 50. Copy the total to line 87. | $0.00 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Osage Exploration and Development, Inc.** | Case number *(If known)* **16-10308-SAH** |
|---|---|---|
| | Name | |

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Various Oil & Gas Well Interests - See Attached Schedule 1. The value shown is the 10 Year Present Value based upon the most recent engineering/reserve report shown in the attached Schedule 1. As of the filing of these Schedules, the Debtor has a cash of** | | $0.00 | Revenue based | $9,866,010.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $9,866,010.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Debtor  **Osage Exploration and Development, Inc.**                    Case number *(If known)* **16-10308-SAH**
<u>Name</u>

| 61. | Internet domain names and websites | | |
|---|---|---|---|
| | www.osagexploration.com | $0.00 | Unknown |

| 62. | Licenses, franchises, and royalties |
|---|---|
| 63. | Customer lists, mailing lists, or other compilations |
| 64. | Other intangibles, or intellectual property |
| 65. | Goodwill |

66.    **Total of Part 10.**                                                                                      **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                                                          **Current value of
                                                                                          debtor's interest**

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**Tax Year : 2014**
**At December 31, 2014, the Company had federal and
state net operating loss carry forwards of approximately
$11.8 million which expire at various dates through
2032.**                                        Tax year                          **Unknown**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Debtor    **Osage Exploration and Development, Inc.**                    Case number *(If known)*  **16-10308-SAH**
Name

78.    **Total of Part 11.**                                                                                              **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Osage Exploration and Development, Inc.**                     Case number *(If known)*  **16-10308-SAH**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $77,967.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $217,567.53 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $916,825.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $64,183.06 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,598.81 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $9,866,010.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,281,142.34 | + 91b. $9,866,010.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,147,152.34 |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Osage Exploration and Development, Inc.
As of 1/1/2016

1-1-16 NYMEX Strip
$40.97/$2.49 (2016)
$56.16/$3.74 (2024)

Schedule A

| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| **Osage Operated Wells** | | | | | | | | |
| EVEREST 9-17N-2W 1MH | PDP | 0.65329000 | 0.51022000 | 9-17N-2W | 419.68 | 551.42 | 419.68 | 419,680 |
| MCNALLY 1-20WH | PDP | 0.76047850 | 0.59269000 | 20-17N-2W | 1,144.79 | 963.47 | 1,144.79 | 1,144,790 |
| MCNALLY 29-17N-2W 1MH | PDP | 0.58704000 | 0.46329000 | 29-17N-2W | 655.96 | 584.44 | 655.96 | 655,960 |
| NORVAL GOOCH 1-7MH | PDP | 0.24732000 | 0.19316000 | 7-17N-2W | 977.53 | 808.62 | 977.53 | 977,530 |
| PLAGG 1-19WH | PDP | 0.62524000 | 0.48831000 | 19-17N-2W | 1,700.64 | 1,463.69 | 1,700.64 | 1,700,640 |
| PLAGG 18-17N-2W 1MH | PDP | 0.48774000 | 0.38093000 | 18-17N-2W | 906.67 | 782.03 | 906.67 | 906,670 |
| WHITTEN 1-2WH | PDP | 0.75831000 | 0.58513000 | 2-16N-3W | - | - | - | - |
| WHITTEN 1-3MH | PDP | 0.62488000 | 0.49520000 | 3-16N-3W | 235.45 | 215.69 | 235.45 | 235,450 |
| Total PDP (Well Count: 8) | | | | | 6,040.72 | 5,369.36 | 6,040.72 | 6,040,720 |
| | | | | | | | | |
| 10-16N-4W 1MH | PUD | 0.73640000 | 0.58175600 | 10-16N-4W | 35.02 | (128.35) | - | - |
| EVEREST 9-17N-2W 2MH | PUD | 0.65329000 | 0.51022000 | 9-17N-2W | 145.32 | (26.63) | - | - |
| MCNALLY 1-20MH | PUD | 0.76047850 | 0.59269000 | 20-17N-2W | 201.69 | 5.52 | 5.52 | 5,520 |
| MCNALLY 2-20MH | PUD | 0.76047850 | 0.59269000 | 20-17N-2W | 242.72 | 46.12 | 46.12 | 46,120 |
| MCNALLY 29-17N-2W 2MH | PUD | 0.58704000 | 0.46329000 | 29-17N-2W | 170.82 | 13.58 | 13.58 | 13,580 |
| MCNALLY 5-20WH | PUD | 0.76047850 | 0.59269000 | 20-17N-2W | (531.90) | (619.31) | - | - |
| NORVAL GOOCH 2-7MH | PUD | 0.24732000 | 0.19316000 | 7-17N-2W | 75.41 | 11.26 | 11.26 | 11,260 |
| PLAGG 18-17N-2W 2MH | PUD | 0.48774000 | 0.38093000 | 18-17N-2W | 121.86 | (5.22) | - | - |
| PLAGG 2-19MH | PUD | 0.62524000 | 0.48831000 | 19-17N-2W | 134.03 | (31.25) | - | - |
| PLAGG 4-19WH | PUD | 0.62524000 | 0.48831000 | 19-17N-2W | (460.13) | (540.87) | - | - |
| SHIPMAN 1-1MH | PUD | 0.74529000 | 0.58207100 | 1-16N-3W | 94.08 | (61.41) | - | - |
| SHIPMAN 2-1MH | PUD | 0.74529000 | 0.58207100 | 1-16N-3W | 11.78 | (147.67) | - | - |
| SHIPMAN 4-1WH | PUD | 0.74529000 | 0.58207100 | 1-16N-3W | (657.32) | (777.46) | - | - |
| WHITTEN 1-2MH | PUD | 0.75831000 | 0.58513000 | 2-16N-3W | - | (169.37) | - | - |
| WHITTEN 2-2MH | PUD | 0.75831000 | 0.58513000 | 2-16N-3W | - | (161.14) | - | - |
| WHITTEN 2-3MH | PUD | 0.62488000 | 0.49520000 | 3-16N-3W | 111.34 | (25.00) | - | - |
| WHITTEN 4-3WH | PUD | 0.62488000 | 0.49520000 | 3-16N-3W | (420.66) | (503.32) | - | - |
| WHITTEN 5-2WH | PUD | 0.75831000 | 0.58513000 | 2-16N-3W | (575.78) | (665.68) | - | - |
| WHITTEN 5-3WH | PUD | 0.62488000 | 0.49520000 | 3-16N-3W | (421.89) | (504.21) | - | - |
| Total PUD (Well Count: 19) | | | | | (1,723.61) | (4,290.41) | 76.48 | 76,480 |
| | | | | | | | | |
| 10-16N-4W 2MH | PRUD | 0.73640000 | 0.58175600 | 10-16N-4W | 213.33 | 55.07 | 55.07 | 55,070 |
| 10-16N-4W 4WH | PRUD | 0.73640000 | 0.58175600 | 10-16N-4W | (436.13) | (514.91) | - | - |
| 10-16N-4W 5WH | PRUD | 0.73640000 | 0.58175600 | 10-16N-4W | (430.28) | (506.26) | - | - |
| 11-16N-3W 1MH | PRUD | 0.88500000 | 0.69915000 | 11-16N-3W | 258.51 | 68.63 | 68.63 | 68,630 |
| 11-16N-3W 2MH | PRUD | 0.88500000 | 0.69915000 | 11-16N-3W | 49.36 | (145.60) | - | - |
| 11-16N-3W 4WH | PRUD | 0.88500000 | 0.69915000 | 11-16N-3W | (482.12) | (571.03) | - | - |
| 11-16N-3W 5WH | PRUD | 0.88500000 | 0.69915000 | 11-16N-3W | (476.58) | (562.97) | - | - |
| EVEREST 9-17N-2W 4WH | PRUD | 0.65329000 | 0.51022000 | 9-17N-2W | (487.73) | (574.44) | - | - |
| EVEREST 9-17N-2W 5WH | PRUD | 0.65329000 | 0.51022000 | 9-17N-2W | (460.47) | (538.49) | - | - |

Osage Exploration and Development, Inc.
As of 1/1/2016

1-1-16 NYMEX Strip
$40.97/$2.49 (2016)
$56.16/$3.74 (2024)

Schedule A

| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| MCNALLY 29-17N-2W 4WH | PRUD | 0.58704000 | 0.46329000 | 29-17N-2W | (414.90) | (494.51) | - | - |
| MCNALLY 29-17N-2W 5WH | PRUD | 0.58704000 | 0.46329000 | 29-17N-2W | (384.24) | (454.66) | - | - |
| NORVAL GOOCH 4-7WH | PRUD | 0.24732000 | 0.19316000 | 7-17N-2W | (154.16) | (178.70) | - | - |
| NORVAL GOOCH 5-7WH | PRUD | 0.24732000 | 0.19316000 | 7-17N-2W | (151.92) | (175.58) | - | - |
| PLAGG 18-17N-2W 4WH | PRUD | 0.48774000 | 0.38093000 | 18-17N-2W | (364.12) | (428.86) | - | - |
| PLAGG 18-17N-2W 5WH | PRUD | 0.48774000 | 0.38093000 | 18-17N-2W | (343.77) | (402.02) | - | - |
| PLAGG 5-19WH | PRUD | 0.62524000 | 0.48831000 | 19-17N-2W | (433.77) | (506.46) | - | - |
| SHIPMAN 5-1WH | PRUD | 0.74529000 | 0.58207100 | 1-16N-3W | (541.21) | (635.10) | - | - |
| Total PRUD (Well Count: 17) | | | | | (5,040.40) | (6,565.89) | 123.70 | 123,700 |
| | | | | | | | | |
| 10-16N-4W 3MH | PSUD | 0.73640000 | 0.58175600 | 10-16N-4W | 212.64 | 56.33 | 56.33 | 56,330 |
| 10-16N-4W 6WH | PSUD | 0.73640000 | 0.58175600 | 10-16N-4W | (428.35) | (501.14) | - | - |
| 11-16N-3W 3MH | PSUD | 0.88500000 | 0.69915000 | 11-16N-3W | 256.90 | 66.56 | 66.56 | 66,560 |
| 11-16N-3W 6WH | PSUD | 0.88500000 | 0.69915000 | 11-16N-3W | (471.13) | (554.87) | - | - |
| EVEREST 9-17N-2W 3MH | PSUD | 0.65329000 | 0.51022000 | 9-17N-2W | 178.59 | 9.09 | 9.09 | 9,090 |
| EVEREST 9-17N-2W 6WH | PSUD | 0.65329000 | 0.51022000 | 9-17N-2W | (430.59) | (500.89) | - | - |
| MCNALLY 29-17N-2W 3MH | PSUD | 0.58704000 | 0.46329000 | 29-17N-2W | 202.76 | 46.02 | 46.02 | 46,020 |
| MCNALLY 29-17N-2W 6WH | PSUD | 0.58704000 | 0.46329000 | 29-17N-2W | (355.42) | (419.72) | - | - |
| MCNALLY 3-20MH | PSUD | 0.76047850 | 0.59269000 | 20-17N-2W | 225.69 | 29.59 | 29.59 | 29,590 |
| MCNALLY 6-20WH | PSUD | 0.76047850 | 0.59269000 | 20-17N-2W | (485.67) | (562.77) | - | - |
| NORVAL GOOCH 3-7MH | PSUD | 0.24732000 | 0.19316000 | 7-17N-2W | 95.03 | 31.59 | 31.59 | 31,590 |
| NORVAL GOOCH 6-7WH | PSUD | 0.24732000 | 0.19316000 | 7-17N-2W | (151.21) | (173.80) | - | - |
| PLAGG 18-17N-2W 3MH | PSUD | 0.48774000 | 0.38093000 | 18-17N-2W | 140.18 | 13.73 | 13.73 | 13,730 |
| PLAGG 18-17N-2W 6WH | PSUD | 0.48774000 | 0.38093000 | 18-17N-2W | (315.45) | (366.72) | - | - |
| PLAGG 3-19MH | PSUD | 0.62524000 | 0.48831000 | 19-17N-2W | 179.65 | 17.57 | 17.57 | 17,570 |
| PLAGG 6-19WH | PSUD | 0.62524000 | 0.48831000 | 19-17N-2W | (404.41) | (470.13) | - | - |
| SHIPMAN 3-1MH | PSUD | 0.74529000 | 0.58207100 | 1-16N-3W | 2.84 | (157.24) | - | - |
| SHIPMAN 6-1WH | PSUD | 0.74529000 | 0.58207100 | 1-16N-3W | (508.87) | (593.33) | - | - |
| WHITTEN 3-2MH | PSUD | 0.75831000 | 0.58513000 | 2-16N-3W | 12.16 | (141.04) | - | - |
| WHITTEN 3-3MH | PSUD | 0.62488000 | 0.49520000 | 3-16N-3W | 69.79 | (66.83) | - | - |
| WHITTEN 6-2WH | PSUD | 0.75831000 | 0.58513000 | 2-16N-3W | (533.33) | (611.25) | - | - |
| WHITTEN 6-3WH | PSUD | 0.62488000 | 0.49520000 | 3-16N-3W | (394.83) | (496.66) | - | - |
| Total PSUD (Well Count: 22) | | | | | (2,903.03) | (5,345.91) | 270.48 | 270,480 |
| | | | | | | | | |
| Total Osage Operated (Well Count: 66) | | | | | (3,626.32) | (10,832.85) | 6,511.38 | 6,511,380 |
| | | | | | | | | |
| Devon Operated Wells | | | | | | | | |
| ACTON 33-4-18-2W 1WHX | PDP | 0.00000000 | 0.00091000 | 33-18N-2W | 3.94 | 3.27 | 3.94 | 3,940 |
| BJ (HOPFER) 17-2MH | PDP | 0.13947000 | 0.10878000 | 17-18N-3W | 29.26 | 28.05 | 29.26 | 29,260 |
| BRANSON 33-4-18-2 1WHX | PDP | 0.04625000 | 0.03607500 | 33-18N-2W (MULTI) | 24.87 | 23.42 | 24.87 | 24,870 |
| D. RINGER 1-19MH | PDP | 0.01687000 | 0.01315860 | 19-18N-2W | 5.15 | 4.91 | 5.15 | 5,150 |

Osage Exploration and Development, Inc.
As of 1/1/2016

1-1-16 NYMEX Strip
$40.97/$2.49 (2016)
$56.16/$3.74 (2024)

Schedule A

| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| DIEDRICK 1WH | PDP | 0.06250000 | 0.04875000 | 11-19N-4W | 18.58 | 17.30 | 18.58 | 18,580 |
| DUDEK 1-13MH | PDP | 0.00173000 | 0.00134940 | 13-18N-3W | 0.90 | 0.83 | 0.90 | 900 |
| HOME PLACE 4WH | PDP | 0.05681000 | 0.04431180 | 35-19N-3W | - | - | - | - |
| HOME PLACE 5MH | PDP | 0.05681000 | 0.04431180 | 35-19N-3W | - | - | - | - |
| HOME PLACE 6WH | PDP | 0.05681000 | 0.04431180 | 35-19N-3W | 0.84 | 0.83 | 0.84 | 840 |
| HOPFER 1-17MH | PDP | 0.13947000 | 0.10878000 | 17-18N-3W | - | - | - | - |
| MEG 19-19N-3W 1WH | PDP | 0.06073000 | 0.04736940 | 19-19N-3W | - | - | - | - |
| PENN 31-19-3 1WH | PDP | 0.06506000 | 0.05147000 | 31-19N-3W | - | - | - | - |
| PENN 32-19-3 1WH | PDP | 0.03125000 | 0.02437500 | 32-19N-3W | - | - | - | - |
| PRESSJET 1MH | PDP | 0.05681000 | 0.04431180 | 35-19N-3W | 17.09 | 16.24 | 17.09 | 17,090 |
| PRESSJET 2WH | PDP | 0.05681000 | 0.04431180 | 35-19N-3W | - | - | - | - |
| PRESSJET 3MH | PDP | 0.05681000 | 0.04431960 | 35-19N-3W | 10.67 | 10.26 | 10.67 | 10,670 |
| Total PDP (Well Count: 16) | | | | | 111.30 | 105.11 | 111.30 | 111,300 |
| | | | | | | | | |
| BRANSON 33-18N-2W 1MH | PUD | 0.04625000 | 0.03607500 | 33-18N-2W | 4.69 | (4.91) | - | - |
| D. RINGER 2-19MH | PUD | 0.01687000 | 0.01315860 | 19-18N-2W | 0.51 | (3.04) | - | - |
| D. RINGER 4-19WH | PUD | 0.01687000 | 0.01315860 | 19-18N-2W | (10.26) | (11.90) | - | - |
| DIEDRICK 5WH | PUD | 0.06250000 | 0.04875000 | 11-19N-4W | (29.69) | (33.47) | - | - |
| DUDEK 2-13MH | PUD | 0.00173000 | 0.00134940 | 13-18N-3W | 0.12 | (0.24) | - | - |
| DUDEK 4-13WH | PUD | 0.00173000 | 0.00134940 | 13-18N-3W | (1.01) | (1.17) | - | - |
| DUDEK 5-13WH | PUD | 0.00173000 | 0.00134940 | 13-18N-3W | (0.89) | (1.02) | - | - |
| HOPFER 3-17MH | PUD | 0.13947000 | 0.10878000 | 17-18N-3W | 24.02 | (4.33) | - | - |
| HOPFER 4-17MH | PUD | 0.13947000 | 0.10878000 | 17-18N-3W | (80.48) | (92.65) | - | - |
| HOPFER 5-17WH | PUD | 0.13947000 | 0.10878000 | 17-18N-3W | (70.44) | (80.33) | - | - |
| MEG 19-19N-3W 1MH | PUD | 0.06073000 | 0.04736940 | 19-19N-3W | - | (13.02) | - | - |
| MEG 19-19N-3W 2MH | PUD | 0.06073000 | 0.04736940 | 19-19N-3W | 6.16 | (6.45) | - | - |
| MEG 19-19N-3W 5WH | PUD | 0.06073000 | 0.04736940 | 19-19N-3W | (29.95) | (34.00) | - | - |
| PENN 31-19-3 2MH | PUD | 0.06506000 | 0.05147000 | 31-19N-3W | 3.34 | (11.12) | - | - |
| PENN 31-19-3 3MH | PUD | 0.06506000 | 0.05147000 | 31-19N-3W | 11.19 | (2.93) | - | - |
| PENN 31-19-3 5WH | PUD | 0.06506000 | 0.05147000 | 31-19N-3W | (29.50) | (34.33) | - | - |
| PENN 32-19-3 2MH | PUD | 0.03125000 | 0.02437500 | 32-19N-3W | 0.28 | (6.37) | - | - |
| PENN 32-19-3 3MH | PUD | 0.03125000 | 0.02437500 | 32-19N-3W | 4.29 | (2.20) | - | - |
| PENN 32-19-3 5WH | PUD | 0.03125000 | 0.02437500 | 32-19N-3W | (15.04) | (16.99) | - | - |
| Total PUD (Well Count: 16) | | | | | (212.66) | (360.47) | - | - |
| | | | | | | | | |
| BRANSON 33-18N-2W 2MH | PRUD | 0.04625000 | 0.03607500 | 33-18N-2W | 1.93 | (7.76) | - | - |
| D. RINGER 5-19WH | PRUD | 0.01687000 | 0.01315860 | 19-18N-2W | (9.17) | (10.49) | - | - |
| DIEDRICK 1MH | PRUD | 0.06250000 | 0.04875000 | 11-19N-4W | 1.19 | (12.03) | - | - |
| DIEDRICK 2MH | PRUD | 0.06250000 | 0.04875000 | 11-19N-4W | 8.90 | (4.02) | - | - |
| Total PRUD (Well Count: 4) | | | | | 2.85 | (34.30) | - | - |

Osage Exploration and Development, Inc.
As of 1/1/2016

1-1-16 NYMEX Strip
$40.97/$2.49 (2016)
$56.16/$3.74 (2024)

| | | | | | | Schedule A | |
| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| BRANSON 33-18N-2W 3MH | PSUD | 0.04625000 | 0.03607500 | 33-18N-2W | 0.42 | (9.42) | - | - |
| BRANSON 33-18N-2W 6WH | PSUD | 0.04625000 | 0.03607500 | 33-18N-2W | (21.40) | (24.03) | - | - |
| D. RINGER 3-19MH | PSUD | 0.01687000 | 0.01315860 | 19-18N-2W | 2.49 | (0.99) | - | - |
| D. RINGER 6-19WH | PSUD | 0.01687000 | 0.01315860 | 19-18N-2W | (7.91) | (8.90) | - | - |
| DIEDRICK 3MH | PSUD | 0.06250000 | 0.04875000 | 11-19N-4W | 13.94 | 1.21 | - | - |
| DIEDRICK 6WH | PSUD | 0.06250000 | 0.04875000 | 11-19N-4W | (25.88) | (28.64) | - | - |
| DUDEK 3-13MH | PSUD | 0.00173000 | 0.00134940 | 13-18N-3W | 0.29 | (0.07) | - | - |
| DUDEK 6-13WH | PSUD | 0.00173000 | 0.00134940 | 13-18N-3W | (0.78) | (0.87) | - | - |
| HOPFER 6-17MH | PSUD | 0.13947000 | 0.10878000 | 17-18N-3W | (61.77) | (68.99) | - | - |
| MEG 19-19N-3W 3MH | PSUD | 0.06073000 | 0.04736940 | 19-19N-3W | 11.47 | (0.84) | - | - |
| MEG 19-19N-3W 6WH | PSUD | 0.06073000 | 0.04736940 | 19-19N-3W | (26.02) | (29.00) | - | - |
| PENN 31-19-3 4MH | PSUD | 0.06506000 | 0.05147000 | 31-19N-3W | 16.02 | 2.16 | - | - |
| PENN 31-19-3 6WH | PSUD | 0.06506000 | 0.05147000 | 31-19N-3W | (25.50) | (29.23) | - | - |
| PENN 32-19-3 4MH | PSUD | 0.03125000 | 0.02437500 | 32-19N-3W | 6.56 | 0.21 | - | - |
| PENN 32-19-3 6WH | PSUD | 0.03125000 | 0.02437500 | 32-19N-3W | (13.09) | (14.52) | - | - |
| Total PSUD (Well Count: 4) | | | | | (131.16) | (211.92) | - | - |
| | | | | | | | | |
| Total Devon Operated (Well Count: 54) | | | | | (229.67) | (501.58) | 111.30 | 111,300 |
| | | | | | | | | |
| Stephens Operated Wells | | | | | | | | |
| BEGONIA 1-30MH | PDP | 0.00000000 | 0.01175000 | 30-18N-3W | - | - | - | - |
| BLEVINS 1-7MH | PDP | 0.08104000 | 0.06345000 | 7-17N-3W | 53.80 | 47.54 | 53.80 | 53,800 |
| BLEVINS 2-7MH | PDP | 0.08104000 | 0.06345000 | 7-17N-3W | - | - | - | - |
| BLUE JAY 1-13MH | PDP | 0.22658000 | 0.19052000 | 13-18N-4W | 164.47 | 143.73 | 164.47 | 164,470 |
| CANVASBACK 1-24MH | PDP | 0.00000000 | 0.01201000 | 24-17N-3W | 32.48 | 28.67 | 32.48 | 32,480 |
| CANVASBACK 1-25MH | PDP | 0.24357000 | 0.20526000 | 25-17N-3W | - | - | - | - |
| CHAMBERS 1-5MH | PDP | 0.19957000 | 0.15545000 | 5-17N-3W | 49.50 | 44.93 | 49.50 | 49,500 |
| CHAMBERS 1-8MH | PDP | 0.22518000 | 0.17692000 | 8-17N-3W | 1.01 | 1.01 | 1.01 | 1,010 |
| CROW 1-35MH | PDP | 0.00000000 | 0.00593000 | 35-19N-4W | - | - | - | - |
| DAVIS FARMS 2-5MH | PDP | 0.25000000 | 0.19459000 | 5-16N-3W | 0.61 | 0.61 | 0.61 | 610 |
| FINCH 1-22WH | PDP | 0.00000000 | 0.00096000 | 22-17N-3W | 0.39 | 0.37 | 0.39 | 390 |
| FLAMINGO 1-12WH | PDP | 0.00000000 | 0.00393000 | 12-18N-4W | 0.77 | 0.76 | 0.77 | 770 |
| FUXA 1-16 H | PDP | 0.00000000 | 0.00163000 | 16-19N-4W | 4.23 | 3.78 | 4.23 | 4,230 |
| GREGORY 1-10-3H | PDP | 0.00000000 | 0.00015625 | 3-17N-4W | 0.54 | 0.46 | 0.54 | 540 |
| HOUSE WREN 1-36MH | PDP | 0.00000000 | 0.00277000 | 36-17N-3W | 8.21 | 6.98 | 8.21 | 8,210 |
| JANE 1-23MH | PDP | 0.00000000 | 0.00924000 | 23-17N-3W | 6.33 | 6.02 | 6.33 | 6,330 |
| JANE 1-26MH | PDP | 0.15845000 | 0.13213000 | 26-17N-3W | - | - | - | - |
| KRITTENBRINK 1-1MH | PDP | 0.24874000 | 0.19401720 | 1-18N-4W | 120.93 | 111.02 | 120.93 | 120,930 |
| KRITTENBRINK 2-36MH | PDP | 0.21875000 | 0.16687500 | 36-19N-4W | 390.97 | 316.31 | 390.97 | 390,970 |
| MALLARD 1-16MH | PDP | 0.18135000 | 0.14189000 | 16-17N-3W | 75.97 | 70.28 | 75.97 | 75,970 |
| MCPHAIL 1-19WH | PDP | 0.15377000 | 0.12058000 | 19-18N-3W | 12.98 | 12.43 | 12.98 | 12,980 |

Osage Exploration and Development, Inc.
As of 1/1/2016

1-1-16 NYMEX Strip
$40.97/$2.49 (2016)
$56.16/$3.74 (2024)

Schedule A

| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| MCPHAIL 2-18MH | PDP | 0.15598200 | 0.12166596 | 18-18N-3W | 47.85 | 43.20 | 47.85 | 47,850 |
| MCPHAIL 2-19MH | PDP | 0.15377000 | 0.12058000 | 19-18N-3W | 21.40 | 20.46 | 21.40 | 21,400 |
| PEACOCK 1-9MH | PDP | 0.15629000 | 0.12723000 | 9-17N-3W | 16.41 | 15.68 | 16.41 | 16,410 |
| PINTAIL 1-21MH | PDP | 0.20234000 | 0.16624000 | 21-17N-3W | 163.65 | 147.64 | 163.65 | 163,650 |
| PINTAIL 1-28MH | PDP | 0.19412000 | 0.15206000 | 28-17N-3W | 41.71 | 38.86 | 41.71 | 41,710 |
| RED HEAD 1-27MH | PDP | 0.00000000 | 0.00538000 | 27-17N-3W | 0.48 | 0.48 | 0.48 | 480 |
| RIFF RAFF 1-22H | PDP | 0.00000000 | 0.00500000 | 22-20N-3W | 1.35 | 1.33 | 1.35 | 1,350 |
| ROOSTER 1-2MH | PDP | 0.24991000 | 0.20205000 | 2-18N-4W | 150.26 | 133.05 | 150.26 | 150,260 |
| RUDDY DUCK 1-17MH | PDP | 0.24528000 | 0.19251000 | 17-17N-3W | 95.13 | 86.68 | 95.13 | 95,130 |
| RUFFED GROUSE 1-20 MH | PDP | 0.18697000 | 0.15228000 | 20-17N-3W | - | - | - | - |
| SNIPE 1-19MH | PDP | 0.15079000 | 0.11780000 | 19-17N-3W | 50.41 | 47.65 | 50.41 | 50,410 |
| SNIPE 1-30MH | PDP | 0.16087000 | 0.12627000 | 30-17N-3W | 230.24 | 194.09 | 230.24 | 230,240 |
| SPOONBILL 1-34WH | PDP | 0.00000000 | 0.00506000 | 34-19N-4W | 3.55 | 3.38 | 3.55 | 3,550 |
| TONTZ 1-32MH | PDP | 0.08226000 | 0.06332000 | 32-17N-3W | 100.45 | 82.45 | 100.45 | 100,450 |
| TONTZ 2-32MH | PDP | 0.08426000 | 0.06739000 | 32-17N-3W | 45.57 | 40.83 | 45.57 | 45,570 |
| TOUCAN 1-24WH | PDP | 0.00000000 | 0.00179000 | 24-17N-4W | 0.50 | 0.49 | 0.50 | 500 |
| VADDER 1-2MH | PDP | 0.04769000 | 0.03719000 | 2-17N-4W | 1.08 | 1.07 | 1.08 | 1,080 |
| VADDER 2-2MH | PDP | 0.04769000 | 0.03719000 | 2-17N-4W | 26.96 | 25.03 | 26.96 | 26,960 |
| WITT 1-15MH | PDP | 0.24323000 | 0.19396000 | 15-17N-3W | 5.73 | 5.67 | 5.73 | 5,730 |
| WOLF 1-29MH | PDP | 0.25000000 | 0.19125000 | 29-17N-3W | 113.83 | 105.61 | 113.83 | 113,830 |
| WOOD DUCK 1-12WH | PDP | 0.00000000 | 0.01418000 | 12-17N-4W | 24.62 | 22.35 | 24.62 | 24,620 |
| WOOD DUCK 1-6WH | PDP | 0.00000000 | 0.00177000 | 6-17N-3W | 0.17 | 0.17 | 0.17 | 170 |
| Total PDP (Well Count: 43) | | | | | 2,064.54 | 1,811.07 | 2,064.54 | 2,064,540 |
| | | | | | | | | |
| BEGONIA 4-30WH | PUD | 0.14966000 | 0.11673480 | 30-18N-3W | (88.70) | (102.54) | - | - |
| BLEVINS 3-7MH | PUD | 0.08104000 | 0.06345000 | 7-17N-3W | 19.09 | 2.37 | 2.37 | 2,370 |
| BLEVINS 4-7WH | PUD | 0.08104000 | 0.06345000 | 7-17N-3W | (40.95) | (47.05) | - | - |
| BLUE JAY 2-13MH | PUD | 0.22658000 | 0.19052000 | 13-18N-4W | 111.59 | 52.62 | 52.62 | 52,620 |
| CANVASBACK 2-25MH | PUD | 0.24357000 | 0.20526000 | 25-17N-3W | 103.36 | 39.91 | 39.91 | 39,910 |
| CHAMBERS 2-5MH | PUD | 0.19957000 | 0.15545000 | 5-17N-3W | - | (43.64) | - | - |
| CHAMBERS 2-8MH | PUD | 0.22518000 | 0.17692000 | 8-17N-3W | 8.01 | (40.86) | - | - |
| CHAMBERS 4-5WH | PUD | 0.19957000 | 0.15545000 | 5-17N-3W | (174.57) | (205.59) | - | - |
| CROW 2-35MH | PUD | 0.24398000 | 0.19030440 | 35-19N-4W | 58.48 | 9.25 | 9.25 | 9,250 |
| CROW 4-35WH | PUD | 0.24398000 | 0.19030440 | 35-19N-4W | (136.79) | (156.93) | - | - |
| CROW 5-35WH | PUD | 0.24398000 | 0.19030440 | 35-19N-4W | (114.58) | (127.85) | - | - |
| DAVIS FARMS 3-5MH | PUD | 0.25000000 | 0.19459000 | 5-16N-3W | - | (55.08) | - | - |
| DAVIS FARMS 5-5WH | PUD | 0.25000000 | 0.19459000 | 5-16N-3W | (222.93) | (262.75) | - | - |
| JANE 2-26MH | PUD | 0.15845000 | 0.13213000 | 26-17N-3W | 61.52 | 21.51 | 21.51 | 21,510 |
| JANE 4-23WH | PUD | 0.18560000 | 0.14476800 | 23-17N-3W | (133.43) | (156.04) | - | - |
| KRITTENBRINK 2-1MH | PUD | 0.24874000 | 0.19401720 | 1-18N-4W | 57.91 | 7.22 | 7.22 | 7,220 |
| KRITTENBRINK 3-36MH | PUD | 0.21875000 | 0.16687500 | 36-19N-4W | 37.53 | (2.90) | - | - |

Osage Exploration and Development, Inc.
As of 1/1/2016

1-1-16 NYMEX Strip
$40.97/$2.49 (2016)
$56.16/$3.74 (2024)

Schedule A

| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| KRITTENBRINK 4-1WH | PUD | 0.24874000 | 0.19401720 | 1-18N-4W | (145.44) | (167.78) | - | - |
| KRITTENBRINK 5-36WH | PUD | 0.21875000 | 0.16687500 | 36-19N-4W | (132.77) | (147.11) | - | - |
| KRITTENBRINK 6-36WH | PUD | 0.21875000 | 0.16687500 | 36-19N-4W | (113.87) | (122.43) | - | - |
| MALLARD 2-16MH | PUD | 0.18135000 | 0.14189000 | 16-17N-3W | 9.57 | (28.76) | - | - |
| MCPHAIL 3-18MH | PUD | 0.15598200 | 0.12166596 | 18-18N-3W | 30.95 | (0.68) | - | - |
| MCPHAIL 3-19MH | PUD | 0.15377000 | 0.12058000 | 19-18N-3W | 35.00 | 3.19 | 3.19 | 3,190 |
| MCPHAIL 5-18WH | PUD | 0.15598200 | 0.12166596 | 18-18N-3W | (93.58) | (108.39) | - | - |
| MCPHAIL 5-19WH | PUD | 0.15377000 | 0.12058000 | 19-18N-3W | (71.02) | (80.33) | - | - |
| PEACOCK 2-9MH | PUD | 0.15629000 | 0.12723000 | 9-17N-3W | 27.77 | (9.39) | - | - |
| PINTAIL 2-21MH | PUD | 0.00000000 | 0.00871000 | 21-17N-3W | 40.84 | 34.36 | 34.36 | 34,360 |
| PINTAIL 2-28MH | PUD | 0.00000000 | 0.00065000 | 28-17N-3W | 3.04 | 2.56 | 2.56 | 2,560 |
| PINTAIL 4-21MH | PUD | 0.20234000 | 0.16624000 | 21-17N-3W | (117.89) | (149.94) | - | - |
| ROOSTER 2-2MH | PUD | 0.24991000 | 0.20205000 | 2-18N-4W | 88.77 | 31.30 | 31.30 | 31,300 |
| RUDDY DUCK 2-17MH | PUD | 0.24528000 | 0.19251000 | 17-17N-3W | 18.82 | (33.32) | - | - |
| RUFFED GROUSE 2-20 MH | PUD | 0.00000000 | 0.00660000 | 20-17N-3W | 30.93 | 25.95 | 25.95 | 25,950 |
| SNIPE 2-19MH | PUD | 0.15079000 | 0.11780000 | 19-17N-3W | 11.17 | (20.36) | - | - |
| SNIPE 2-30MH | PUD | 0.16087000 | 0.12627000 | 30-17N-3W | 31.20 | (2.22) | - | - |
| SNIPE 4-19WH | PUD | 0.15079000 | 0.11780000 | 19-17N-3W | (112.46) | (132.50) | - | - |
| TONTZ 3-32MH | PUD | 0.08426000 | 0.06739000 | 32-17N-3W | 26.69 | 7.96 | 7.96 | 7,960 |
| TOUCAN 2-24MH | PUD | 0.21511000 | 0.16778580 | 24-17N-4W | 40.64 | (2.98) | - | - |
| TOUCAN 3-24MH | PUD | 0.21511000 | 0.16778580 | 24-17N-4W | 51.02 | 7.48 | 7.48 | 7,480 |
| TOUCAN 5-24WH | PUD | 0.21511000 | 0.16778580 | 24-17N-4W | (101.81) | (114.11) | - | - |
| VADDER 3-2MH | PUD | 0.04769000 | 0.03719000 | 2-17N-4W | 11.17 | 1.50 | 1.50 | 1,500 |
| WITT 2-15MH | PUD | 0.24323000 | 0.19396000 | 15-17N-3W | 26.95 | (27.50) | - | - |
| WOOD DUCK 3-6MH | PUD | 0.24800000 | 0.19344000 | 6-17N-3W | 62.65 | 13.05 | 13.05 | 13,050 |
| WOOD DUCK 5-6WH | PUD | 0.24800000 | 0.19344000 | 6-17N-3W | (130.18) | (148.58) | - | - |
| Total PUD (Well Count: 43) | | | | | (926.30) | (2,237.38) | 260.23 | 260,230 |
| | | | | | | | | |
| BEGONIA 5-30WH | PRUD | 0.14966000 | 0.11673480 | 30-18N-3W | (59.05) | (64.73) | - | - |
| BLEVINS 5-7WH | PRUD | 0.08104000 | 0.06345000 | 7-17N-3W | (34.59) | (38.90) | - | - |
| BLUE JAY 4-13WH | PRUD | 0.22658000 | 0.19052000 | 13-18N-4W | (84.18) | (115.22) | - | - |
| BLUE JAY 5-13WH | PRUD | 0.22658000 | 0.19052000 | 13-18N-4W | (49.03) | (69.14) | - | - |
| CANVASBACK 4-24WH | PRUD | 0.24059000 | 0.18766020 | 24-17N-3W | (170.42) | (198.96) | - | - |
| CANVASBACK 4-25WH | PRUD | 0.24357000 | 0.20526000 | 25-17N-3W | (116.78) | (157.27) | - | - |
| CANVASBACK 5-24WH | PRUD | 0.24059000 | 0.18766020 | 24-17N-3W | (109.77) | (123.00) | - | - |
| CANVASBACK 5-25WH | PRUD | 0.24357000 | 0.20526000 | 25-17N-3W | (64.96) | (91.57) | - | - |
| CHAMBERS 4-8WH | PRUD | 0.22518000 | 0.17692000 | 8-17N-3W | (177.21) | (209.97) | - | - |
| CHAMBERS 5-5WH | PRUD | 0.19957000 | 0.15545000 | 5-17N-3W | (107.37) | (122.37) | - | - |
| CHAMBERS 5-8WH | PRUD | 0.22518000 | 0.17692000 | 8-17N-3W | (111.85) | (129.33) | - | - |
| DAVIS FARMS 6-5WH | PRUD | 0.25000000 | 0.19459000 | 5-16N-3W | (137.16) | (156.33) | - | - |
| HOUSE WREN 4-36WH | PRUD | 0.21908000 | 0.17088240 | 36-17N-3W | (136.16) | (158.05) | - | - |

Osage Exploration and Development, Inc.
As of 1/1/2016

Schedule A

| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| HOUSE WREN 5-36WH | PRUD | 0.21908000 | 0.17088240 | 36-17N-3W | (91.02) | (100.81) | - | - |
| JANE 4-26WH | PRUD | 0.15845000 | 0.13213000 | 26-17N-3W | (79.26) | (104.03) | - | - |
| JANE 5-23WH | PRUD | 0.18560000 | 0.14476800 | 23-17N-3W | (85.88) | (96.42) | - | - |
| JANE 5-26WH | PRUD | 0.15845000 | 0.13213000 | 26-17N-3W | (45.39) | (61.23) | - | - |
| KRITTENBRINK 5-1WH | PRUD | 0.24874000 | 0.19401720 | 1-18N-4W | (96.86) | (105.94) | - | - |
| MALLARD 4-16WH | PRUD | 0.18135000 | 0.14189000 | 16-17N-3W | (141.51) | (166.85) | - | - |
| MALLARD 5-16WH | PRUD | 0.18135000 | 0.14189000 | 16-17N-3W | (88.10) | (100.57) | - | - |
| MCPHAIL 6-18WH | PRUD | 0.15598200 | 0.12166596 | 18-18N-3W | (63.08) | (69.46) | - | - |
| PEACOCK 4-9WH | PRUD | 0.15629000 | 0.12723000 | 9-17N-3W | (109.47) | (136.12) | - | - |
| PEACOCK 5-9WH | PRUD | 0.15629000 | 0.12723000 | 9-17N-3W | (62.38) | (78.13) | - | - |
| PINTAIL 4-28WH | PRUD | 0.19412000 | 0.15206000 | 28-17N-3W | (126.40) | (147.67) | - | - |
| PINTAIL 5-21WH | PRUD | 0.20234000 | 0.16624000 | 21-17N-3W | (69.85) | (89.16) | - | - |
| PINTAIL 5-28WH | PRUD | 0.19412000 | 0.15206000 | 28-17N-3W | (81.33) | (91.43) | - | - |
| RED HEAD 4-27WH | PRUD | 0.13495000 | 0.10526100 | 27-17N-3W | (91.04) | (105.83) | - | - |
| RED HEAD 5-27WH | PRUD | 0.13495000 | 0.10526100 | 27-17N-3W | (58.75) | (65.57) | - | - |
| ROOSTER 4-2WH | PRUD | 0.24991000 | 0.20205000 | 2-18N-4W | (120.96) | (148.85) | - | - |
| ROOSTER 5-2WH | PRUD | 0.24991000 | 0.20205000 | 2-18N-4W | (76.92) | (92.12) | - | - |
| RUDDY DUCK 4-17WH | PRUD | 0.24528000 | 0.19251000 | 17-17N-3W | (184.25) | (218.29) | - | - |
| RUDDY DUCK 5-17WH | PRUD | 0.24528000 | 0.19251000 | 17-17N-3W | (115.86) | (132.73) | - | - |
| RUFFED GROUSE 4-20WH | PRUD | 0.18697000 | 0.15228000 | 20-17N-3W | (115.35) | (144.43) | - | - |
| RUFFED GROUSE 5-20WH | PRUD | 0.18697000 | 0.15228000 | 20-17N-3W | (69.51) | (86.51) | - | - |
| SNIPE 4-30WH | PRUD | 0.16087000 | 0.12627000 | 30-17N-3W | (99.72) | (116.77) | - | - |
| SNIPE 5-19WH | PRUD | 0.15079000 | 0.11780000 | 19-17N-3W | (72.01) | (81.59) | - | - |
| SNIPE 5-30WH | PRUD | 0.16087000 | 0.12627000 | 30-17N-3W | (65.18) | (73.25) | - | - |
| TONTZ 4-32WH | PRUD | 0.08426000 | 0.06739000 | 32-17N-3W | (37.37) | (44.80) | - | - |
| TONTZ 5-32WH | PRUD | 0.08426000 | 0.06739000 | 32-17N-3W | (31.33) | (36.96) | - | - |
| VADDER 4-2WH | PRUD | 0.04769000 | 0.03719000 | 2-17N-4W | (23.82) | (27.08) | - | - |
| VADDER 5-2WH | PRUD | 0.04769000 | 0.03719000 | 2-17N-4W | (20.22) | (22.47) | - | - |
| WITT 4-15WH | PRUD | 0.24323000 | 0.19396000 | 15-17N-3W | (181.08) | (218.66) | - | - |
| WITT 5-15WH | PRUD | 0.24323000 | 0.19396000 | 15-17N-3W | (108.27) | (128.69) | - | - |
| WOLF 4-29WH | PRUD | 0.25000000 | 0.19125000 | 29-17N-3W | (175.26) | (198.24) | - | - |
| WOLF 5-29WH | PRUD | 0.25000000 | 0.19125000 | 29-17N-3W | (116.53) | (125.01) | - | - |
| Total PRUD (Well Count: 45) | | | | | (4,262.49) | (5,050.51) | - | - |
| | | | | | | | | |
| BEGONIA 3-30MH | PSUD | 0.14966000 | 0.11673480 | 30-18N-3W | 44.36 | 15.48 | - | - |
| BEGONIA 6-30MH | PSUD | 0.14966000 | 0.11673480 | 30-18N-3W | (42.04) | (42.93) | - | - |
| BLEVINS 6-7WH | PSUD | 0.08104000 | 0.06345000 | 7-17N-3W | (29.59) | (32.48) | - | - |
| BLUE JAY 3-13MH | PSUD | 0.22658000 | 0.19052000 | 13-18N-4W | 115.04 | 57.14 | - | - |
| BLUE JAY 6-13WH | PSUD | 0.22658000 | 0.19052000 | 13-18N-4W | (32.16) | (44.87) | - | - |
| CANVASBACK 3-24MH | PSUD | 0.24059000 | 0.18766020 | 24-17N-3W | 68.14 | 20.71 | - | - |
| CANVASBACK 3-25MH | PSUD | 0.24357000 | 0.20526000 | 25-17N-3W | 127.16 | 63.61 | - | - |

Osage Exploration and Development, Inc.
As of 1/1/2016

1-1-16 NYMEX Strip
$40.97/$2.49 (2016)
$56.16/$3.74 (2024)

Schedule A

| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| CANVASBACK 6-24WH | PSUD | 0.24059000 | 0.18766020 | 24-17N-3W | (76.22) | (80.15) | - | - |
| CANVASBACK 6-25WH | PSUD | 0.24357000 | 0.20526000 | 25-17N-3W | (40.15) | (57.46) | - | - |
| CHAMBERS 3-5MH | PSUD | 0.19957000 | 0.15545000 | 5-17N-3W | 48.77 | 9.00 | - | - |
| CHAMBERS 3-8MH | PSUD | 0.22518000 | 0.17692000 | 8-17N-3W | 63.04 | 16.79 | - | - |
| CHAMBERS 6-5WH | PSUD | 0.19957000 | 0.15545000 | 5-17N-3W | (72.40) | (78.01) | - | - |
| CHAMBERS 6-8WH | PSUD | 0.22518000 | 0.17692000 | 8-17N-3W | (76.07) | (83.16) | - | - |
| CROW 3-35MH | PSUD | 0.24398000 | 0.19030440 | 35-19N-4W | 72.48 | 25.88 | - | - |
| CROW 6-35WH | PSUD | 0.24398000 | 0.19030440 | 35-19N-4W | (65.98) | (66.56) | - | - |
| DAVIS FARMS 4-5MH | PSUD | 0.25000000 | 0.19459000 | 5-16N-3W | 59.68 | 9.89 | - | - |
| DAVIS FARMS 7-5WH | PSUD | 0.25000000 | 0.19459000 | 5-16N-3W | (91.96) | (99.19) | - | - |
| HOUSE WREN 3-36MH | PSUD | 0.21908000 | 0.17088240 | 36-17N-3W | 65.25 | 22.41 | - | - |
| HOUSE WREN 6-36WH | PSUD | 0.21908000 | 0.17088240 | 36-17N-3W | (64.51) | (66.52) | - | - |
| JANE 3-23MH | PSUD | 0.18560000 | 0.14476800 | 23-17N-3W | 52.40 | 15.70 | - | - |
| JANE 3-26MH | PSUD | 0.15845000 | 0.13213000 | 26-17N-3W | 77.41 | 37.55 | - | - |
| JANE 6-23WH | PSUD | 0.18560000 | 0.14476800 | 23-17N-3W | (59.41) | (62.66) | - | - |
| JANE 6-26WH | PSUD | 0.15845000 | 0.13213000 | 26-17N-3W | (29.09) | (38.91) | - | - |
| KRITTENBRINK 3-1MH | PSUD | 0.24874000 | 0.19401720 | 1-18N-4W | 73.70 | 25.84 | - | - |
| KRITTENBRINK 4-36MH | PSUD | 0.21875000 | 0.16687500 | 36-19N-4W | 52.35 | 14.58 | - | - |
| KRITTENBRINK 6-1WH | PSUD | 0.24874000 | 0.19401720 | 1-18N-4W | (69.20) | (70.45) | - | - |
| KRITTENBRINK 7-36WH | PSUD | 0.21875000 | 0.16687500 | 36-19N-4W | (66.52) | (63.61) | - | - |
| MALLARD 3-16MH | PSUD | 0.18135000 | 0.14189000 | 16-17N-3W | 51.66 | 14.91 | - | - |
| MALLARD 6-16MH | PSUD | 0.18135000 | 0.14189000 | 16-17N-3W | (60.69) | (65.19) | - | - |
| MCPHAIL 4-18MH | PSUD | 0.15598200 | 0.12166596 | 18-18N-3W | 46.33 | 16.03 | - | - |
| MCPHAIL 4-19MH | PSUD | 0.15377000 | 0.12058000 | 19-18N-3W | 47.97 | 17.44 | - | - |
| MCPHAIL 6-19WH | PSUD | 0.15377000 | 0.12058000 | 19-18N-3W | (42.28) | (43.89) | - | - |
| MCPHAIL 7-18WH | PSUD | 0.15598200 | 0.12166596 | 18-18N-3W | (44.88) | (46.05) | - | - |
| PEACOCK 3-9MH | PSUD | 0.15629000 | 0.12723000 | 9-17N-3W | 62.31 | 25.84 | - | - |
| PEACOCK 6-9WH | PSUD | 0.15629000 | 0.12723000 | 9-17N-3W | (40.96) | (49.65) | - | - |
| PINTAIL 3-21MH | PSUD | 0.20234000 | 0.16624000 | 21-17N-3W | 89.53 | 40.89 | - | - |
| PINTAIL 3-28MH | PSUD | 0.19412000 | 0.15206000 | 28-17N-3W | 58.61 | 19.95 | - | - |
| PINTAIL 6-21WH | PSUD | 0.20234000 | 0.16624000 | 21-17N-3W | (45.16) | (56.41) | - | - |
| PINTAIL 6-28WH | PSUD | 0.19412000 | 0.15206000 | 28-17N-3W | (57.55) | (60.47) | - | - |
| RED HEAD 3-27MH | PSUD | 0.13495000 | 0.10526100 | 27-17N-3W | 38.79 | 12.35 | - | - |
| RED HEAD 6-27WH | PSUD | 0.13495000 | 0.10526100 | 27-17N-3W | (41.49) | (43.26) | - | - |
| ROOSTER 3-2MH | PSUD | 0.24991000 | 0.20205000 | 2-18N-4W | 98.92 | 43.49 | - | - |
| ROOSTER 6-2WH | PSUD | 0.24991000 | 0.20205000 | 2-18N-4W | (53.45) | (60.67) | - | - |
| RUDDY DUCK 3-17MH | PSUD | 0.24528000 | 0.19251000 | 17-17N-3W | 73.44 | 23.13 | - | - |
| RUDDY DUCK 6-17WH | PSUD | 0.24528000 | 0.19251000 | 17-17N-3W | (79.61) | (85.96) | - | - |
| RUFFED GROUSE 3-20 MH | PSUD | 0.18697000 | 0.15228000 | 20-17N-3W | 77.64 | 33.95 | - | - |
| RUFFED GROUSE 6-20WH | PSUD | 0.18697000 | 0.15228000 | 20-17N-3W | (45.66) | (55.04) | - | - |
| SNIPE 3-19MH | PSUD | 0.15079000 | 0.11780000 | 19-17N-3W | 43.03 | 12.76 | - | - |

Osage Exploration and Development, Inc.
As of 1/1/2016

1-1-16 NYMEX Strip
$40.97/$2.49 (2016)
$56.16/$3.74 (2024)

Schedule A

| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| SNIPE 3-30MH | PSUD | 0.16087000 | 0.12627000 | 30-17N-3W | 50.47 | 18.17 | - | - |
| SNIPE 6-19WH | PSUD | 0.15079000 | 0.11780000 | 19-17N-3W | (49.71) | (52.96) | - | - |
| SNIPE 6-30WH | PSUD | 0.16087000 | 0.12627000 | 30-17N-3W | (46.10) | (48.42) | - | - |
| TONTZ 6-32WH | PSUD | 0.08426000 | 0.06739000 | 32-17N-3W | (26.58) | (30.76) | - | - |
| TOUCAN 4-24MH | PSUD | 0.21511000 | 0.16778580 | 24-17N-4W | 63.95 | 22.05 | - | - |
| TOUCAN 6-24WH | PSUD | 0.21511000 | 0.16778580 | 24-17N-4W | (62.64) | (64.43) | - | - |
| VADDER 6-2WH | PSUD | 0.04769000 | 0.03719000 | 2-17N-4W | (17.36) | (18.80) | - | - |
| WITT 3-15MH | PSUD | 0.24323000 | 0.19396000 | 15-17N-3W | 82.11 | 29.30 | - | - |
| WITT 6-15WH | PSUD | 0.24323000 | 0.19396000 | 15-17N-3W | (73.15) | (82.75) | - | - |
| WOLF 3-29MH | PSUD | 0.25000000 | 0.19125000 | 29-17N-3W | 59.25 | 14.21 | - | - |
| WOLF 6-29WH | PSUD | 0.25000000 | 0.19125000 | 29-17N-3W | (83.88) | (83.36) | - | - |
| WOOD DUCK 4-6MH | PSUD | 0.24800000 | 0.19344000 | 6-17N-3W | 10.34 | (41.62) | - | - |
| WOOD DUCK 6-6WH | PSUD | 0.24800000 | 0.19344000 | 6-17N-3W | (88.31) | (95.19) | - | - |
| Total PSUD (Well Count: 61) | | | | | 99.37 | (1,292.79) | - | - |
| | | | | | | | | |
| Total Stephens Operated (Well Count: 192) | | | | | (3,024.88) | (6,769.61) | 2,324.77 | 2,324,770 |
| | | | | | | | | |
| Other Operated Wells | | | | | | | | |
| BRANSON 17-4-26 1HM | PDP | 0.00745000 | 0.00605000 | 26-17N-4W | 0.26 | 0.25 | 0.26 | 260 |
| BRANSON 17-4-26 2HM | PDP | 0.00745000 | 0.00605000 | 26-17N-4W | 4.36 | 3.85 | 4.36 | 4,360 |
| CALDWELL 1-18H | PDP | 0.00000000 | 0.00061129 | 18-17N-4W | 4.22 | 3.51 | 4.22 | 4,220 |
| CALDWELL 3-18H | PDP | 0.00000000 | 0.00061129 | 18-17N-4W | 3.67 | 3.09 | 3.67 | 3,670 |
| DICKASON 1-7H | PDP | 0.00619000 | 0.00482820 | 7-17N-4W | 31.58 | 26.92 | 31.58 | 31,580 |
| DOLESE 1-28MH | PDP | 0.11349000 | 0.09076000 | 28-17N-2W | 59.52 | 55.46 | 59.52 | 59,520 |
| MYERS 18-3-7 1H | PDP | 0.00000000 | 0.00375000 | 7-18N-3W | 3.10 | 2.95 | 3.10 | 3,100 |
| PLAGG 17-3-13 1MH | PDP | 0.00000000 | 0.00282000 | 13-17N-3W | - | - | - | - |
| T-J 1-29H | PDP | 0.00000000 | 0.00484000 | 29-17N-4W | - | - | - | - |
| Total PDP (Well Count: 9) | | | | | 106.71 | 96.03 | 106.71 | 106,710 |
| | | | | | | | | |
| 1-16N-4W 1MH | PUD | 0.11724500 | 0.09145110 | 1-16N-4W | 30.85 | 6.71 | 6.71 | 6,710 |
| 1-16N-4W 2MH | PUD | 0.11724500 | 0.09145110 | 1-16N-4W | 8.03 | (16.36) | - | - |
| 2-16N-4W 1MH | PUD | 0.08385400 | 0.06540612 | 2-16N-4W | 22.06 | 4.80 | 4.80 | 4,800 |
| 2-16N-4W 2MH | PUD | 0.08385400 | 0.06540612 | 2-16N-4W | 5.74 | (11.70) | - | - |
| 27-17N-2W 1MH | PUD | 0.39770300 | 0.31020834 | 27-17N-2W | - | (85.48) | - | - |
| 3-17N-3W 1MH | PUD | 0.08566000 | 0.06681480 | 3-17N-3W | 0.77 | (17.45) | - | - |
| 3-17N-3W 4WH | PUD | 0.08566000 | 0.06681480 | 3-17N-3W | (44.07) | (50.29) | - | - |
| 8-17N-2W 1MH | PUD | 0.19668800 | 0.15341664 | 8-17N-2W | - | (42.17) | - | - |
| 8-17N-2W 2MH | PUD | 0.19668800 | 0.15341664 | 8-17N-2W | 19.95 | (20.88) | - | - |
| BRANSON 17-4-26 3MH | PUD | 0.00745000 | 0.00605000 | 26-17N-4W | 2.79 | 1.07 | 1.07 | 1,070 |
| DOLESE 2-28MH | PUD | 0.11349000 | 0.09076000 | 28-17N-2W | 23.95 | (1.50) | - | - |
| VAN EATON 2-33MH | PUD | 0.04442000 | 0.03464760 | 33-17N-3W | 6.33 | (2.85) | - | - |

Osage Exploration and Development, Inc.
As of 1/1/2016

1-1-16 NYMEX Strip
$40.97/$2.49 (2016)
$56.16/$3.74 (2024)

Schedule A

| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| Total PUD (Well Count: 12) | | | | | 76.40 | (236.10) | 12.58 | 12,580 |
| | | | | | | | | |
| 1-16N-4W 4WH | PRUD | 0.11724500 | 0.09145110 | 1-16N-4W | (65.74) | (75.41) | - | - |
| 1-16N-4W 5WH | PRUD | 0.11724500 | 0.09145110 | 1-16N-4W | (54.99) | (61.86) | - | - |
| 2-16N-4W 4WH | PRUD | 0.08385400 | 0.06540612 | 2-16N-4W | (46.30) | (53.03) | - | - |
| 2-16N-4W 5WH | PRUD | 0.08385400 | 0.06540612 | 2-16N-4W | (38.80) | (43.56) | - | - |
| 27-17N-2W 2MH | PRUD | 0.39770300 | 0.31020834 | 27-17N-2W | 48.39 | (34.24) | - | - |
| 27-17N-2W 4WH | PRUD | 0.39770300 | 0.31020834 | 27-17N-2W | (212.62) | (242.88) | - | - |
| 27-17N-2W 5WH | PRUD | 0.39770300 | 0.31020834 | 27-17N-2W | (178.87) | (200.11) | - | - |
| 3-16N-4W 1MH | PRUD | 0.19120000 | 0.14913600 | 3-16N-4W | 0.10 | (40.89) | - | - |
| 3-16N-4W 2MH | PRUD | 0.19120000 | 0.14913600 | 3-16N-4W | 15.99 | (23.72) | - | - |
| 3-16N-4W 4WH | PRUD | 0.19120000 | 0.14913600 | 3-16N-4W | (105.58) | (120.93) | - | - |
| 3-16N-4W 5WH | PRUD | 0.19120000 | 0.14913600 | 3-16N-4W | (88.47) | (99.33) | - | - |
| 3-17N-3W 2MH | PRUD | 0.08566000 | 0.06681480 | 3-17N-3W | 11.76 | (6.03) | - | - |
| 3-17N-3W 5WH | PRUD | 0.08566000 | 0.06681480 | 3-17N-3W | (37.29) | (41.62) | - | - |
| 34-18N-3W 1MH | PRUD | 0.01562500 | 0.01218750 | 34-18N-3W | 0.65 | (2.62) | - | - |
| 34-18N-3W 2MH | PRUD | 0.01562500 | 0.01218750 | 34-18N-3W | 2.48 | (0.71) | - | - |
| 34-18N-3W 4WH | PRUD | 0.01562500 | 0.01218750 | 34-18N-3W | (7.52) | (8.50) | - | - |
| 34-18N-3W 5WH | PRUD | 0.01562500 | 0.01218750 | 34-18N-3W | (6.40) | (7.06) | - | - |
| 8-17N-2W 4WH | PRUD | 0.19668800 | 0.15341664 | 8-17N-2W | (105.15) | (120.12) | - | - |
| 8-17N-2W 5WH | PRUD | 0.19668800 | 0.15341664 | 8-17N-2W | (88.46) | (98.97) | - | - |
| BRANSON 17-4-26 4WH | PRUD | 0.00745000 | 0.00605000 | 26-17N-4W | (2.86) | (3.54) | - | - |
| BRANSON 17-4-26 5WH | PRUD | 0.00745000 | 0.00605000 | 26-17N-4W | (2.39) | (2.92) | - | - |
| DOLESE 4-28WH | PRUD | 0.11349000 | 0.09076000 | 28-17N-2W | (52.55) | (62.91) | - | - |
| DOLESE 5-28WH | PRUD | 0.11349000 | 0.09076000 | 28-17N-2W | (43.76) | (51.64) | - | - |
| VAN EATON 4-33WH | PRUD | 0.04442000 | 0.03464760 | 33-17N-3W | (22.43) | (25.58) | - | - |
| VAN EATON 5-33WH | PRUD | 0.04442000 | 0.03464760 | 33-17N-3W | (19.03) | (21.21) | - | - |
| Total PRUD (Well Count: 25) | | | | | (1,099.84) | (1,449.39) | - | - |
| | | | | | | | | |
| 1-16N-4W 3MH | PSUD | 0.11724500 | 0.09145110 | 1-16N-4W | 20.22 | (3.62) | - | - |
| 1-16N-4W 6WH | PSUD | 0.11724500 | 0.09145110 | 1-16N-4W | (46.85) | (51.47) | - | - |
| 2-16N-4W 3MH | PSUD | 0.08385400 | 0.06540612 | 2-16N-4W | 15.11 | (1.91) | - | - |
| 2-16N-4W 6WH | PSUD | 0.08385400 | 0.06540612 | 2-16N-4W | (33.08) | (36.27) | - | - |
| 27-17N-2W 3MH | PSUD | 0.39770300 | 0.31020834 | 27-17N-2W | 78.92 | (1.73) | - | - |
| 27-17N-2W 6WH | PSUD | 0.39770300 | 0.31020834 | 27-17N-2W | (152.82) | (166.83) | - | - |
| 3-16N-4W 3MH | PSUD | 0.19120000 | 0.14913600 | 3-16N-4W | 34.46 | (4.35) | - | - |
| 3-16N-4W 6WH | PSUD | 0.19120000 | 0.14913600 | 3-16N-4W | (75.44) | (82.69) | - | - |
| 34-18N-3W 3MH | PSUD | 0.01562500 | 0.01218750 | 34-18N-3W | 3.79 | 0.64 | - | - |
| 34-18N-3W 6WH | PSUD | 0.01562500 | 0.01218750 | 34-18N-3W | (5.50) | (5.92) | - | - |
| 8-17N-2W 3MH | PSUD | 0.19668800 | 0.15341664 | 8-17N-2W | 39.03 | (0.85) | - | - |
| 8-17N-2W 6WH | PSUD | 0.19668800 | 0.15341664 | 8-17N-2W | (75.58) | (82.51) | - | - |

Osage Exploration and Development, Inc.
As of 1/1/2016

1-1-16 NYMEX Strip
$40.97/$2.49 (2016)
$56.16/$3.74 (2024)

| Case Name | Rsv Class & Category | Working Interest | Revenue Interest | Location | PV 10% | PV 15% | Estimated FMV (000's) | Estimated FMV |
|---|---|---|---|---|---|---|---|---|
| BRANSON 17-4-26 6WH | PSUD | 0.00745000 | 0.00605000 | 26-17N-4W | (2.01) | (2.43) | - | - |
| DOLESE 3-28MH | PSUD | 0.11349000 | 0.09076000 | 28-17N-2W | 33.39 | 8.28 | - | - |
| DOLESE 6-28WH | PSUD | 0.11349000 | 0.09076000 | 28-17N-2W | (37.01) | (42.88) | - | - |
| VAN EATON 3-33MH | PSUD | 0.04442000 | 0.03464760 | 33-17N-3W | 10.34 | 1.29 | - | - |
| VAN EATON 6-33WH | PSUD | 0.04442000 | 0.03464760 | 33-17N-3W | (16.33) | (17.74) | - | - |
| Total PSUD (Well Count: 17) | | | | | (209.36) | (490.99) | - | - |
| Total Other Operated (Well Count: 63) | | | | | (1,126.09) | (2,080.45) | 119.29 | 119,290 |
| Non-Operated SWD Wells | PDP | | | | 799.27 | 601.08 | 799.27 | 799,270 |
| Grand Total (Total Well Count: 375; Economical Well Count: 92) | | | | | (7,207.69) | (19,583.41) | 9,866.01 | 9,866,010 |

See Next page for definition of terms used in the column "Rsv Class and Category."

PDP:

Proved Developed Reserves are those Proved Reserves that can be expected to be recovered through existing wells and facilities and by existing operating methods. Improved recovery reserves can be considered as Proved Developed Reserves only after an improved recovery project has been installed and favorable response has occurred or is expected with a reasonable degree of certainty.

Developed reserves are expected to be recovered from existing wells, including reserves behind pipe. Improved recovery reserves are considered developed only after the necessary equipment has been installed, or when the costs to do so are relatively minor. Developed reserves may be sub-categorized as producing or non-producing.

PUD:

Proved Undeveloped Reserves are those Proved Reserves that are expected to be recovered from future wells and facilities, including future improved recovery projects which are anticipated with a high degree of certainty in reservoirs which have previously shown favorable response to improved recovery projects.

(Note that these prior two categories are commonly referred together as P1)

PRUD:

Probable reserves are those unproved reserves which analysis of geological and engineering data suggests are more likely than not to be recoverable. In this context, when probabilistic methods are used, there should be at least a 50% probability that the quantities actually recovered will equal or exceed the sum of estimated proved plus probable reserves. In general, probable reserves may include (1) reserves anticipated to be proved by normal step-out drilling where sub-surface control is inadequate to classify these reserves as proved, (2) reserves in formations that appear to be productive, based on well log characteristics, but lack core data or definitive tests and which are not analogous to producing or proved reservoirs in the area, (3) incremental reserves attributable to infill drilling that could have been classified as proved if closer statutory spacing had been approved at the time of the estimate, (4) reserves attributable to improved recovery methods that have been established by repeated commercially successful applications when (a) a project or pilot is planned, but not in operation and (b) rock, fluid, and reservoir characteristics appear favorable for commercial application, (5) reserves in an area of the formation that appears to be separated from the proved area by faulting and the geologic interpretation indicates the subject area is structurally higher than the proved area, (6) reserves attributable to a future workover, treatment, re-treatment, change of equipment, or other mechanical procedures, where such procedure has not been proved successful in wells which exhibit similar behavior in analogous reservoirs, and (7) incremental reserves in proved reservoirs where an alternative interpretation of performance or volumetric data indicates more reserves than can be classified as proved. Often referred to as P2.

PSUD:

Possible reserves are those unproved reserves which analysis of geological and engineering data suggests are less likely to be recoverable than probable reserves. In this context, when probabilistic methods are used, there should be at least a 10% probability that the quantities actually recovered will equal or exceed the sum of estimated proved, plus probable, plus possible reserves. In general, possible reserves may include (1) reserves which, based on geological interpretations, could possibly exist beyond areas classified as probable, (2) reserves in formations that appear to be petroleum bearing, based on log and core analysis but may not be productive at commercial rates, (3) incremental reserves attributed to infill drilling that are subject to technical uncertainty, (4) reserves attributed to improved recovery methods when (a) a project or pilot is planned, but not in operation and (b) rock, fluid, and reservoir characteristics are such that a reasonable doubt exists that the project will be commercial, and (5) reserves in an area of the formation that appears to be separated from the proved area by faulting and geological interpretation indicates the subject area is structurally lower than the proved area. Often referred to as P3.

**Fill in this information to identify the case:**

Debtor name **Osage Exploration and Development, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **16-10308-SAH**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1 Acidizing & Cementing Services Inc.**
Creditor's Name

**PO Box 751**
**Crescent, OK 73028**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/2014-5/2015**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Norval Gooch 1-7, McNally 1-20 and Whitten 1-3**

Describe the lien
**Common Law Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$89,340.00** | **$0.00**

**2.2 Ambrose Construction & Roustabout LLC**
Creditor's Name

**PO Box 189**
**Perkins, OK 74059**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**12/2014-4/2015**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**McNally 1-20, McNally 1-29, Everest 1-9, George Plagg 1-18, George Plagg 1-19, Whitten 1-2, Shipman 1**

Describe the lien
**Common Law Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$62,094.75** | **$0.00**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Osage Exploration and Development, Inc.**          Case number (if know)    **16-10308-SAH**

First Name      Middle Name      Last Name

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Apollo Investment Corporation** | **Describe debtor's property that is subject to a lien** | **$26,129,048.09** | **$0.00** |

Creditor's Name

**9 W 57 th Street**
**New York, NY 10019**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All Real Property Oil & Gas Well Interests**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Basic Energy Services** | **Describe debtor's property that is subject to a lien** | **$117,528.55** | **$0.00** |

Creditor's Name

**PO Box 841903**
**Dallas, TX 75284-1903**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/2014-4/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**George Plagg 1-18, Everest 1-9, Norval Gooch 1-7**

**Describe the lien**
**Common Law Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Beck Oilfield Supply Inc./WB Supply** | **Describe debtor's property that is subject to a lien** | **$118,836.60** | **$0.00** |

Creditor's Name

**PO Box 972856**
**Dallas, TX 75397-2856**

Creditor's mailing address

**Norval Gooch 1-7**

**Describe the lien**

**Common Law Lien**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name    Middle Name    Last Name

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**11/2014-12/2014**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Brickman Fast Line, Inc.** | **Describe debtor's property that is subject to a lien** | $141,510.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

| | |
|---|---|
| **PO BOX 203849**<br>**DALLAS, TX 75320-3849** | Norval Gooch 1-7, George Plagg 1-18, Shipman 1, Everest 1-9 |
| Creditor's mailing address | **Describe the lien**<br>**Common Law Lien** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**12/2014-1/2015**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.7 | **Canary Drilling Services LLC** | **Describe debtor's property that is subject to a lien** | $100,458.05 | $0.00 |
|---|---|---|---|---|

Creditor's Name

| | |
|---|---|
| **PO Box 670257**<br>**Dallas, TX 75267-0257** | George Plagg 1-18, George Plagg 1-19, McNally 1-20, McNally 1-29, Norval Gooch 1-7 |
| Creditor's mailing address | **Describe the lien**<br>**Common Law Lien** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**11/2014-9/2015**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  3 of 11

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

---

| 2.8 | **Diamond Gypsum** | Describe debtor's property that is subject to a lien | $3,370.50 | $0.00 |

Creditor's Name

**PO Box 622
Okarche, OK 73762**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**McNally 1-20, Norval Gooch 1-7**

Describe the lien
**Common Law Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/2014-12/2014, 4/2015**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Diamond Oil Field Service, Inc.** | Describe debtor's property that is subject to a lien | $75,153.10 | $0.00 |

Creditor's Name

**PO Box 850689
Yukon, OK 73085**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Everest 1-9, McNally 1-20, George Plagg 1-18, Shipman 1, Carey SWD**

Describe the lien
**Common Law Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/2014-1/2015**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Graco Oilfield Services** | Describe debtor's property that is subject to a lien | $38,410.00 | $0.00 |

Creditor's Name

**5300 Town & Country, Suite 220
Frisco, TX 75034**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Shipman 1**

Describe the lien
**Common Law Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 11

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name          Middle Name                Last Name

**Date debt was incurred**                    ■ No
**3/2015**                                     □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | □ Disputed |

---

| 2.1 1 | **Hamm & Phillips Service Company Inc.** | | $391,602.56 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |
| | **PO Box 3907** | **Norval Gooch 1-7, Everest 1-9, George Plagg 1-18, George Plagg 1-19** | | |
| | **Enid, OK 73702** | | | |

Creditor's mailing address

**Describe the lien**
**Common Law Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**      ■ No
**12/2014-3/2015**              □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | □ Disputed |

---

| 2.1 2 | **J&J Solutions** | | $110,129.30 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |
| | **6990 Independence** | **Everest 1-9, Norval Gooch 1-7, Carey SWD, Geroge Plagg 1-18, George Plagg 1-19, McNally 1-20, McNally 1-29** | | |
| | **Perry, OK 73077** | | | |

Creditor's mailing address

**Describe the lien**
**Common Law Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**      ■ No
**12/2014-2/2015**             □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | □ Disputed |

---

Debtor 1 **Osage Exploration and Development, Inc.**　　　　　　　　Case number (if know) **16-10308-SAH**

First Name　　　　Middle Name　　　　　Last Name

| 2.1 3 | **J2B CONSULTING LLC** | | **$14,980.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**George Plagg 1-18, Everest 1-9**

**1324 BIRCH ST**
**WEATHERFORD, OK 73096**

Creditor's mailing address

Describe the lien
**Common Law Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**
**3/2015-5/2015**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Kwick Rentals LLC** | | **$24,325.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**George Plagg 1-18, George Plagg 1-19,**
**Everest 1-9, Norval Gooch 1-7**

**PO Box 2111**
**Woodward, OK 73802**

Creditor's mailing address

Describe the lien
**Common Law Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **Leslie & Associates PLLC** | | **$22,725.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**George Plagg 1-18, George Plagg 1-19**

**6212 E. 89th Street**
**Tulsa, OK 74137**

Creditor's mailing address

Describe the lien
**Common Law Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**4/2015-5/2015**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　page 6 of 11

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if known)  **16-10308-SAH**

First Name     Middle Name         Last Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Nabors Drilling USA, LP** | Describe debtor's property that is subject to a lien | $211,288.63 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 973527**
**Dallas, TX 75397-3527**

Creditor's mailing address

**Norval Gooch 1-7**

Describe the lien

**Common Law Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**12/2014**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **New Prospect Company** | Describe debtor's property that is subject to a lien | $329,738.70 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 470118**
**Tulsa, OK 74147**

Creditor's mailing address

**Whitten 1-2, Whitten 1-3, George Plagg 1-19, Shipman 1, Carey SWD, Everest 1-9, George Plagg 1-18, Norval Gooch 1-7, McNally 1-20, McNally 1-29**

Describe the lien

**Common Law Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**12/2014-8/2015**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **Patriot Construction Services Inc.** | Describe debtor's property that is subject to a lien | $106,148.17 | $0.00 |
|---|---|---|---|---|

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 11

Debtor 1 **Osage Exploration and Development, Inc.**

First Name      Middle Name      Last Name

Case number (if know) **16-10308-SAH**

| | |
|---|---|
| Creditor's Name | **Everest 1-9, McNally 1-20, Norval Gooch 1-7** |
| **8301 Highway 105**<br>**Guthrie, OK 73044** | |
| Creditor's mailing address | **Describe the lien**<br>**Common Law Lien** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Date debt was incurred**<br>**12/2014-4/2015**<br>Last 4 digits of account number | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 9 | **Precision Energy Services, Inc.** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**George Plagg 1-18, George Plagg 1-19, Norval Gooch 1-7, Everest 1-9, Shipman 1, McNally 1-29** | $368,817.58 | $0.00 |
| | **PO Box 200698**<br>**Dallas, TX 75320-0698** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Common Law Lien** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br>**11/2014-3/2015**<br>Last 4 digits of account number | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.2 0 | **Premiere Inc.** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Shipman 1, Norval Gooch 1-7** | $167,653.01 | $0.00 |
| | **PO Box. 4585**<br>**Houston, TX 77210-4585** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Common Law Lien** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br>**11/2014-1/2015**<br>Last 4 digits of account number | | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  8 of 11

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name         Middle Name         Last Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **Schlumberger Technology Corp.** | **Describe debtor's property that is subject to a lien** | $21,039.63 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 732149
Dallas, TX 75373-2149**

**Shipman 1, Norval Gooch 1-7**

Creditor's mailing address

**Describe the lien**
**Common Law Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☒ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**1/2015**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 2 | **Smith International, Inc** | **Describe debtor's property that is subject to a lien** | $67,569.96 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 732136
Dallas, TX 75373-2136**

**Shipman 1, Everest 1-9**

Creditor's mailing address

**Describe the lien**
**Common Law Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☒ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/2014-2/2015**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | **Summit ESP, LLC** | **Describe debtor's property that is subject to a lien** | $333,710.32 | $0.00 |
|---|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
First Name          Middle Name          Last Name

Creditor's Name

George Plagg 1-18, George Plagg 1-19,
Norval Gooch 1-7, Everest 1-9

**PO Box 21468**
**Tulsa, OK 74121**

Creditor's mailing address

**Describe the lien**

**Common Law Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**2/2015-6/2015**

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

■ No          ☐ Contingent

☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative
priority.          ☐ Disputed

---

| 2.2 4 | **WB SUPPLY COMPANY** | Describe debtor's property that is subject to a lien | $102,229.86 | $0.00 |

Creditor's Name

**Shipman 1**

**PO BOX 972856**
**DALLAS, TX 75397-2856**

Creditor's mailing address

**Describe the lien**

**Common Law Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**2/2015**

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

■ No          ☐ Contingent

☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative
priority.          ☐ Disputed

---

| 2.2 5 | **Weatherford US LP GEMOCO** | Describe debtor's property that is subject to a lien | $2,844,121.78 | $0.00 |

Creditor's Name

George Plagg 1-18, George Plagg 1-19,
Norval Gooch 1-7, Everest 1-9, Shipman 1,
McNally 1-29

**PO Box 301003**
**Dallas, TX 75303-1003**

Creditor's mailing address

**Describe the lien**

**Garnishment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**11/2014-2/2015**

**Last 4 digits of account number**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name          Middle Name          Last Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$31,991,829. 14** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **-NONE-** | Line | |

**Fill in this information to identify the case:**

Debtor name **Osage Exploration and Development, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **16-10308-SAH**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,037.91 | $ 3,037.91 |
|---|---|---|---|
| **Oklahoma Tax Commission**<br>**PO Box 26860**<br>**Oklahoma City, OK 73126-0860** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**1/2016-2/2016** | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (8) | | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 115.84 |
|---|---|---|
| **1993 DANNY B OVERLAND TRUST**<br>**PO BOX 205**<br>**EARLSBORO, OK 74840** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: | |

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

Date or dates debt was incurred    **12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **530.12** |

**A D POWELL JR**
**713 NW 6TH**
**OKLAHOMA CITY, OK 73127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **11/2014-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **91,083.60** |

**AAA Fiberglass Repair LLC**
**10519  S  Sunnylane**
**Oklahoma City, OK 73160**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **01/2015-02/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **152,750.00** |

**Acidizing & Cementing Services Inc.**
**PO Box 751**
**Crescent, OK 73028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **11/2014-1/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **762.30** |

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name        Middle Name        Last Name

**Acme Truck Line, Inc.**
**PO Box 415000**
**Nashville, TN 37241-5000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **01/2015**    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **360.00** |

**Adnet Communications, Inc.**
**Suite 401 510 West Hastings Street**
**Vancouver, BC  V6B1L8**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **08/2015-1/2016**    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **212.61** |

**ALEXANDER BERLIN**
**CMR 427 BOX 3162**
**APO, AE 09630-0032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **7,068.26** |

**ALFRED ADLER ESTATE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

      First Name               Middle Name               Last Name

---

Date or dates debt was incurred   **11/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | | $ **98.59** |

**ALISHA BAKER BREEDING**
**3105 SW 51ST**
**OKLAHOMA CITY, OK 73119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **9/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | $ **212.62** |

**ALLISON LOHRIUS**
**8068 MEADOWDALE SQUARE**
**NIWOT, CO 80503**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | | $ **2,182.48** |

**ALTON L AND LAVON GORE H/W, JT**
**PO BOX 66**
**SEILING, OK 73663**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **1/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | | $ **164.29** |

As of the petition filing date, the claim is:

---

Debtor 1   **Osage Exploration and Development, Inc.**

First Name      Middle Name      Last Name      Case number (if know)   **16-10308-SAH**

---

**AMANDA HILLS**
**10023 LARK RD**
**WEATHERFORD, OK 73096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **3,545.00** |

**Ambrose Construction & Roustabout LLC**
**PO Box 189**
**Perkins, OK 74059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **1/2015-4/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **241.00** |

**AMCON RESOURCES INC**
**PO BOX 3025**
**OKLAHOMA CITY, OK 73101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **274.54** |

**AMERICAN ENERGY WOODFORD LLC**
**PO BOX 18107**
**OKLAHOMA CITY, OK 73154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**                     Case number (if know)   **16-10308-SAH**
            First Name          Middle Name          Last Name

---

Date or dates debt was incurred   **2/2015, 12/2015**      Is the claim subject to offset?

Last 4 digits of account number                            ■ No
                                                           ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,635.09** |
|---|---|---|---|

**American Express**
**BOX 0001**
**LOS ANGELES, CA 900096-000**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **12/2015-1/2016**      Is the claim subject to offset?

Last 4 digits of account number                            ■ No
                                                           ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **218.78** |
|---|---|---|---|

**AMERICAN MINERALS INC**
**400 N WALKER**
**OKLAHOMA CITY, OK 73102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **7/2014-12/2015**      Is the claim subject to offset?

Last 4 digits of account number                            ■ No
                                                           ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **46.33** |
|---|---|---|---|

**AMOEBA PETROLEUM INC**
**PO BOX 850891**
**YUKON, OK 73099**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **12/2015**      Is the claim subject to offset?

Last 4 digits of account number                            ■ No
                                                           ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **54.74** |
|---|---|---|---|

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name        Middle Name              Last Name

---

**ANDRONIC HARDING-BROOKS**
**903 EDDIE KIRK COURT**
**RICHMOND, TX 77469**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.20 | **Nonpriority creditor's name and mailing address** | | $ | **5,905.88** |

**ANNA MARIE POND**
**8 WESTVIEW LANE**
**SWEDEN, ME 04040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014-12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.21 | **Nonpriority creditor's name and mailing address** | | $ | **41.72** |

**ANTHONY J BROWNE**
**35 WILLIAMSBURG CT**
**ZIONSVILLE, IN 46077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.22 | **Nonpriority creditor's name and mailing address** | | $ | **108.62** |

**APEX RESOURCES, LLC**
**PO BOX 54588**
**OKLAHOMA CITY, OK 73154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
First Name          Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred  **10/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.23**

Nonpriority creditor's name and mailing address
**APSS Inc.**
**PO Box 850680**
**Yukon, OK 73085**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   **78,828.28**

| | |
|---|---|
| Date or dates debt was incurred  **12/2014-07/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.24**

Nonpriority creditor's name and mailing address
**ARBUCKLE MINERAL LLC**
**PO BOX 54737**
**OKLAHOMA CITY, OK 73154**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   **3,395.32**

| | |
|---|---|
| Date or dates debt was incurred  **12/2014-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.25**

Nonpriority creditor's name and mailing address
**ARCHIE J SCOTT**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   **7,794.75**

| | |
|---|---|
| Date or dates debt was incurred  **07/2014-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.26**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$   **4,890.00**

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name          Middle Name                Last Name

**Area 4 Enterprises, LLC**                     *Check all that apply.*
**11566 N. 1970 Road**                          ☐ Contingent
**Elk City, OK 73644**                          ☐ Unliquidated
                                                ☐ Disputed

                                                **Basis for the claim:**

Date or dates debt was incurred   **11/2014**   **Is the claim subject to offset?**

                                                ☑ No
Last 4 digits of account number                 ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **212.62** |

3.27   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**          $   **212.62**
       **ARIELLE LAPIANO**                                      *Check all that apply.*
       **459 BEACH AVENUE**                                     ☐ Contingent
       **MAMARONECK, NY 10543**                                 ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

Date or dates debt was incurred   **12/2015**                   **Is the claim subject to offset?**

                                                                ☑ No
Last 4 digits of account number                                 ☐ Yes

---

3.28   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**          $   **7,352.10**
       **Arkoma Surveying and Mapping**                         *Check all that apply.*
       **PO Box 238**                                           ☐ Contingent
       **Wilburton, OK 74578**                                  ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

Date or dates debt was incurred   **12/2014**                   **Is the claim subject to offset?**

                                                                ☑ No
Last 4 digits of account number                                 ☐ Yes

---

3.29   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**          $   **1,823.65**
       **ARRAKEEN RESOURCE COMPANY LTD**                        *Check all that apply.*
       **5826 ANTERO COURT**                                    ☐ Contingent
       **GOLDEN, CO 80403**                                     ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name        Middle Name        Last Name

| | | |
|---|---|---|
| Date or dates debt was incurred | **12/2015** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.30**

Nonpriority creditor's name and mailing address
**ARTHEMISE POYNER JACKSON
ESTATE C/O VAHL
22 CHUSCO ROAD
SANTA FE, NM 87508**

As of the petition filing date, the claim is:                    $ **96.74**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| | | |
|---|---|---|
| Date or dates debt was incurred | **11/2015-12/2015** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.31**

Nonpriority creditor's name and mailing address
**AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463**

As of the petition filing date, the claim is:                    $ **94.64**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| | | |
|---|---|---|
| Date or dates debt was incurred | **12/2015** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.32**

Nonpriority creditor's name and mailing address
**AVEN OIL & GAS INC
PO BOX 14491
OKLAHOMA CITY, OK 73113**

As of the petition filing date, the claim is:                    $ **144.81**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| | | |
|---|---|---|
| Date or dates debt was incurred | **12/2015** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.33**

Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                    $ **1,925.00**

---

Debtor 1  **Osage Exploration and Development, Inc.**                          Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

---

**B&W Exploration**
**100 Park Avenue Suite 1020**
**Oklahoma City, OK 73102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | $ **128.75** |

**B&W PETROLEUM**
**PO BOX 30452**
**EDMOND, OK 73033**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | $ **3,305.00** |

**B.O.P. RAM-BLOCK & IRON RENTALS,**
**INC.**
**PO BOX 872**
**WEATHERFORD, OK 73096**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | $ **11,433.92** |

**Bachman Services, Inc.**
**PO BOX 96265**
**Oklahoma City, OK 73143-6265**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

| Date or dates debt was incurred | **11/2015-1/2016** | Is the claim subject to offset? |
|---|---|---|

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **19,480.00** |
|---|---|---|---|---|

**BADGER DAYLIGHTING CORP**
**75 REMITTANCE DRIVE STE 3185**
**CHICAGO, IL 60675-3185**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | **2/2015** | Is the claim subject to offset? |
|---|---|---|

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **54.48** |
|---|---|---|---|---|

**BARBARA BUTCHER (HEIR OF WILMA**
**LLOYD)**
**914 S MEYERS AVE**
**CUSHING, OK 74023-4749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | **10/2015-12/2015** | Is the claim subject to offset? |
|---|---|---|

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **793.18** |
|---|---|---|---|---|

**BARBARA L WHITTEN, TRUSTEE**
**1318 SOUTH STILLWELL**
**PITTSBURGH, KS 66762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | **12/2015** | Is the claim subject to offset? |
|---|---|---|

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **8,883.63** |
|---|---|---|---|---|

Debtor 1  **Osage Exploration and Development, Inc.**

First Name    Middle Name    Last Name

Case number (if know)    **16-10308-SAH**

---

**Basic Energy Services**
**PO Box 841903**
**Dallas, TX 75284-1903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-4/2015**

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **33,418.00** |

**Basin Power Solutions/LarMar Rents**
**LLC**
**501 NE 27th Street**
**Moore, OK 73160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **5/2015-12/2015**

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,618.75** |

**Bayless Sales & Service, Inc.**
**RT. 1 Box 15**
**Arnett, OK 73832**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014**

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **977.16** |

**BEATRICE SNYDER**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name       Middle Name       Last Name

Date or dates debt was incurred   **10/2014-12/2015**     Is the claim subject to offset?

☑ No

Last 4 digits of account number  _____  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **531.39** |

**BEN HARPER**
**69 RED WING DRIVE**
**SANTA ROSA, CA 95409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   **1/2015-12/2015**     Is the claim subject to offset?

☑ No

Last 4 digits of account number  _____  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **5,905.99** |

**BENJAMIN POND**
**8 WESTVIEW LANE**
**SWEDEN, ME 04040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   **11/2014-12/2015**     Is the claim subject to offset?

☑ No

Last 4 digits of account number  _____  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **28,882.70** |

**BETTY ABELL**
**1114 MAGNOLIA COURT**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   **1/2015-12/2015**     Is the claim subject to offset?

☑ No

Last 4 digits of account number  _____  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **61.24** |

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

**BETTY GARRETT WOOD**
**3545 NW 58TH ST STE 400**
**OKLAHOMA CITY, OK 73112-4725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**    Is the claim subject to offset?

■ No

Last 4 digits of account number                              ☐ Yes

---

| 3.48 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**BETTY JO DOROUGH REV LVG TST DTD**
**1-5-06**
**7616 SANDLEWOOD DRIVE**
**OKLAHOMA CITY, OK 73132-3947**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$    **59.43**

Date or dates debt was incurred    **12/2015**    Is the claim subject to offset?

■ No

Last 4 digits of account number                              ☐ Yes

---

| 3.49 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**BETTY L MCCANDLESS**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$    **4,957.64**

Date or dates debt was incurred    **12/2014-12/2015**    Is the claim subject to offset?

■ No

Last 4 digits of account number                              ☐ Yes

---

| 3.50 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**BEVERLY LINDENBERGER**
**27074 W WAHALLA LN**
**BUCKEYE, AZ 85396**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$    **159.68**

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name          Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred   **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **242.70** |

**BICKERSTAFF ASSOCIATES, INC**
**PO BOX 1193**
**PARKER, CO 80134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred   **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **9,119.69** |

**Big Chief Pipe & Supply Inc.**
**117 S.E. 27th**
**Moore, OK 73160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred   **12/2014-2/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **47.89** |

**BIG STAR HOLDINGS**
**2033 HARBOR WAY #202**
**GRAFORD, TX 76449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred   **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **137.40** |

---

Debtor 1  **Osage Exploration and Development, Inc.**

First Name          Middle Name          Last Name          Case number (if know)   **16-10308-SAH**

**BILLY B WAGNER**
**2964 40TH STREET**
**WASHOUGAL, WA 98671**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **11/2015-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **16,657.42** |

**BLACK DIAMOND OILFIELD  LLC**
**800 NORTHPARK CENTRAL DRIVE # 200**
**HOUSTON, TX 77073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **8/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,004.56** |

**BLACK OAK ENERGY**
**101 N ROBINSON, SUITE 800**
**OKLAHOMA CITY, OK 73102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **20,501.62** |

**BLACKHAWK OPERATING**
**830 Fairview Ave. Suite D2**
**Bowling Green, KY 42101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                           Case number (if know)   **16-10308-SAH**
First Name          Middle Name          Last Name

Date or dates debt was incurred   **2015**                    Is the claim subject to offset?

Last 4 digits of account number _____               ■ No
                                                          ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **27,622.62** |

**BLAKE ARNOLD WORKING INTEREST**
**6816 N ROBINSON AVE**
**OKLAHOMA CITY, OK 73116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   **12/2015**                 Is the claim subject to offset?

Last 4 digits of account number _____               ■ No
                                                          ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **305.17** |

**BLUE DOLPHIN ENERGY LLC**
**13120 N MACARTHUR BLVD**
**OKLAHOMA CITY, OK 73142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   **12/2015**                 Is the claim subject to offset?

Last 4 digits of account number _____               ■ No
                                                          ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **14,507.74** |

**BNSF RAILWAY COMPANY**
**2500 LOU MENK DR AOB-3**
**FORT WORTH, TX 76131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   **10/2014-12/2015**         Is the claim subject to offset?

Last 4 digits of account number _____               ■ No
                                                          ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,038.15** |

Debtor 1  **Osage Exploration and Development, Inc.**                     Case number (if know)  **16-10308-SAH**

First Name            Middle Name            Last Name

**BOARD OF COUNTY COMMISSIONERS**         *Check all that apply.*
**LOGAN CO**                              ☐ Contingent
**312 EAST HARRISON**                     ☐ Unliquidated
**GUTHRIE, OK 73044**                     ☐ Disputed

                                          **Basis for the claim:**

Date or dates debt was incurred  **10/2014-12/2015**    **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **102.07** |

**BOBBYE COFFMAN**                        *Check all that apply.*
**5114 SW 16th**                          ☐ Contingent
**AMARILLO, TX 79106**                    ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**

Date or dates debt was incurred  **10/2015-12/2015**    **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **23,023.30** |

**Bostick Services Corporation**          *Check all that apply.*
**PO Box 536**                            ☐ Contingent
**Crescent, OK 73028**                    ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**

Date or dates debt was incurred  **12/2014-12/2015**    **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **66.24** |

**BRADFORD FAMILY TRUST DTD 11-1-13**     *Check all that apply.*
**1212 POND CREEK DRIVE**                 ☐ Contingent
**TECUMSEH, OK 74873**                    ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                                    Case number (if know)    **16-10308-SAH**
First Name          Middle Name          Last Name

Date or dates debt was incurred    **11/2014-12/2015**    Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number                          ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **38.91** |

**BRADLEY JAMES**
**18044 N 2980 ROAD**
**CRESCENT, OK 73028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **10/2015-12/2015**    Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number                          ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,005.81** |

**BRYAN R LYBARGER**
**6331 HILLARY COURT**
**ALEXANDRIA, VA 22315**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **1/2015-12/2015**    Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number                          ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **83,798.50** |

**Bull Directional Drilling Specialits Ltd**
**10314 Hwy 191**
**Midland, TX 79707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **12/2014**    Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number                          ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,395.00** |

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name        Middle Name            Last Name

---

**Business Wire**
**34182 P.O. Box 39000**
**San Francisco, CA 94139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **5/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **325.60** |

**BUTRAM ENERGIES INC**
**2320 N FM 740**
**HEATH, TX 75032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **8,750.00** |

**Byrd Oilfield Services LLC**
**PO Box 7269**
**Abeline, TX 79608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **111.88** |

**BYRON FRANK RICE**
**6243 ROCKROSE DRIVE**
**NEWARK, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**      Case number (*if know*)  **16-10308-SAH**

First Name      Middle Name      Last Name

---

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.72 | | | $ **7,068.20** |

**Nonpriority creditor's name and mailing address**
**C J LITTLE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **11/2014-12/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.73 | | | $ **5.58** |

**Nonpriority creditor's name and mailing address**
**C L PROCTOR**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **12/2014-12/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.74 | | | $ **5,301.18** |

**Nonpriority creditor's name and mailing address**
**C WALTER ULSH; CITIBANK N A**
**TRUSTEE ULWT**
**153 E 53RD 24TH FLOOR ZONE 13**
**NEW YORK, NY 10043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **11/2014-12/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.75 | | | $ **8,473.79** |

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

---

Debtor 1  **Osage Exploration and Development, Inc.**                     Case number (if know)  **16-10308-SAH**
First Name          Middle Name          Last Name

---

**Canary Drilling Services LLC**
**PO Box 670257**
**Dallas, TX 75267-0257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014, 8/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | | $ | **2.84** |

**CANNING FAMILY REVOCABLE TRUST**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | | $ | **15,787.50** |

**Canrig Drilling Technology Ltd.**
**PO Box 973608**
**Dallas, TX 75397-3608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | | $ | **15.47** |

**CAPTAIN CREEK OIL LLC**
**PO BOX 13515**
**OKLAHOMA CITY, OK 73113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                     Case number (if know)   **16-10308-SAH**
_____
First Name          Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred   **10/2015-12/2015** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number | |

---

**3.79**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address<br>**Caren McCraken** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $   **250.00** |
| Date or dates debt was incurred   **12/2014** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number | | |

---

**3.80**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address<br>**CAROL MORGAN POLLEY**<br>**1304 LAMPLIGHTER LANE**<br>**EDMOND, OK 73034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $   **116.02** |
| Date or dates debt was incurred   **12/2015** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number | | |

---

**3.81**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address<br>**CAROLYN SAVAGE REV INTER VIVOS**<br>**TRUST**<br>**739 W SAND POINT ROAD**<br>**MEADE, OK 73449** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $   **61.23** |
| Date or dates debt was incurred   **10/2015-12/2015** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| Last 4 digits of account number | | |

---

**3.82**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $   **1,639.74** |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Osage Exploration and Development, Inc.**                      Case number (if know)    **16-10308-SAH**

First Name    Middle Name    Last Name

**CARSTEN FAMILY REV TST DTD**          *Check all that apply.*
**8-10-1992**                           ☐ Contingent
**22509 CARGON MESA RD**                ☐ Unliquidated
**MALIBU, CA 92065**                    ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **1/2015-12/2015**    **Is the claim subject to offset?**

                                                          ■ No

Last 4 digits of account number                           ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **61.05** |

**CATHERINA LEA & LAWRENCE E**          *Check all that apply.*
**JAMES, H/W, J**                       ☐ Contingent
**9100 NORTH SOONER ROAD**              ☐ Unliquidated
**GUTHRIE, OK 73044**                   ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**    **Is the claim subject to offset?**

                                                   ■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **10,609.24** |

**CATHERINE A A/K/A CATHERINE A**       *Check all that apply.*
**DAVIS PRIC**                          ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**    **Is the claim subject to offset?**

                                                           ■ No

Last 4 digits of account number                            ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **5,606.48** |

**CECIL V COX**                         *Check all that apply.*
**PO BOX 19667**                        ☐ Contingent
**OKLAHOMA CITY, OK 73144**             ☐ Unliquidated
                                        ☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
First Name          Middle Name          Last Name

Date or dates debt was incurred   **11/2014-12/2015**          **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____              ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **825.47** |

**CFE PARTNERS LLC**
**3220 MEADOW LN**
**COLLEGEVILLE, PA 19426-1413**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **12/2015**          **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____              ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **29,048.77** |

**CHARELS DOUGLAS GRISHAM**
**10701 WHITEHALL BLVD**
**OKLAHOMA CITY, OK 73162**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **7/2014-12/2015**          **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____              ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **420.65** |

**CHARLANN LESH JOHNSON**
**4612 W QUAIL HOLLOW DRIVE**
**LAKE CHARLES, LA 70605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **12/2015**          **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____              ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,250.57** |

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name        Middle Name        Last Name

**CHARLES E AND NICOLA DAYNES**
**GRADY GRADY**
**12531 W HIGHWAY 71 APT 3108**
**AUSTIN, TX 78738-6651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **1/2015-12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number                    ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **19,759.30** |

**Charles L Helm, Attorney, P.C.**
**Hightower Building 105 North Hudson,**
**Sui**
**Oklahoma City, OK 73102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **7/2015-10/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number                    ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **79.25** |

**CHARLIE POND**
**311 S SAINT MARY'S STREET APT 10M**
**SAN ANTONIO, TX 78240-2366**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number                    ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **316.96** |

**CHARLIE W AND IMOGENE BIGGS H/W,**
**JT**
**6475 E COLLEGE AVE**
**GUTHRIE, OK 73044-9424**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name        Middle Name            Last Name

Date or dates debt was incurred  **12/2015**            Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **89.14** |

**CHAS A NEAL & COMPANY**
**PO BOX 269**
**MIAMI, OK 74354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **12/2015**            Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **6,196.96** |

**CHESCA S BAILY**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **12/2014-12/2015**            Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,478.75** |

**CHET GUTOWSKY**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **12/2014-12/2015**            Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **45.90** |

---

Debtor 1   **Osage Exploration and Development, Inc.**                     Case number (if know)   **16-10308-SAH**
              First Name          Middle Name          Last Name

**CHURCH OF GOD OF PROPHECY**          *Check all that apply.*
**621 N 17TH STREET**                  ☐ Contingent
**GUTHRIE, OK 73044**                  ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:**

Date or dates debt was incurred   **12/2015**   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number                   ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **6,984.56** |

**CLARA B RAY**                        *Check all that apply.*
                                       ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:**

Date or dates debt was incurred   **06/2014-12/2015**   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number                   ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **22,600.29** |

**CLAUDE C ARNOLD WORKING**            *Check all that apply.*
**INTEREST**                           ☐ Contingent
**6816 N ROBINSON AVE**                ☐ Unliquidated
**OKLAHOMA CITY, OK 73116**            ☐ Disputed

                                       **Basis for the claim:**

Date or dates debt was incurred   **12/2015**   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number                   ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **496.75** |

**CLAUDETTE LANDESS**                  *Check all that apply.*
**9 TEAL COURT**                       ☐ Contingent
**AMARILLO, TX 79106**                 ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:**

Debtor 1  **Osage Exploration and Development, Inc.**

First Name    Middle Name    Last Name

Case number (if know)  **16-10308-SAH**

---

Date or dates debt was incurred  **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.10 0 | **Nonpriority creditor's name and mailing address**<br>**CLAUDIA AND CLAIRE TRUST NO 1;**<br>**AGNES LEA**<br>**2403 TECKLA BLVD**<br>**AMARILLO, TX 79106** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **496.76** |

Date or dates debt was incurred  **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.10 1 | **Nonpriority creditor's name and mailing address**<br>**CLAUDIA J ROEBUCK**<br>**2701 NW 112TH STREET**<br>**OKLAHOMA CITY, OK 73120** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **57.51** |

Date or dates debt was incurred  **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.10 2 | **Nonpriority creditor's name and mailing address**<br>**CLAYTON E AND BETTY JO RICE JR**<br>**3518 YORKTOWN ROAD**<br>**FREEMONT, CA 94538** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **8,322.66** |

Date or dates debt was incurred  **06/2014-09/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.10 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **111.86** |

---

Debtor 1  **Osage Exploration and Development, Inc.**

First Name    Middle Name    Last Name

Case number (if know)  **16-10308-SAH**

**CLAYTON E RICE JR**
**3518 YORKTOWN ROAD**
**FREEMONT, CA 94538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 4 | | |

**Nonpriority creditor's name and mailing address**
**CLEO ALLEN WALTER**
**13675 S SOONER ROAD**
**EDMOND, OK 73034**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **40.82**

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 5 | | |

**Nonpriority creditor's name and mailing address**
**CLOYD LEROY RAY JR**
**519 WEST MULBERRY STREET**
**COLUMBUS, KS 66725**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **136.71**

**Basis for the claim:**

Date or dates debt was incurred    **6/2014-12/2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.10 6 | | |

**Nonpriority creditor's name and mailing address**
**CMO ENERGY PARTNERS II LP**
**PO BOX 4887**
**WICHITA FALLS, TX 76308**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **817.42**

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
First Name          Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred  **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.10 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **10,536.56** |
|---|---|---|---|
| | **CMO Energy Partners LP**<br>**P.O. Box 4887**<br>**Wichita Falls, TX 76308** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred  **7/2015-11/2015** | Is the claim subject to offset? |
| | ☐ No |
| Last 4 digits of account number | ■ Yes |

---

| 3.10 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **52.54** |
|---|---|---|---|
| | **CMO ROYALTY II LLC**<br>**PO BOX 4887**<br>**WICHITA FALLS, TX 76308** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred  **10/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.10 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,080.94** |
|---|---|---|---|
| | **COBRA PETROLEUM COMPANY**<br>**PO BOX 136355**<br>**FORT WORTH, TX 73136** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred  **1/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.11 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **668.60** |
|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number *(if know)*  **16-10308-SAH**
First Name          Middle Name          Last Name

---

**COLUMBIA SCHOOL OF SOCIAL WORK, NY, NY**
**1255 AMSTERDAM AVENUE**
**NEW YORK, NY 10027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **1/2015-12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.11 1 | **Nonpriority creditor's name and mailing address** | | $ **6,568.80** |
|---|---|---|---|

**CONNIE SUE JAMES**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **06/2014-12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.11 2 | **Nonpriority creditor's name and mailing address** | | $ **19,562.50** |
|---|---|---|---|

**Consolidated Oilfield Rentals Inc.**
**PO Box 653**
**Clinton, OK 73601**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.11 3 | **Nonpriority creditor's name and mailing address** | | $ **10,609.27** |
|---|---|---|---|

**CONSTANCE L DAVIS**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
_____
First Name    Middle Name    Last Name

| | |
|---|---|
| Date or dates debt was incurred  **12/2014-12/2015** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number | |

---

| 3.11<br>4 | Nonpriority creditor's name and mailing address<br>**Continental Wire Cloth**<br>**11240 S.James Ave.**<br>**Jenks, OK 74037** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **17,578.92** |
|---|---|---|---|

| | |
|---|---|
| Date or dates debt was incurred  **11/2014-12/2014** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number | |

---

| 3.11<br>5 | Nonpriority creditor's name and mailing address<br>**COOKSEY GROUP LLC**<br>**1001 NW 63RD ST STE 290**<br>**OKLAHOMA CITY, OK 73116** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **2,834.61** |
|---|---|---|---|

| | |
|---|---|
| Date or dates debt was incurred  **12/2015** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number | |

---

| 3.11<br>6 | Nonpriority creditor's name and mailing address<br>**CORAL HORZ #2**<br>**160 WEST CAMINO REAL #221**<br>**BOCA RATON, FL 33432** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **2,440.03** |
|---|---|---|---|

| | |
|---|---|
| Date or dates debt was incurred  **12/2015** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number | |

---

| 3.11<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **3,616.53** |
|---|---|---|---|

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (*if know*)    **16-10308-SAH**

First Name          Middle Name          Last Name

---

**CORAL HORZ #3**
**160 W CAMINO REAL #221**
**BOCA RATON, FL 33432**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.11 8 | **Nonpriority creditor's name and mailing address**<br>**Core Laboratories LP**<br>PO Box 841787<br>Dallas, TX 75284 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **21,666.63** |

**Basis for the claim:**

Date or dates debt was incurred    **12/2014**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.11 9 | **Nonpriority creditor's name and mailing address**<br>**COVINGTON OIL CO INC**<br>PO BOX 54470<br>OKLAHOMA CITY, OK 73154 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **55.07** |

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.12 0 | **Nonpriority creditor's name and mailing address**<br>**Cox Communications**<br>PO. Box 53214<br>Phoenix, AZ 85072-3214 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **591.65** |

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**                                    Case number (if know)   **16-10308-SAH**
    First Name        Middle Name        Last Name

Date or dates debt was incurred   **12/2015**           Is the claim subject to offset?

                                    ■ No

Last 4 digits of account number   _____         ☐ Yes

---

**3.12 1**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:        $   **7,037.35**
   **Cox Communications ..**                    Check all that apply.
   **PO Box 248851**                             ☐ Contingent
   **Oklahoma City, OK 73124-8851**              ☐ Unliquidated
                                 ☐ Disputed

                                   Basis for the claim:

Date or dates debt was incurred   **09/2015-12/2015**    Is the claim subject to offset?

                                    ■ No

Last 4 digits of account number   _____         ☐ Yes

---

**3.12 2**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:        $   **264.43**
   **CRAIG MORGAN**                              Check all that apply.
                                   ☐ Contingent
                                   ☐ Unliquidated
                                   ☐ Disputed

                                   Basis for the claim:

Date or dates debt was incurred   **12/2014-12/2015**    Is the claim subject to offset?

                                    ■ No

Last 4 digits of account number   _____         ☐ Yes

---

**3.12 3**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:        $   **255.49**
   **CRAWLEY PETROLEUM CORPORATION**             Check all that apply.
   **105 N HUDSON AVE, SUITE 800**               ☐ Contingent
   **OKLAHOMA CITY, OK 73102**                   ☐ Unliquidated
                                   ☐ Disputed

                                   Basis for the claim:

Date or dates debt was incurred   **12/2015**           Is the claim subject to offset?

                                    ■ No

Last 4 digits of account number   _____         ☐ Yes

---

**3.12 4**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:        $   **24,439.22**

---

Debtor 1    **Osage Exploration and Development, Inc.**                  Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

**CREC**
**PO Box 1809**
**Stillwater, OK 74076-1809**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **1/2016**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.12 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Crescent Services LLC**
**5749 NW 132 St.**
**Oklahoma City, OK 73142**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **14,814.00**

Date or dates debt was incurred    **02/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.12 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Crescent Transports Co. Inc.**
**PO Box 463**
**Crescent, OK 73028**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **18,363.00**

Date or dates debt was incurred    **11/2014-3/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.12 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Custom Trucks & Equipment**
**PO BOX 2422**
**CHICKASHA, OK 73023**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **650.00**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name              Last Name

Date or dates debt was incurred  **2/2015**          Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number _____        ☐ Yes

---

| 3.12 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **46.34** |

**CWN 1994 REVOCABLE TRUST**
**9520 N MAY AVE STE 320**
**OKLAHOMA CITY, OK 73120-2722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **12/2015**          Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number _____        ☐ Yes

---

| 3.12 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **71.11** |

**CYNTHIA WORKMAN**
**3941 SIMPSON ROAD EAST**
**LENOIR CITY, TN 37772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **12/2015**          Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number _____        ☐ Yes

---

| 3.13 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **352.51** |

**Dale Creel Tarr**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **6/2014**          Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number _____        ☐ Yes

---

| 3.13 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **13.62** |

Debtor 1 **Osage Exploration and Development, Inc.**

First Name        Middle Name        Last Name

Case number (if know)    **16-10308-SAH**

---

**DANA L HUFFMAN TRUST DTD AUGUST 12 2009**
**633 DOE TRAIL**
**EDMOND, OK 73102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **10/2015-12/2015**

Last 4 digits of account number    _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.13 2 | **Nonpriority creditor's name and mailing address** | | $ **54.44** |
|---|---|---|---|

**DANIEL W WHITTEN RESIDUARY TRUST; DON A**
**PO BOX 22932**
**OKLAHOMA CITY, OK 73123**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **10/2015-12/2015**

Last 4 digits of account number    _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.13 3 | **Nonpriority creditor's name and mailing address** | | $ **114.92** |
|---|---|---|---|

**DARREN SHANE ROUNDS**
**9916 INDIGO ROAD**
**OKLAHOMA CITY, OK 73159**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **10/2015-12/2015**

Last 4 digits of account number    _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.13 4 | **Nonpriority creditor's name and mailing address** | | $ **53.06** |
|---|---|---|---|

**DARYL M REESER**
**PO BOX 331**
**GUTHRIE, OK 73044**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred   **10/2015-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number   _____          ☐ Yes

---

| 3.13 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **54.46** |
|---|---|---|---|

**DAVID A WHITTEN RESIDUARY TRUST;**
**DAVID A**
**PO BOX 22932**
**OKLAHOMA CITY, OK 73123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **10/2015-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number   _____          ☐ Yes

---

| 3.13 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **30.01** |
|---|---|---|---|

**DAVID E AND RHONDA BENCH JT**
**5920 RIVERVIEW ROAD**
**GUTHRIE, OK 73044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **10/2015-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number   _____          ☐ Yes

---

| 3.13 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **115.84** |
|---|---|---|---|

**DAVID F LITTLE**
**1901 N KICKAPOO**
**SHAWNEE, OK 74804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number   _____          ☐ Yes

---

| 3.13 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,489.16** |
|---|---|---|---|

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

**DAVID JAY DEMOSS**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**      **Is the claim subject to offset?**

■ No

Last 4 digits of account number                               ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **281.46** |

**DAVID LANDON SPEED**
**PO BOX 485**
**PIEDMONT, OK 73078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**      **Is the claim subject to offset?**

■ No

Last 4 digits of account number                               ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,101.69** |

**DAVID STOREY BARNES**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**      **Is the claim subject to offset?**

■ No

Last 4 digits of account number                               ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **69.51** |

**DAVID W RHODES**
**PO BOX 1516**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred    **10/2015-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.14 2 | | $ **1,773.97** |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:
**DAVIS FARMS**                              Check all that apply.
**3919 SOUTH BROADWAY**                       ☐ Contingent
**GUTHRIE, OK 73044**                         ☐ Unliquidated
                                              ☐ Disputed

**Basis for the claim:**    _____

Date or dates debt was incurred    **12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.14 3 | | $ **53.03** |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:
**DEBORAH KAY BARTON**                        Check all that apply.
**906 LANGFORD CT**                           ☐ Contingent
**ANNA, TX 75409**                            ☐ Unliquidated
                                              ☐ Disputed

**Basis for the claim:**    _____

Date or dates debt was incurred    **10/2015-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.14 4 | | $ **10.00** |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:
**Deborah Lynne Riggs**                       Check all that apply.
**2 Whispering Pines Drive**                  ☐ Contingent
**Tuttle, OK 73089**                          ☐ Unliquidated
                                              ☐ Disputed

**Basis for the claim:**    _____

Date or dates debt was incurred    **12/2014**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.14 5 | | $ **772.58** |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:

---

Debtor 1    **Osage Exploration and Development, Inc.**                                    Case number (if know)    **16-10308-SAH**

First Name                Middle Name                Last Name

**DELBERT ALLEN CAREY**                        Check all that apply.
**110 BUNCH SPRINGS ROAD**                    ☐ Contingent
**BERRYVILLE, AR 72616**                      ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**

Date or dates debt was incurred    **12/2015**    **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number               ☐ Yes

---

| 3.14 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **441.74** |

**DELTHEA CLOUD**
**5500 RIVERVIEW ROAD**
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**    **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number               ☐ Yes

---

| 3.14 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **2,489.28** |

**DEMOSS ROYALTY LLC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**    **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number               ☐ Yes

---

| 3.14 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **219.06** |

**DENNIS CARPENTER**
**2534 NW 57TH STREET**
**OKLAHOMA CITY, OK 73112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name    Middle Name    Last Name

| | |
|---|---|
| Date or dates debt was incurred    **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.14 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **62.55** |
|---|---|---|---|
| | **DERRICK AND JULIE SHANNON**<br>**6991 SPRINGER RUN**<br>**EDMOND, OK 73012** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred    **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.15 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **60,483.52** |
|---|---|---|---|
| | **Devon Energy Corporation**<br>**333 West Sheridan Ave.**<br>**Oklahoma City, OK 73102** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred    **5/2015-1/2016** | Is the claim subject to offset? |
| | ☐ No |
| Last 4 digits of account number | ■ Yes |

---

| 3.15 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **1.49** |
|---|---|---|---|
| | **DEVON ENERGY DEVELOPMENT**<br>**COMPANY LP**<br>**333 W. Sheridan Ave**<br>**Oklahoma City, OK 73102** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred    **12/2014-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.15 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **35,097.77** |
|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**
_____First Name_____Middle Name_____Last Name_____

**Diamond Gypsum**
**PO Box 622**
**Okarche, OK 73762**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **11/2014-12/2014**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.15 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **15.96** |

**DIANA LYNNE AKA DIANA FOSTER**
**CARL**
**12634 WESTELLA**
**HOUSTON, TX 77077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **10/2015-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.15 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **51.65** |

**DIANE L SEDO**
**12382 CHARLOMA DRIVE**
**TUSTIN, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.15 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **20.43** |

**DOLORES C PECK BRANSON**
**2601 SW 103RD**
**OKLAHOMA CITY, OK 73159**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                                Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

Date or dates debt was incurred    **10/2015-12/2015**          **Is the claim subject to offset?**

☑ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.15 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **178.71** |

**DON AND CAROL HEROLD**
**10221 GRANADA LN**
**OVERLAND PARK, KS 66207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**          **Is the claim subject to offset?**

☑ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.15 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **122.12** |

**DON AND LUANN WILCOX**
**6400 NORTH COLTRANE**
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**          **Is the claim subject to offset?**

☑ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.15 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **55.59** |

**DONNA M TRENT**
**55 S CHURCH ST APT F**
**FAIRHOPE, AL 36532**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**          **Is the claim subject to offset?**

☑ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.15 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **677.94** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**
_____First Name_____Middle Name_____Last Name_____

**DORCY OIL CO**                                        *Check all that apply.*
**PO BOX 110**                                          ☐ Contingent
**BENNINGTON, VT 05201**                                ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**

Date or dates debt was incurred    **12/2015**          **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number                         ☐ Yes

---

| 3.16 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **2,355.34** |

| 3.16<br>0 | **Nonpriority creditor's name and mailing address**<br>**Dorothy J Stout** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **2,355.34** |

Date or dates debt was incurred                         **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number                         ☐ Yes

---

| 3.16<br>1 | **Nonpriority creditor's name and mailing address**<br>**DOROTHY PITTMAN C/O LAWRENCE**<br>**PITTMAN**<br>**5116 WEST ARGENT ROAD**<br>**PASEO, WA 99301** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **265.05** |

Date or dates debt was incurred    **11/2014-12/2015**  **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number                         ☐ Yes

---

| 3.16<br>2 | **Nonpriority creditor's name and mailing address**<br>**DOROTHY SUE S/P/A DOROTHY**<br>**HUDSON RILEY** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **9,915.30** |

Debtor 1  **Osage Exploration and Development, Inc.**

First Name          Middle Name          Last Name

Case number (if know)  **16-10308-SAH**

---

Date or dates debt was incurred  **12/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.16 3 | **Nonpriority creditor's name and mailing address**<br>**DOUBLE EAGLE ENERGY**<br>**1401 BALLINGER STREET SUITE 203**<br>**FORT WORTH, TX 76102** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **1,076.73** |

Date or dates debt was incurred  **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.16 4 | **Nonpriority creditor's name and mailing address**<br>**Double L Welding**<br>**14623 Paisley Lane**<br>**Perkins, OK 74059** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **6,510.00** |

Date or dates debt was incurred  **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.16 5 | **Nonpriority creditor's name and mailing address**<br>**DOUG AKA JON DOUGLAS SANDERSON**<br>**PO BOX 1344**<br>**GUTHRIE, OK 73044** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **24.60** |

Date or dates debt was incurred  **10/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.16 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **793.19** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name        Middle Name        Last Name

**DOYLE LEON PETTIJOHN TTEE**          *Check all that apply.*
**PETTIJOHN FAMILY TRUST**             ☐ Contingent
**U/A 4/1/13**                          ☐ Unliquidated
**6072 EAGLE POINT LN**                 ☐ Disputed
**FRISCO, TX 75034**

                                        **Basis for the claim:**
                                        _____

Date or dates debt was incurred  **12/2015**    **Is the claim subject to offset?**

                                        ■ No
Last 4 digits of account number  _____    ☐ Yes

---

| 3.16 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **1,721.88** |

**Doyle W Allison**                     *Check all that apply.*
                                        ☐ Contingent
                                        ☐ Unliquidated
_____         ☐ Disputed

                                        **Basis for the claim:**
                                        _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

                                        ■ No
Last 4 digits of account number  _____    ☐ Yes

---

| 3.16 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **151,392.50** |

**DRI Oilfield Services LLC**           *Check all that apply.*
**PO Box 1293**                         ☐ Contingent
**Houston, TX 77251**                   ☐ Unliquidated
_____         ☐ Disputed

                                        **Basis for the claim:**
                                        _____

Date or dates debt was incurred  **11/2014-1/2015**    **Is the claim subject to offset?**

                                        ■ No
Last 4 digits of account number  _____    ☐ Yes

---

| 3.16 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **46.34** |

**DUANN CORP**                          *Check all that apply.*
**813 GLENLAKE DRIVE**                   ☐ Contingent
**EDMOND, OK 73013**                     ☐ Unliquidated
_____         ☐ Disputed

                                        **Basis for the claim:**
                                        _____

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**
           First Name        Middle Name        Last Name

| | |
|---|---|
| Date or dates debt was incurred   **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.17 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **780.23** |
|---|---|---|---|
| | **DWIGGINS CONSULTING, LLC**<br>**2004 KIAWAH CIRCLE**<br>**EDMOND, OK 73025** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred   **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.17 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,612.54** |
|---|---|---|---|
| | **DXP Supercenter**<br>**PO Box 201791**<br>**Dallas, TX 75320-1791** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred   **2/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.17 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **111.71** |
|---|---|---|---|
| | **DYNASTY OIL AND GAS LLC**<br>**5025 GAILLARDIA CORP. PLACE SUITE**<br>**D**<br>**OKLAHOMA CITY, OK 73142** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred   **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.17 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **46.36** |
|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (*if know*)    **16-10308-SAH**

First Name            Middle Name            Last Name

---

**EAGLE OIL AND GAS**
**2525 KELL BOULEVARD SUITE 510**
**WICHITA FALLS, TX 76308-1061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.17 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **404.03** |

**Eagle Pump & Supply II**
**PO Box 511**
**Cushing, OK 74023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.17 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **40.87** |

**EARL BUCKLEY**
**221 PENNY CIRCLE**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.17 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **11,025.36** |

**EAW ENERGY PARTNERS FUND I LP**
**PO BOX 25469**
**DALLAS, TX 75225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                          Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred  **1/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.17 7 | **Nonpriority creditor's name and mailing address**<br>**ECC LLC**<br>**PO BOX 18735**<br>**OKLAHOMA CITY, OK 73154** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **531.33** |

Date or dates debt was incurred  **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.17 8 | **Nonpriority creditor's name and mailing address**<br>**ED DUNN** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **2.75** |

Date or dates debt was incurred  **12/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.17 9 | **Nonpriority creditor's name and mailing address**<br>**EDF CAPITAL LLC**<br>**12105 ELEANORE COURT**<br>**SAN DIEGO, CA 92131** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **1,178.88** |

Date or dates debt was incurred  **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.18 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **42.32** |

---

Debtor 1  **Osage Exploration and Development, Inc.**

First Name        Middle Name              Last Name

Case number (if know)  **16-10308-SAH**

**EDGAR WAYNE RAY**
**6127 SE BEAR DRIVE**
**GALENA, KS 66739**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **10/2015-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.18 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **891.43** |

**EDMUND J COOK**
**11 NELSON AVE**
**OSSINING, NY 10562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **1/2015-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.18 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **2,500.00** |

**Edna Dacus Trust**
**c/o Joseph Brant Stubblefild Trustee**
**P.O. Box 548**
**Lindsay, OK 73052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **10/2014**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.18 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **1,239.39** |

**EDNA LOU F/K/A EDNA LOU SAYLER**
**MITCHELL**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**                     Case number (if know)   **16-10308-SAH**

    First Name            Middle Name           Last Name

Date or dates debt was incurred   **12/2014-12/2015**        Is the claim subject to offset?

                                                         ■ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.18 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.80** |
|---|---|---|---|---|

| | **EDNA MAE DUNN** | Check all that apply. |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |

                                   **Basis for the claim:** _____

Date or dates debt was incurred   **12/2014-12/2015**        Is the claim subject to offset?

                                                           ■ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.18 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **6,012.95** |
|---|---|---|---|---|

| | **EDNA MILLER** | Check all that apply. |
| | **OKLAHOMA CORPORATION** | ☐ Contingent |
| | **COMMISSION; MINERAL** | ☐ Unliquidated |
| | **OKLAHOMA CITY, OK 73152-2000** | ☐ Disputed |

                                   **Basis for the claim:** _____

Date or dates debt was incurred   **2/2015-12/2015**        Is the claim subject to offset?

                                                           ■ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.18 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **7,951.77** |
|---|---|---|---|---|

| | **EDWARD J SLATTERY, BISHOP OF THE** | Check all that apply. |
| | **ROMAN C** | ☐ Contingent |
| | **PO BOX 690240** | ☐ Unliquidated |
| | **TULSA, OK 74169** | ☐ Disputed |

                                   **Basis for the claim:** _____

Date or dates debt was incurred   **11/2014-12/2015**        Is the claim subject to offset?

                                                           ■ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.18 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **106.56** |
|---|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**
First Name          Middle Name          Last Name

**Edward W Miller Revocable Trust**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

---

| 3.18 8 | **Nonpriority creditor's name and mailing address** | | $ 309.82 |

**Effie Sins**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **6/2014**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

---

| 3.18 9 | **Nonpriority creditor's name and mailing address** | | $ 699.03 |

**EL DORADO CORPORATION**
**PO BOX 21332**
**OKLAHOMA CITY, OK 73156**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

---

| 3.19 0 | **Nonpriority creditor's name and mailing address** | | $ 212.62 |

**ELIZABETH TAYLOR**
**143 BARRIE RD**
**ARDMORE, PA 19003**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                          Case number (if know)    **16-10308-SAH**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Date or dates debt was incurred    **12/2015**            Is the claim subject to offset?

　　　　　　　　　　　　　　　　　　　　　　　　　　■ No
Last 4 digits of account number _____            ☐ Yes

---

| 3.19 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,101.70** |

**ELIZABETH TRENT BARNES COCHRANE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2014-12/2015**    Is the claim subject to offset?

　　　　　　　　　　　　　　　　　　　　　　　　　　■ No
Last 4 digits of account number _____            ☐ Yes

---

| 3.19 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **123.58** |

**ELK CREEK RESOURCES LLC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2014-12/2015**    Is the claim subject to offset?

　　　　　　　　　　　　　　　　　　　　　　　　　　■ No
Last 4 digits of account number _____            ☐ Yes

---

| 3.19 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **57.53** |

**ELLEN C HARKINS
2704 SW 115TH STREET
OKLAHOMA CITY, OK 73170**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2015**            Is the claim subject to offset?

　　　　　　　　　　　　　　　　　　　　　　　　　　■ No
Last 4 digits of account number _____            ☐ Yes

---

| 3.19 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **12,920.11** |

Debtor 1 **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name            Middle Name            Last Name

**ELM PARK MINERALS I LP**
**PO BOX 2015**
**OKLAHOMA CITY, OK 73101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014-12/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.19 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Elynx Technologies LLC**
**PO Box 21228**
**Tulsa, OK 74121-1228**

As of the petition filing date, the claim is:            $    **61,403.21**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-1/2016**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.19 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**EMILY BROOKE TOWNLEY**
**12434 MAPLE RIDGE LANE**
**GUTHRIE, OK 73044**

As of the petition filing date, the claim is:            $    **12.97**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.19 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**ENDICO INC**
**PO BOX 2552**
**EDMOND, OK 78083-2552**

As of the petition filing date, the claim is:            $    **4,368.88**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
_____
First Name    Middle Name    Last Name

---

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.19 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **553.19** |

**Nonpriority creditor's name and mailing address**
**ENERLEX INC**
**18452 E 111TH STREET**
**BROKEN ARROW, OK 74011-9408**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.19 9 |

**Nonpriority creditor's name and mailing address**
**Enviro Clean Services LLC**
**PO Box 721090**
**Oklahoma City, OK 73172-1090**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **3,277.50**

Date or dates debt was incurred    **03/2015-04/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.20 0 |

**Nonpriority creditor's name and mailing address**
**Environmental Oil Solutions  LLC**
**16300 N. Canadian Rd.**
**Geary, OK 73040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **19,364.00**

Date or dates debt was incurred    **11/2014-4/2015**

Last 4 digits of account number    _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.20 1 |

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$ **98.57**

---

Debtor 1   **Osage Exploration and Development, Inc.**                Case number (if know)   **16-10308-SAH**

First Name          Middle Name          Last Name

**ERIC L BAKER**
**3105 SW 51ST**
**OKLAHOMA CITY, OK 73119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **9/2015-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.20 | | | | $ |
|---|---|---|---|---|
| 2 | | | | |

**Nonpriority creditor's name and mailing address**
**ESP Completion Technologies LLC**
**13219  A Stafford Rd**
**Missouri City, TX 77489**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014**

Last 4 digits of account number

**$  7,914.15**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.20 | | | | $ |
|---|---|---|---|---|
| 3 | | | | |

**Nonpriority creditor's name and mailing address**
**Esta Hammers / Carles and Nicole Grady**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014**

Last 4 digits of account number

**$  11,175.47**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.20 | | | | $ |
|---|---|---|---|---|
| 4 | | | | |

**Nonpriority creditor's name and mailing address**
**ESTATE OF BERNICE HEGWOOD F/K/A**
**BERNICE**
**211 EAST SPRINGER**
**GUTHRIE, OK 73044**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$  5,569.58**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name            Middle Name            Last Name

| Date or dates debt was incurred | **10/2014-12/2015** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.20 5 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $ **119.77**

**ESTATE OF BILLY JOE MCCUBBIN**       Check all that apply.
**DECEASED**       ☐ Contingent
**326 RIO GRANDE LOOP**       ☐ Unliquidated
**GEORGETOWN, TX 78633-4784**       ☐ Disputed

                                    **Basis for the claim:**

| Date or dates debt was incurred | **12/2015** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.20 6 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $ **1,322.71**

**ESTATE OF DOYLE W ALLISON C/O**       Check all that apply.
**BARNEY KEN**       ☐ Contingent
**320 NORTH DREXEL**       ☐ Unliquidated
**GUTHRIE, OK 73044**       ☐ Disputed

                                    **Basis for the claim:**

| Date or dates debt was incurred | **10/2014-12/2015** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.20 7 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $ **1,160.00**

**Estate of Euleta Baker**       Check all that apply.
                                    ☐ Contingent
                                    ☐ Unliquidated
                                    ☐ Disputed

                                    **Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.20 8 | | | |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $ **3,098.24**

Debtor 1   **Osage Exploration and Development, Inc.**                     Case number *(if know)*    **16-10308-SAH**

First Name          Middle Name          Last Name

---

**Estate of EZ Farris**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **06/2014**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.20 9 | **Nonpriority creditor's name and mailing address**<br>**ESTATE OF SABRA L WILLIAMS C/O**<br>**NAOMI HAT**<br>**PO BOX 671**<br>**GUTHRIE, OK 73044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **38,458.76** |
|---|---|---|---|

Date or dates debt was incurred    **10/2014-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.21 0 | **Nonpriority creditor's name and mailing address**<br>**ESTERO ENERGY LLC**<br>**PO BOX 734**<br>**ESTERO, FL 33929** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **102.06** |
|---|---|---|---|

Date or dates debt was incurred    **10/2015-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.21 1 | **Nonpriority creditor's name and mailing address**<br>**EUGENE C COVINGTON**<br>**PO BOX 54470**<br>**OKLAHOMA CITY, OK 73154** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **2,049.62** |
|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**
_____First Name_____Middle Name_____Last Name_____    Case number (if know)  **16-10308-SAH**

Date or dates debt was incurred  **1/2015-12/2015**    Is the claim subject to offset?

Last 4 digits of account number  _____    ■ No
                                                 ☐ Yes

---

| 3.21 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **3,827.07** |

**EVA M GOOCH**
**14201 LEANING WILLOW**
**EDMOND, OK 73025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **12/2015**    Is the claim subject to offset?

Last 4 digits of account number  _____    ■ No
                                                 ☐ Yes

---

| 3.21 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **187.29** |

**EVELYN RUTH JOHNSON**
**8814 N MAY AVE**
**OKLAHOMA CITY, OK 73120**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **11/2015-12/2015**    Is the claim subject to offset?

Last 4 digits of account number  _____    ■ No
                                                 ☐ Yes

---

| 3.21 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **639.93** |

**EXILE RESOURCES INC**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **12/2014-12/2015**    Is the claim subject to offset?

Last 4 digits of account number  _____    ■ No
                                                 ☐ Yes

---

| 3.21 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **330.51** |

Debtor 1    **Osage Exploration and Development, Inc.**                Case number (if know)    **16-10308-SAH**
First Name          Middle Name          Last Name

**EYSTER FARM TRUST DATED 3-6-2010**          Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

_____

                                              **Basis for the claim:**
                                              _____

Date or dates debt was incurred   **12/2014-12/2015**    **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number   _____    ☐ Yes

---

| 3.21 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **330.49** |

**EYSTER LIVING TRUST DATED 3-29-2004**          Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

_____

                                              **Basis for the claim:**
                                              _____

Date or dates debt was incurred   **12/2014-12/2015**    **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number   _____    ☐ Yes

---

| 3.21 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **870.11** |

**FAYE CONDREN ESTATE C/O CECIL SNOW**
**1001 SOUTH 49TH STREET**
**TEMPLE, TX 76504**                          Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**
                                              _____

Date or dates debt was incurred   **10/2014-12/2015**    **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number   _____    ☐ Yes

---

| 3.21 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **42.27** |

**FERN RAY**
**13286 CAMINITO MAR VILLA**
**DEL MAR, CA 92014**                          Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**
                                              _____

Debtor 1   **Osage Exploration and Development, Inc.**                     Case number (*if know*)   **16-10308-SAH**
_____                              _____
First Name        Middle Name        Last Name

| | |
|---|---|
| Date or dates debt was incurred   **10/2015-12/2015** | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.21 9**   Nonpriority creditor's name and mailing address

**FERRELL OIL CO LLC**
**PO BOX 1177**
**OKLAHOMA CITY, OK 73101-1177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **150.44**

| | |
|---|---|
| Date or dates debt was incurred   **12/2015** | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.22 0**   Nonpriority creditor's name and mailing address

**Flint Energy Services Inc.**
**7633 E 63rd. Place Suite 500**
**Tulsa, OK 74133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **206,310.00**

| | |
|---|---|
| Date or dates debt was incurred   **12/2014-1/2015** | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.22 1**   Nonpriority creditor's name and mailing address

**FLORENE FAYE MUEGGENBORG**
**5823 EDMOND ROAD NE**
**PIEDMONT, OK 73078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **84.61**

| | |
|---|---|
| Date or dates debt was incurred   **10/2015-12/2015** | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.22 2**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$ **660.92**

---

Debtor 1   **Osage Exploration and Development, Inc.**                          Case number (if know)   **16-10308-SAH**

First Name          Middle Name          Last Name

**FRANCES D DUNCUM**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.22 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **22,652.56** |
|---|---|---|---|

**FRANCIS A CHILDS**
**4851 N SOONER ROAD**
**GUTHRIE, OK 73044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **10/2014-12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.22 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,953.85** |
|---|---|---|---|

**FRANCIS H AHRNSBRAK REV TR**
**F H AHRNSBRAK TTEE**
**U/A DTD 11/01/2007**
**2700 NW 153RD**
**EDMOND, OK 73013-8884**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.22 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **13.49** |
|---|---|---|---|

**FRANCIS M A/K/A FRANK M WATTS**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                     Case number (if know)  **16-10308-SAH**

First Name            Middle Name            Last Name

---

Date or dates debt was incurred    **12/2014-12/2015**     Is the claim subject to offset?

☑ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.22 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **187.30** |

**FRANCIS MICHAEL TARPLEY**
**1509 NW 149TH STREET**
**EDMOND, OK 73013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **11/2015-12/2015**     Is the claim subject to offset?

☑ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.22 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **69.52** |

**FRANK HUGH RHODES**
**1600 EAST INDUSTRIAL ROAD**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **10/2015-12/2015**     Is the claim subject to offset?

☑ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.22 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **10.00** |

**Frank King Smith**
**7686 Stone Valley Circle**
**Edmond, OK 73034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **12/2014**     Is the claim subject to offset?

☑ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.22 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **119.74** |

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**
          First Name          Middle Name          Last Name

**FREDDY E MCCUBBIN**
**17611 CR 291**
**NATHROP, CO 81236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.23 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **931.29** |

**Frederick and Jane Knight Trust**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.23 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **4,656.16** |

**FTS International**
**Lockbox 970490**
**Dallas, TX 75397**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.23 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **47.29** |

**GAIL KAUTZ**
**401 SAGE BRUSH ROAD**
**YUKON, OK 73099**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                                   Case number (if know)    **16-10308-SAH**
            First Name        Middle Name        Last Name

---

Date or dates debt was incurred    **12/2015**              Is the claim subject to offset?

Last 4 digits of account number                              ☑ No
                                                             ☐ Yes

---

| 3.23 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **9,915.24** |

**GARY A/K/A GARY S RITTER RITTER**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**        Is the claim subject to offset?

Last 4 digits of account number                              ☑ No
                                                             ☐ Yes

---

| 3.23 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **141.31** |

**GARY L MORGAN**
**7513 HAMMER LANE**
**PLANO, TX 75024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**              Is the claim subject to offset?

Last 4 digits of account number                              ☑ No
                                                             ☐ Yes

---

| 3.23 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,046.33** |

**GATCHELL1990 REV TRUST DTD**
**8-21-90; CATH**
**624 S DENVER AVE SUITE 300**
**TULSA, OK 74119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**              Is the claim subject to offset?

Last 4 digits of account number                              ☑ No
                                                             ☐ Yes

---

| 3.23 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **661.05** |

---

Debtor 1    **Osage Exploration and Development, Inc.**                                    Case number (if know)    **16-10308-SAH**

First Name            Middle Name            Last Name

**GAY LEE A/K/A GAY LEE HARMON**         *Check all that apply.*
**SANDERSON H**                           ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**    **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.23<br>7 | **Nonpriority creditor's name and mailing address**<br>**GEORGE E BARNES JR** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **3,305.09** |

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**    **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.23<br>8 | **Nonpriority creditor's name and mailing address**<br>**George E Fears** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **532.81** |

**Basis for the claim:**

Date or dates debt was incurred        **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.23<br>9 | **Nonpriority creditor's name and mailing address**<br>**GEORGE L SMITH**<br>**1256 TWIN POINTS ROAD**<br>**HOT SPRINGS, AR 71913** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **1,223.51** |

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                  Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

Date or dates debt was incurred    **10/2014-12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number                                         ☐ Yes

---

| 3.24 0 | | | $ **9,915.18** |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:
**GERALD D & ALICE L RITTER, H/W, AS**    Check all that apply.
**JT**                                                      ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☐ Disputed

                                                            **Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number                                         ☐ Yes

---

| 3.24 1 | | | $ **284.41** |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:
**GERALD FRANK WEINAND**    Check all that apply.
**2808 ROBIN RIDGE**                                        ☐ Contingent
**ENID, OK 73703**                                          ☐ Unliquidated
                                                            ☐ Disputed

                                                            **Basis for the claim:**

Date or dates debt was incurred    **12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number                                         ☐ Yes

---

| 3.24 2 | | | $ **2.06** |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:
**GLENDA JARDOT**    Check all that apply.
                                                            ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☐ Disputed

                                                            **Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number                                         ☐ Yes

---

| 3.24 3 | | | $ **1,373.63** |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:

---

Debtor 1    **Osage Exploration and Development, Inc.**                         Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

---

**GLENLAKE INVESTMENT LLC**
**816 GLENLAKE DRIVE**
**EDMOND, OK 73013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **01/2015-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.24 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **8,833.33** |

**Glenn W. Elkins and Helen G. Elkins**
**6504 South Harvey Place**
**Oklahoma City, OK 73139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **9/2014**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.24 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **54.73** |

**GLORIA ANN HIDER**
**802 COTTAGE PARK CIRCLE**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.24 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **12.59** |

**GRACE WILCOX TRUST**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name        Middle Name        Last Name

---

Date or dates debt was incurred    **12/2014-12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number                          ☐ Yes

---

| 3.24 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,639.71** |
|---|---|---|---|

**GRAHAM H HARPER**
**612 VIEW STREET 3RD FLOOR**
**VICTORIA, BC V8W1J5**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number                          ☐ Yes

---

| 3.24 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **5,591.40** |
|---|---|---|---|

**GREAT PLAINS CONSTRUCTION LLC**
**24225 N COUNCIL ROAD**
**EDMOND, OK 73025-9722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015-1/2016**    Is the claim subject to offset?

☑ No

Last 4 digits of account number                          ☐ Yes

---

| 3.24 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,566.44** |
|---|---|---|---|

**GREG FRANKLIN**
**10432 E HEFNER ROAD**
**JONES, OK 73049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number                          ☐ Yes

---

| 3.25 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,883.89** |
|---|---|---|---|

Debtor 1  **Osage Exploration and Development, Inc.**                                  Case number *(if know)*  **16-10308-SAH**
First Name        Middle Name              Last Name

**GREGG A MCDONALD**                          *Check all that apply.*
**5800 NW 135TH STREET**                      ☐ Contingent
**OKLAHOMA CITY, OK 73142**                   ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**

Date or dates debt was incurred  **12/2015**   **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number               ☐ Yes

---

| 3.25 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **25,336.00** |

**Gungoll, Jackson, Box & Devoll P.C.**       *Check all that apply.*
**PO Box 1549**                               ☐ Contingent
**Enid, OK 73702-1549**                       ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**

Date or dates debt was incurred  **3/2015**    **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number               ☐ Yes

---

| 3.25 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,590.40** |

**H & W INVESTMENT CO**                        *Check all that apply.*
**20 WEST 2ND STREET SUITE 300**              ☐ Contingent
**SAND SPRINGS, OK 74063**                     ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**

Date or dates debt was incurred  **11/2014-12/2015**   **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number               ☐ Yes

---

| 3.25 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **633.95** |

**HAGOOD MORRIS**                              *Check all that apply.*
**508 DEAN DRIVE**                            ☐ Contingent
**DENISON, TX 75020**                          ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**

First Name          Middle Name          Last Name

Case number (if know)   **16-10308-SAH**

---

Date or dates debt was incurred   **01/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.25 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **39,294.92** |

**Halliburton**
**PO Box 301341**
**Dallas, TX 75303-1341**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014**

Last 4 digits of account number

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.25 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **9,112.86** |

**Hamm & Phillips Service Company Inc.**
**PO Box 3907**
**Enid, OK 73702**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-2/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.25 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **3,360.00** |

**HAMMER CONSTRUCTION**
**PO BOX 721078**
**NORMAN, OK 73070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **3/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.25 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **7,107.85** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

**Hartzog Conger Cason & Neville**          Check all that apply.
**201 Robert S.Kerr Avenue 1600 Bank of**   ☐ Contingent
**Ok**                                       ☐ Unliquidated
**Oklahoma City, OK 73102-4216**             ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **8/2015-1/2016**     **Is the claim subject to offset?**

                                                        ■ No

Last 4 digits of account number                         ☐ Yes

---

| 3.25 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **11,175.47** |

**HATTIE SMITH**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014**     **Is the claim subject to offset?**

                                                  ■ No

Last 4 digits of account number                   ☐ Yes

---

| 3.25 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,167.74** |

**HAY CREEK OPERATING LLC**
**PO BOX 1588**
**TULSA, OK 74101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **01/2015-04/2015**     **Is the claim subject to offset?**
**, 12/2015**
                                                          ■ No

Last 4 digits of account number                           ☐ Yes

---

| 3.26 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **34.83** |

**HAY CREEK ROYALTIES LLC**
**3908 TELEPHONE ROAD**
**FORT WORTH, TX 76135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name    Middle Name    Last Name

Date or dates debt was incurred    **12/2015**              Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.26 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **1,088.71** |

**HDL Lester Grisham**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **6/2014**              Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.26 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **16,206.45** |

**HELENA POND BAYER**
**761 N E SATURN LANE**
**BREMERTON, WA 98311**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **01/2015-12/2015**      Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.26 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **284.43** |

**HERBERT G & MARY JO HUTSON**
**FAMILY TRUST**
**308 WOODHOLLOW TRAIL**
**EDMOND, OK 73012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**              Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.26 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **1,403.88** |

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (*if know*)  **16-10308-SAH**
_____  First Name        Middle Name            Last Name

**HESTER MARIE GOOCH**                    *Check all that apply.*
**3330 NORTH MESQUITE**                   ☐ Contingent
**COCHISE, AZ 85606**                     ☐ Unliquidated
_____          ☐ Disputed

                                          **Basis for the claim:**
                                          _____

Date or dates debt was incurred  **07/2014-12/2015**     **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.26 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **4,300.00** |

**Hewitt Specialty Services LLC**
**PO Box 37**
**Oilton, OK 74052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred  **1/2015**     **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.26 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **155.94** |

**HILL OIL COMPANY**
**PO BOX 1341**
**SHAWNEE, OK 74802-1341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred  **12/2015**     **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.26 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **2,447.52** |

**HIRZEL INC**
**PO BOX 128**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

---

Debtor 1   **Osage Exploration and Development, Inc.**
_____   Case number (if know)   **16-10308-SAH**
First Name       Middle Name        Last Name

Date or dates debt was incurred    **12/2015**         Is the claim subject to offset?

Last 4 digits of account number    _____      ■ No
                                                        ☐ Yes

---

| 3.26 8 | **Nonpriority creditor's name and mailing address**<br>**HOMER N AND BEVERLY RHODES JT**<br>**12106 PLUMPOINT DRIVE**<br>**HOUSTON, TX 77099** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **69.53** |

Basis for the claim:    _____

Date or dates debt was incurred    **10/2015-12/2015**         Is the claim subject to offset?

Last 4 digits of account number    _____      ■ No
                                                        ☐ Yes

---

| 3.26 9 | **Nonpriority creditor's name and mailing address**<br>**Horizon Mud Company**<br>**PO Box 677037**<br>**Dallas, TX 75267-7037** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **88,168.97** |

Basis for the claim:    _____

Date or dates debt was incurred    **12/2014-2/2015**         Is the claim subject to offset?

Last 4 digits of account number    _____      ■ No
                                                        ☐ Yes

---

| 3.27 0 | **Nonpriority creditor's name and mailing address**<br>**Hotco**<br>**PO Box 1603**<br>**Cushing, OK 74023** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **25,649.01** |

Basis for the claim:    _____

Date or dates debt was incurred    **10/2014-2/2015**         Is the claim subject to offset?

Last 4 digits of account number    _____      ■ No
                                                        ☐ Yes

---

| 3.27 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,100.00** |

---

Debtor 1 **Osage Exploration and Development, Inc.**                Case number (if know)    **16-10308-SAH**
         First Name        Middle Name        Last Name

**Hough Hauling Inc.**
**PO Box 1186**
**Cushing, OK 74023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.27 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **12.68** |

**HOWARD MCCRACKEN**
**1524 CAMDEN WAY**
**NORMAN, OK 73069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.27 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **1,532.20** |

**HUBERT PLAGG**
**1700 W CR 74**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.27 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **766.12** |

**HUBERT W AND JOANN PLAGG H/W, JT**
**1700 W CR 74**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred   **12/2015**          Is the claim subject to offset?

Last 4 digits of account number _____          ☑ No
                                                        ☐ Yes

---

| 3.27 5 | Nonpriority creditor's name and mailing address | | $ **1,305.43** |

**HUBERT W PLAGG LIVING TRUST DTD**
**2-15-00**
**1700 W CR 74**
**GUTHRIE, OK 73044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   **12/2015**          Is the claim subject to offset?

Last 4 digits of account number _____          ☑ No
                                                        ☐ Yes

---

| 3.27 6 | Nonpriority creditor's name and mailing address | | $ **631.89** |

**HUGH AND DIANA PLAGG J/T**
**2300 S BROADWAY SUITE 100**
**EDMOND, OK 73013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   **12/2015**          Is the claim subject to offset?

Last 4 digits of account number _____          ☑ No
                                                        ☐ Yes

---

| 3.27 7 | Nonpriority creditor's name and mailing address | | $ **122.13** |

**HUGH STEPHEN PLAGG**
**PO BOX 343**
**GUTHRIE, OK 73044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   **12/2015**          Is the claim subject to offset?

Last 4 digits of account number _____          ☑ No
                                                        ☐ Yes

---

| 3.27 8 | Nonpriority creditor's name and mailing address | | $ **32,553.58** |

As of the petition filing date, the claim is:

---

Debtor 1   **Osage Exploration and Development, Inc.**

First Name          Middle Name          Last Name

Case number (if know)   **16-10308-SAH**

---

**ICON Oilfield Services LLC**
**5950 Berkshire Ln Suite 1401**
**Dallas, TX 75225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **683.38** |
|---|---|---|---|

**Infinity Networking Inc**
**3268 Governor Drive #176**
**San Diego, CA 92122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **9/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **28,882.05** |
|---|---|---|---|

**IronGate Tubular Services LLC**
**PO Box 204423**
**Dallas, TX 75320-4423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **2/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **4.17** |
|---|---|---|---|

**J D WATTS**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**

First Name            Middle Name            Last Name

Case number (if know)    **16-10308-SAH**

---

Date or dates debt was incurred    **12/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.28 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **77.24** |

**J STEVE LEA**
**1101 WEST MACARTHUR #165**
**SANTA ANA, CA 93707**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.28 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **10,300.00** |

**J-W Wireline Company**
**Lockbox 970490**
**Dallas, TX 75397**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.28 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **104.69** |

**J.B. AND DOROTHY J STOUT**
**REVOCABLE TRUST**
**1624 E GRANT AVE**
**GUTHRIE, OK 73044**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.28 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **5,171.72** |

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**
            First Name          Middle Name              Last Name

**J2B CONSULTING LLC**                      *Check all that apply.*
**1324 BIRCH ST**                           ☐ Contingent
**WEATHERFORD, OK 73096**                   ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:**

Date or dates debt was incurred   **3/2015**    **Is the claim subject to offset?**

                                            ■ No
Last 4 digits of account number             ☐ Yes

---

| 3.28 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **13,744.50** |

**JA Oilfield Manufacturing Inc.**          *Check all that apply.*
**PO Box 95545**                            ☐ Contingent
**Oklahoma City, OK 73143**                 ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:**

Date or dates debt was incurred  **1/2015-4/2015**    **Is the claim subject to offset?**

                                            ■ No
Last 4 digits of account number             ☐ Yes

---

| 3.28 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **4,728.00** |

**JA Oilfield Services**                    *Check all that apply.*
**PO Box 95545**                            ☐ Contingent
**Oklahoma City, OK 73143**                 ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:**

Date or dates debt was incurred   **1/2015**    **Is the claim subject to offset?**

                                            ■ No
Last 4 digits of account number             ☐ Yes

---

| 3.28 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,223.00** |

**JACK D MCCRACKEN JR**                     *Check all that apply.*
**5513 FURMAN AVENUE NW**                    ☐ Contingent
**ALBUQUERQUE, NM 87114**                   ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**

First Name    Middle Name    Last Name

Case number (*if know*)  **16-10308-SAH**

| | |
|---|---|
| Date or dates debt was incurred | **11/2014-12/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.28 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**JACK EAGLE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **530.09**

| | |
|---|---|
| Date or dates debt was incurred | **11/2014-12/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.29 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**JACK K WELLS III**
**1608 NW 179TH STREET**
**EDMOND, OK 73012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **17,002.29**

| | |
|---|---|
| Date or dates debt was incurred | **01/2015-12/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.29 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**JACKIE COOPER ESTATE**
**PO BOX 579**
**RED OAK, OK 74563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **1,353.23**

| | |
|---|---|
| Date or dates debt was incurred | **11/2014-12/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.29 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$ **85,479.72**

---

Debtor 1 **Osage Exploration and Development, Inc.**                    Case number (if know) **16-10308-SAH**

First Name        Middle Name        Last Name

---

**Jackson Electrical Construction LLC**
**PO Box 660**
**Wellston, OK 74881**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-5/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.29 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **57.53** |
|---|---|---|---|

**JACOB E PASBY**
**1700 LANCASTER DR**
**EDMOND, OK 73012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.29 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,420.92** |
|---|---|---|---|

**JAMES A AND SUSAN MCHUGH JT**
**2790 AUTUMN WOODS DRIVE**
**CHASKA, MN 55318**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **07/2014-12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.29 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,420.87** |
|---|---|---|---|

**JAMES A MCHUGH, TRUSTEE**
**203 CONCORDIA DR**
**BELLA VISTA, AR 72715-8427**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred   **07/2014-12/2015**         **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____         ☐ Yes

---

| 3.29 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **114.90** |

**JAMES CARL NAYFA**
**PO BOX 579**
**RED OAK, OK 74563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **10/2015-12/2015**         **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____         ☐ Yes

---

| 3.29 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **122.11** |

**JAMES D AND STACY D CAREY H/W JT**
**1050 NORTH HIGHWAY 74C**
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **12/2015**         **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____         ☐ Yes

---

| 3.29 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **2,374.44** |

**JAMES E GLAZEBROOK JR**
**5113 PROMISED LAND DRIVE**
**MCKINNEY, TX 75071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **12/2015**         **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____         ☐ Yes

---

| 3.29 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **231.81** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

**JAMES M BENCH**
**7705 NW 41ST CIRCLE**
**BETHANY, OK 73008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **06/2014-12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.30 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **176.71** |

**JAMES RICHARD BRADFORD**
**5103 NW ELM**
**LAWTON, OK 73501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **11/2014-12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.30 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **27.21** |

**JAN AKA JAN DEE COOK-HERNANDEZ**
**PO BOX 143**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **10/2015-12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.30 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **95.81** |

**JANE AND TOM HOUSE**
**3041 VIA SARAFINA DR**
**HENDERSON, NV 89052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**
_____
First Name    Middle Name    Last Name

| | |
|---|---|
| Date or dates debt was incurred    **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.30 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,515.00** |
|---|---|---|---|
| | **Jane Sanders** | Check all that apply. | |
| | **36 Overland Route Street** | ☐ Contingent | |
| | **Ardmore, OK 73401** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred    **9/2014** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.30 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **420.68** |
|---|---|---|---|
| | **JANETTE DYER BANNAN** | Check all that apply. | |
| | **1438 N ELLINGTON PL** | ☐ Contingent | |
| | **EAGLE, ID 83616** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred    **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.30 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **282.61** |
|---|---|---|---|
| | **JANICE M WATERS REVOCABLE TRUST** | Check all that apply. | |
| | **1350 E GREEN HAVEN STREET** | ☐ Contingent | |
| | **MERIDIAN, ID 83646** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred    **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.30 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **353.17** |
|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number *(if know)*  **16-10308-SAH**
_____    First Name          Middle Name          Last Name

**JANIS K MCCOY**
**11339 PARK CENTRAL PLACE**
**DALLAS, TX 75230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **07/2014-12/2015**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

| 3.30 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jared and Sherrie Melville**
**27040 Furnivall**
**Canyon Country, CA 91351**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **20.00**

**Basis for the claim:**

Date or dates debt was incurred  **12/2014**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

| 3.30 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**JEAN ANN A/K/A JEAN ANN FLEMING**
**STARKEY**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **4,406.76**

**Basis for the claim:**

Date or dates debt was incurred  **12/2014-12/2015**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

| 3.30 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**JEANNIE BRADFORD**
**3737 N COLLEGE AVE #215**
**BETHANY, OK 73008-3382**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **530.17**

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**

First Name        Middle Name        Last Name

Case number (if know)  **16-10308-SAH**

---

Date or dates debt was incurred  **11/2014-12/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.31 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,322.04** |

**JERNIGAN FAMILY LIMITED PARTNERSHIP**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **12/2014-12/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.31 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **137.40** |

**JERRY LYNN WAGNER
4986 ESTERO WAY
EL DORADO HILLS, CA 95762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **11/2015-12/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.31 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **3,002.10** |

**JFC ENERGY LLC
PO BOX 18735
OKLAHOMA CITY, OK 73154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  **01/2015-12/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.31 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **531.26** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
First Name          Middle Name          Last Name

**JFC MINERALS LLC**                          *Check all that apply.*
**PO BOX 18735**                              ☐ Contingent
**OKLAHOMA CITY, OK 73154**                   ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**

Date or dates debt was incurred   **12/2015**    **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number               ☐ Yes

---

| 3.31 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **27.21** |

**JIL JILLSON**                               *Check all that apply.*
**PO BOX 437**                                ☐ Contingent
**CRESCENT, OK 73028**                        ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**

Date or dates debt was incurred   **10/2015-12/2015**    **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number               ☐ Yes

---

| 3.31 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **39.01** |

**JIMMIE C & RETHA HATFIELD LIVING**          *Check all that apply.*
**TRUST**                                     ☐ Contingent
**322 NORTH BAY AVE**                         ☐ Unliquidated
**COLUMBUS, KS 66725**                        ☐ Disputed

                                              **Basis for the claim:**

Date or dates debt was incurred   **12/2015**    **Is the claim subject to offset?**

                                              ■ No
Last 4 digits of account number               ☐ Yes

---

| 3.31 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **352.51** |

**Jimmy Folsom**                              *Check all that apply.*
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**

Debtor 1     **Osage Exploration and Development, Inc.**                              Case number (if know)     **16-10308-SAH**
             First Name          Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred     **6/2014** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.31 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **2,784.80** |
|---|---|---|---|
| | **JOANNA LEA LAGRONE-HEADRICK** | Check all that apply. | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred     **10/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.31 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **10,015.00** |
|---|---|---|---|
| | **Joe's Hotshot & Trucking LLC** | Check all that apply. | |
| | **PO Box 781** | ☐ Contingent | |
| | **El Reno, OK 73036** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred     **1/2015-2/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.31 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **5,906.04** |
|---|---|---|---|
| | **JOHANN POND** | Check all that apply. | |
| | **19 TRACEY STREET** | ☐ Contingent | |
| | **GARDNER, MA 01440** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred     **11/2014-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.32 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **474.81** |
|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                     Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

**JOHN & STEOHANIE PALOMA LIVING TRUST**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014-12/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.32 1 | Nonpriority creditor's name and mailing address | | $ **110.09** |
|---|---|---|---|

**JOHN AND ANNE CHAMBERLAIN FAMILY TRUST**
**1102 ROSEBRIER DRIVE**
**GUTHRIE, OK 73044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **10/2015-12/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.32 2 | Nonpriority creditor's name and mailing address | | $ **1,652.53** |
|---|---|---|---|

**JOHN BENNETT WREN**
**PO BOX 721166**
**NORMAN, OK 73030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014-12/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.32 3 | Nonpriority creditor's name and mailing address | | $ **2,706.55** |
|---|---|---|---|

**JOHN C COX**
**BOX 6**
**GOSHEN, CA 93227**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**
    First Name    Middle Name    Last Name

Case number (if know)    **16-10308-SAH**

---

Date or dates debt was incurred    **11/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.32 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,115.81** |

**JOHN H DAVISON III AND KANDACE KRISTY DA**
**1114 ARBOR STREET**
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **12/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.32 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **55.61** |

**JOHN R GRAVES**
**1100 RED ROCK RD**
**NORMAN, OK 73026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **10/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.32 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **50.00** |

**John R Jolly**
**2207 South 80th Street**
**Tulsa, OK 74129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **9/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.32 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **7,398.84** |

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**
  First Name         Middle Name              Last Name

**John Ross Barnes**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**      **Is the claim subject to offset?**

☑ No
Last 4 digits of account number                              ☐ Yes

---

| 3.32 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $ **219.06**
**JOHN W MITCHELL**                                          *Check all that apply.*
**3812 NW 68TH STREET**                                      ☐ Contingent
**OKLAHOMA CITY, OK 73116**                                  ☐ Unliquidated
                                                            ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**              **Is the claim subject to offset?**

☑ No
Last 4 digits of account number                              ☐ Yes

---

| 3.32 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $ **67.42**
**JON D BAKER**                                             *Check all that apply.*
**326 SW 41ST STREET**                                      ☐ Contingent
**OKLAHOMA CITY, OK 73109**                                 ☐ Unliquidated
                                                            ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **10/2015-12/2015**      **Is the claim subject to offset?**

☑ No
Last 4 digits of account number                              ☐ Yes

---

| 3.33 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $ **69.71**
**JOSEPH E AND LINDA MCHUGH AS J/T**                        *Check all that apply.*
                                                            ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**                        Case number (if know)   **16-10308-SAH**
  _____
  First Name      Middle Name          Last Name

Date or dates debt was incurred    **12/2015**          Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.33 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:          $    **335.26**
**JOSHUA AUSTIN RIGDON**                                 Check all that apply.
**2716 OVERLAND WAY**                                    ☐ Contingent
**EDMOND, OK 73012**                                     ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:** _____

Date or dates debt was incurred    **06/2014-12/2015**   Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.33 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:          $    **293.09**
**JOYCE A WOOD**                                         Check all that apply.
**PO BOX 577**                                           ☐ Contingent
**WYNNEWOOD, OK 73098**                                  ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:** _____

Date or dates debt was incurred    **12/2015**           Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.33 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:          $    **357.57**
**JRG, LLC**                                             Check all that apply.
**2586 HIGHWAY 159 WEST**                                ☐ Contingent
**BELLVILLE, TX 75231**                                  ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:** _____

Date or dates debt was incurred    **12/2015**           Is the claim subject to offset?

                                                        ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.33 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:          $    **111.65**

---

Debtor 1  **Osage Exploration and Development, Inc.**                                          Case number (*if know*)  **16-10308-SAH**
     First Name         Middle Name         Last Name

---

**JUDITH HANKINS BROWN**
**12515 N BRYANT**
**EDMOND, OK 73013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.33 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **187.32** |
|---|---|---|---|

**JUDY T AND JOHN W MEE TRUSTEES**
**OR THEIR**
**6300 HARDEN DRIVE**
**OKLAHOMA CITY, OK 73118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2015-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.33 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **51.63** |
|---|---|---|---|

**JULIE ANNE MITCHELL**
**14502 ACACIA DRIVE**
**TUSTIN, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.33 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **348.04** |
|---|---|---|---|

**K B THOMPSON**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**
_____
First Name        Middle Name        Last Name

Date or dates debt was incurred    **10/2014-12/2015**      Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____        ☐ Yes

---

| 3.33 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **114.92** |

**KAREN SUE HIGGINS**
**1011 EAST JENKINS STREET**
**EL RENO, OK 73036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **10/2015-12/2015**      Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____        ☐ Yes

---

| 3.33 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **61.06** |

**KAREN UPCHURCH ISERN**
**2800 S TRAVIS**
**AMARILLO, TX 79109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **12/2015**      Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____        ☐ Yes

---

| 3.34 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **3.41** |

**KATHERINE LOUISE REYNOLDS, NEE**
**BRADFORD**
**753 SOUTH ASH STREET**
**GARDNER, KS 66030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **10/2015-12/2015**      Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____        ☐ Yes

---

| 3.34 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **67.43** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1  **Osage Exploration and Development, Inc.**

First Name        Middle Name        Last Name

Case number (if know)  **16-10308-SAH**

---

**KATHY MEARS**
**6509 NW 20TH DRIVE**
**BETHANY, OK 73008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **10/2015-12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.34 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **977.40** |

**KATHY SUE WALTER**
**1106 CHERRYWOOD DRIVE**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.34 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1.42** |

**KATIE S WESTER**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014-12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.34 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **27,203.69** |

**KAY GRIBBLE**
**27 SAUNT LAURENT PL**
**DALLAS, TX 75225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**    Case number (if know)    **16-10308-SAH**

First Name    Middle Name    Last Name

---

Date or dates debt was incurred    **01/2015-12/2015**    Is the claim subject to offset?

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.34 5 | Nonpriority creditor's name and mailing address<br>**KELLY L STARK** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $    **6,196.99** |

Date or dates debt was incurred    **12/2014-12/2015**    Is the claim subject to offset?

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.34 6 | Nonpriority creditor's name and mailing address<br>**KENNETH LEROY** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $    **530.16** |

Date or dates debt was incurred    **11/2014-12/2015**    Is the claim subject to offset?

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.34 7 | Nonpriority creditor's name and mailing address<br>**KENNETH MARK MAXHAM**<br>**241 HARRISON AVE**<br>**REDWOOD CITY, CA 94062** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $    **3,513.56** |

Date or dates debt was incurred    **01/2015-12/2015**    Is the claim subject to offset?

■ No

Last 4 digits of account number    ☐ Yes

---

| 3.34 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **137.43** |

Debtor 1  **Osage Exploration and Development, Inc.**                           Case number (if know)  **16-10308-SAH**
First Name          Middle Name          Last Name

**KENNETH O WAGNER**                              *Check all that apply.*
**PO BOX 310**                                    ☐ Contingent
**CATHEY'S VALLEY, CA 95306**                     ☐ Unliquidated
                                                  ☐ Disputed

                                                  **Basis for the claim:**

Date or dates debt was incurred   **11/2015-12/2015**   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number                   ☐ Yes

---

| 3.34 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2.09** |

| | **KENNETH S WATTS** | *Check all that apply.* | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number                   ☐ Yes

---

| 3.35 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **13.62** |

**KENTON BRADFORD DUNCAN JR AND
JUDITH CAR
16100 SCISSORTAIL DRIVE
EDMOND, OK 73013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **10/2015-12/2015**   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number                   ☐ Yes

---

| 3.35 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **6,196.98** |

**KERRY A STARK**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                     Case number (if know)  **16-10308-SAH**
_____
First Name     Middle Name     Last Name

| | |
|---|---|
| Date or dates debt was incurred **12/2014-12/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.35 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **700.31** |
|---|---|---|---|
| | **KEVIN T AND ALICIA CAREY H/W JT**<br>**1623 W WASHINGTON**<br>**GUTHRIE, OK 73044** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred **12/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.35 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **6,197.07** |
|---|---|---|---|
| | **KEVIN W STARK** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred **12/2014-12/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.35 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,436.70** |
|---|---|---|---|
| | **KIGHTLINGER LLC**<br>**515 SOUTH 2ND STREET**<br>**GUTHRIE, OK 73044** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred **10/2014-12/2015** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.35 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,474.31** |
|---|---|---|---|

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name              Middle Name              Last Name

**KIM BRADFORD**
**502 WEST THORN ST**
**SAN DIEGO, CA 92103-5554**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.35 6 |
|---|

**Nonpriority creditor's name and mailing address**
**KIMBERLY SUE GUARD**
**9957 WEST REEVES BRIDGE ROAD**
**LINDEN, NC 28356**

As of the petition filing date, the claim is:          $    **71.11**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.35 7 |
|---|

**Nonpriority creditor's name and mailing address**
**KMR ENERGY COMPANY**
**1601 E 19TH**
**EDMOND, OK 73103**

As of the petition filing date, the claim is:          $    **911.43**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.35 8 |
|---|

**Nonpriority creditor's name and mailing address**
**L. Jackson Construction Services**
**499 S. Sandy Lane**
**Chandler, OK 74834**

As of the petition filing date, the claim is:          $    **65,896.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred    **11/2014-10/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.35 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **92,500.00** |

**Lane's Motor Freight Lines Inc.**
P.O. Box 621
Woodward, OK 73802

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.36 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **148.83** |

**LARRY A MORGAN**
11912 N PENNSYLVANIA AVE SUITE D-1
OKLAHOMA CITY, OK 73120-7830

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.36 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **69.50** |

**LARRY BLAYLOCK**
421 SW 99TH
OKLAHOMA CITY, OK 73139

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.36 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **772.58** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                     Case number (if know)   **16-10308-SAH**

    First Name         Middle Name         Last Name

**LARRY E AND MARGARET MORRIS**
**343 MERKLE DRIVE**
**NORMAN, OK 73069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.36 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **349.35** |
|---|---|---|---|

**LARRY H ALLISON**
**3701 DANA DR**
**ENID, OK 73703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **11/2014-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.36 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **178.06** |
|---|---|---|---|

**LARRY RAY**
**2529 NW 59TH STREET**
**OKLAHOMA CITY, OK 73112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.36 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **355.90** |
|---|---|---|---|

**LAURA BRADFORD**
**5694 MISION CENTER ROAD #347**
**SAN DIEGO, CA 92108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**

First Name    Middle Name    Last Name

Case number (if know)    **16-10308-SAH**

---

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.36 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,936.54 |

**LAURA FKA LAURA TARPLEY BATIE**
**7936 138TH AVE SE**
**NEW CASTLE, WA 98059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **07/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.36 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 130.40 |

**LAURIE ANN WEBSTER**
**13384 S COTTONWOOD RD**
**PEARCE, AZ 85625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.36 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 61.06 |

**LAURIE RICKS**
**7 CIDER MILLS COURT**
**THE WOODLANDS, TX 77382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.36 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,005.66 |

---

Debtor 1 **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

**LAWRENCE E JAMES JR**
**ROUTE 2 BOX 387**
**CRESCENT, OK 73028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **06/2014-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.37 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **40.88** |
|---|---|---|---|

**LAWRENCE P BUCKLEY**
**221 PENNY CIRCLE**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.37 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,535.99** |
|---|---|---|---|

**LAWRIE CEMETERY ASSOC OF LOGAN**
**COUNTY**
**400 COUNTY ROAD 72**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **1/2015-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.37 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **264.45** |
|---|---|---|---|

**LEE ANN GOVE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**
_____
First Name    Middle Name    Last Name

| | |
|---|---|
| Date or dates debt was incurred    **12/2014-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.37<br>3 | Nonpriority creditor's name and mailing address<br>**LEE ANN OTTAWAY RICANO**<br>**214 MCMURRY AVE**<br>**DUNCANVILLE, TX 75116**<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____ | $    **1,756.83** |

| | |
|---|---|
| Date or dates debt was incurred    **01/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.37<br>4 | Nonpriority creditor's name and mailing address<br>**LEGACY OIL CORP**<br>**13612 MIDWAY ROAD**<br>**DALLAS, TX 75244**<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____ | $    **155.58** |

| | |
|---|---|
| Date or dates debt was incurred    **11/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.37<br>5 | Nonpriority creditor's name and mailing address<br>**LEN AND LINDA TONTZ**<br>**5414 NORTH HWY 74C**<br>**GUTHRIE, OK 73044**<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____ | $    **4,027.10** |

| | |
|---|---|
| Date or dates debt was incurred    **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.37<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    **42.29** |

---

Debtor 1  **Osage Exploration and Development, Inc.**

First Name      Middle Name      Last Name

Case number (*if know*)  **16-10308-SAH**

---

**LEO AKA LEO ELDON RAY**
**4647 D RIVER ROAD**
**BUHL, ID 83316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.37 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **1,782.91** |

**LETA JO MAUE AKA JOSEPHINE LETA MAUE**
**240 WASHINGTON AVENUE**
**SUNBURY, PA 17801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **01/2015-12/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.37 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **11,433.10** |

**Light Tower Rentals**
**2330 East I-20 South Service Rd.**
**Odessa, TX 79766**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **1/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.37 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **73.48** |

**LILLIE MAE PHILLIPS**
**1316 FOGERTY**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
_____
First Name        Middle Name        Last Name

| | |
|---|---|
| Date or dates debt was incurred **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.38 0**

**Nonpriority creditor's name and mailing address**
**Lillie Pond/Mary Pond**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **878.90**

| | |
|---|---|
| Date or dates debt was incurred **12/2014** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.38 1**

**Nonpriority creditor's name and mailing address**
**LINDA BELLE SMITH**
**11532 PLUM THICKET PLACE**
**OKLAHOMA CITY, OK 73162**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **977.42**

| | |
|---|---|
| Date or dates debt was incurred **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.38 2**

**Nonpriority creditor's name and mailing address**
**LINDA DIANE MCCRACKEN STEIN**
**1314 RIDGE PLACE**
**LAHOMA, OK 73754**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **66.91**

| | |
|---|---|
| Date or dates debt was incurred **11/2014-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.38 3**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$ **40.88**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
First Name          Middle Name          Last Name

**LINDA KAY SMITH**
**209 STONEGATE DR**
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.38 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **7,550.88** |

**LINDA LOCKE**
**13222 E 183RD CIRCLE SOUTH**
**BIXBY, OK 74008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2014-12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.38 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **13,275.83** |

**LINDA M MAPLES**
**101 COTTONWOOD DR**
**RIDGECREST, LA 71334**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.38 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **2.92** |

**LINDA MCCRACKEN**
**5513 FURMAN NW**
**ALBUQUERQUE, NM 87114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                          Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred  **11/2015-12/2015**          Is the claim subject to offset?

☒ No

Last 4 digits of account number  _____          ☐ Yes

---

| 3.38 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,936.67** |

**LINDA NEWKAMET**
**PO BOX 11330**
**MIDLAND, TX 79702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  **7/2014-12/2014**          Is the claim subject to offset?

☒ No

Last 4 digits of account number  _____          ☐ Yes

---

| 3.38 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **77.22** |

**LISA LEA**
**511 ILIAINA ST**
**KAILUA, HI 96734**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  **10/2015-12/2015**          Is the claim subject to offset?

☒ No

Last 4 digits of account number  _____          ☐ Yes

---

| 3.38 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,113.78** |

**LOGAN COUNTY OKLAHOMA A**
**MUNICIPLE CORP**
**PO BOX 310**
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  **10/2014-12/2015**          Is the claim subject to offset?

☒ No

Last 4 digits of account number  _____          ☐ Yes

---

| 3.39 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **353.44** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name        Middle Name        Last Name

---

**LOIS SHAFFER ESTATE**
**BOX 23**
**CUSHING, OK 74023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **11/2014-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.39 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **389.60** |
|---|---|---|---|

**LONGBRANCH OIL COMPANY LLC**
**PO BOX 18735**
**OKLAHOMA CITY, OK 73154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **08/2015-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.39 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **54.73** |
|---|---|---|---|

**LORETHA HARDING**
**317 MILKEY WAY**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.39 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **102.45** |
|---|---|---|---|

**LORETTA ANNE OLIVER**
**3204 HARDY DRIVE**
**EDMOND, OK 73013-5318**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                Case number (if know)    **16-10308-SAH**

First Name        Middle Name        Last Name

Date or dates debt was incurred    **12/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.39 4 | **Nonpriority creditor's name and mailing address**<br>**LOWOMI, LLC**<br>**1535 NW 38TH ST.**<br>**OKLAHOMA CITY, OK 73118** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **85.66** |

Date or dates debt was incurred    **12/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.39 5 | **Nonpriority creditor's name and mailing address**<br>**LUCY DIANA UPCHURCH**<br>**17301 SLINGO LOOP**<br>**DUMFRIES, VA 22192** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **2,784.72** |

Date or dates debt was incurred    **10/2014-12/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.39 6 | **Nonpriority creditor's name and mailing address**<br>**LYNDA TARPLEY**<br>**6325 N VILLA AVENUE APT 111**<br>**OKLAHOMA CITY, OK 73112** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **1,452.45** |

Date or dates debt was incurred    **07/2014-12/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.39 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,850.51** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (*if know*)  **16-10308-SAH**
First Name        Middle Name        Last Name

**M&M Supply Co.**
**PO Box 870164**
**Kansas City, MO 64187-0164**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **11/2015-1/2016**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.39 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MACDONALD OIL & GAS LLC**
**PO Box 5870**
**Ketchum, ID 83340**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

$ **6,746.06**

---

| 3.39 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Magney Grande Dist, Inc.**
**PO Box 1010**
**Bayfield, CO 81122**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **11/2014-12/2014**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

$ **14,640.00**

---

| 3.40 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Manhattan Pipeline LLC**
**5601 S. 122nd Ave**
**Tulsa, OK 74146**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **244,641.00**

---

Debtor 1    **Osage Exploration and Development, Inc.**
                First Name    Middle Name    Last Name

Case number (*if know*)    **16-10308-SAH**

Date or dates debt was incurred    **12/2014-10/2015**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.40 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MANOR OAKS LLC**
**3220 MEADOW LANE**
**COLLEGEVILLE, PA 19426-1413**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **825.44**

Date or dates debt was incurred    **12/2015**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.40 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MANZANILLO CR, LLC**
**PO BOX 2525**
**EDMOND, OK 73083**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **59.72**

Date or dates debt was incurred    **08/2015-12/2015**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.40 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MAP 2012-OK OKLAHOMA GENERAL**
**PARTNERSHIP**
**101 N ROBINSON SUITE 1000**
**OKLAHOMA CITY, OK 73102-5514**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **1,052.98**

Date or dates debt was incurred    **12/2015**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.40 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$    **59.20**

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

**MAP2004-OK OKLAHOMA GENERAL**          *Check all that apply.*
**PARTNERSHIP**                           ☐ Contingent
**PO BOX 269031**                         ☐ Unliquidated
**OKLAHOMA CITY, OK 73126-9031**          ☐ Disputed

                                          **Basis for the claim:**

Date or dates debt was incurred   **10/2015-12/2015**    **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.40 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $    **20.00**
**Margaret E Melville**                                 *Check all that apply.*
**1200 Jack John Circle, Box 25**                       ☐ Contingent
**Ada, OK 74820**                                        ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**

Date or dates debt was incurred   **12/2014**           **Is the claim subject to offset?**

                                                         ■ No
Last 4 digits of account number                          ☐ Yes

---

| 3.40 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $    **12.54**
**MARGARET J SWANK**                                    *Check all that apply.*
                                                         ☐ Contingent
                                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**   **Is the claim subject to offset?**

                                                         ■ No
Last 4 digits of account number                          ☐ Yes

---

| 3.40 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $    **914.00**
**MARILYN T PRICE REV LVG TST DTD**                     *Check all that apply.*
**6-13-07**                                              ☐ Contingent
**21485 SILCHESTER COURT**                              ☐ Unliquidated
**NORTHVILLE, MI 45167**                                 ☐ Disputed

                                                         **Basis for the claim:**

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**              **Page 117 of 188**

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name        Middle Name        Last Name

| | |
|---|---|
| Date or dates debt was incurred   **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.40 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **633.92** |
|---|---|---|---|
| | **MARJORIE MORRIS**<br>**1422 MARY LEE LANE**<br>**LONGVIEW, TX 75601** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred   **01/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.40 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,650.61** |
|---|---|---|---|
| | **MARJORIE R WELCH C/O BILL**<br>**PATTERSON**<br>**2274 DAVE WOOD ROAD**<br>**MONTROSE, CO 81401** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred   **11/2014-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.41 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,557.35** |
|---|---|---|---|
| | **MARK AND KATHRYN M MCNALLY**<br>**PO BOX 1358**<br>**GUTHRIE, OK 73044** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred   **9/2015, 12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.41 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **7,262.17** |
|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                   Case number (if know)  **16-10308-SAH**

First Name            Middle Name            Last Name

**MARTHA LOUISE HOOD**
**PO BOX 320986**
**LOS GATOS, CA 95032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **07/2014-12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.41 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **13,908.88** |

**MARTHA LOUISE SHIPMAN**
**2705 NW 26TH STREET**
**OKLAHOMA CITY, OK 73107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **06/2014-12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.41 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **3,273.65** |

**MARTY A AND AMY S GORE H/W, JT**
**PO BOX 6**
**SEILING, OK 73663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **01/2015-12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.41 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **38.90** |

**MARTY LEE JAMES**
**18948 N 2980 ROAD**
**CRESCENT, OK 73028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**                     Case number (if know)   **16-10308-SAH**

First Name        Middle Name        Last Name

---

Date or dates debt was incurred   **10/2015-12/2015**        **Is the claim subject to offset?**

☑ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.41 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **760.00** |

Matlock Hotshot Inc.
PO Box 454
El Reno, OK 73036

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

---

Date or dates debt was incurred   **2/2015**        **Is the claim subject to offset?**

☑ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.41 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **441.75** |

**MAURICE WILDE C/O BILLIE A ROSS**
**508 DEAN DRIVE**
**DENISON, TX 75020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

---

Date or dates debt was incurred   **11/2014-12/2015**        **Is the claim subject to offset?**

☑ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.41 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **105.88** |

**MAXEY LAND AND CATTLE LLC**
**2940 NW 156TH ST**
**EDMOND, OK 73013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

---

Date or dates debt was incurred   **10/2015-12/2015**        **Is the claim subject to offset?**

☑ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.41 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **8,000.00** |

Debtor 1   **Osage Exploration and Development, Inc.**                          Case number *(if know)*   **16-10308-SAH**

First Name        Middle Name              Last Name

**Mayer Hoffman McCann P.C.**
**PO Box 503646**
**San Diego, CA 92150-3646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **8/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.41 9 | **Nonpriority creditor's name and mailing address** | | $ **14,586.00** |
|---|---|---|---|

**McConnell Dunning & Barwick LLP**
**15 Enterprise Suite 360**
**Aliso Viejo, CA 92656-2655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **7/2015-11/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.42 0 | **Nonpriority creditor's name and mailing address** | | $ **34.88** |
|---|---|---|---|

**MCHUGH FAMILY TRUST DTD 10-7-09;**
**MARJORI**
**203 CONCORDIA DR**
**BELLA VISTA, AR 72714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.42 1 | **Nonpriority creditor's name and mailing address** | | $ **303.37** |
|---|---|---|---|

**MEAGHER ENERGY COMPANY, LLC**
**PO BOX 4782**
**ENGLEWOOD, CO 80155**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Debtor 1  **Osage Exploration and Development, Inc.**                           Case number (if know)  **16-10308-SAH**
          First Name      Middle Name      Last Name

| | |
|---|---|
| Date or dates debt was incurred  **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.42 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **98.03** |
|---|---|---|---|
| | **MELANIE J SIMPSON** | Check all that apply. | |
| | **2053 GRANT ROAD** | ☐ Contingent | |
| | **LOS ALTOS, CA 94024** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred  **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.42 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **50,858.86** |
|---|---|---|---|
| | **MELTON LIVING TRUST 11-3-1997** | Check all that apply. | |
| | **101 PARK AVENUE SUITE 250** | ☐ Contingent | |
| | **OKLAHOMA CITY, OK 73102** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred  **10/2014-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.42 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **18.51** |
|---|---|---|---|
| | **MICAH TIMOTHY RIGDON** | Check all that apply. | |
| | **217 BLUE GRASS LANE** | ☐ Contingent | |
| | **EDMOND, OK 73003** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred  **09/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.42 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **4,785.63** |
|---|---|---|---|

Debtor 1    **Osage Exploration and Development, Inc.**                Case number (*if know*)    **16-10308-SAH**

First Name        Middle Name        Last Name

**Michael A Akin**
**2210 West Bridge Avenue**
**Spokane, WA 99201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **9/2014**

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.42 6 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL A PATTERSON** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **158.24** |
|---|---|---|---|

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.42 7 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL ALAN DEMOSS** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **2,489.26** |
|---|---|---|---|

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.42 8 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL JAMES**<br>**18474 N 2980 ROAD**<br>**CRESCENT, OK 73028** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **38.92** |
|---|---|---|---|

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

---

| | |
|---|---|
| Date or dates debt was incurred | **10/2015-12/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.42 9 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL MORGAN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $  **264.36** |

| | |
|---|---|
| Date or dates debt was incurred | **12/2014-12/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.43 0 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL OLIVER CAREY**<br>**5175 W COUNTY RD #75**<br>**GUTHRIE, OK 73044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $  **4,835.81** |

| | |
|---|---|
| Date or dates debt was incurred | **6/2015, 12/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.43 1 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL WATTS** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $  **8.45** |

| | |
|---|---|
| Date or dates debt was incurred | **12/2014-12/2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.43 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $  **5,456.08** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name        Middle Name        Last Name

---

**MICHALE L AND MALAURA HALL H/W, JT**
**579 BUCKS OF GAINES CREEK**
**MCALESTER, OK 74501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **01/2015-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                                        ☐ Yes

---

| 3.43 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **66,022.77** |

**MidCentral Completion Services LLC**
**727 N. Morgan Road**
**Oklahoma City, OK 73127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **2/2015-4/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                                        ☐ Yes

---

| 3.43 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **44,414.51** |

**MidCentral Energy Services LLC**
**Dept 96-0483**
**Oklahoma City, OK 73196-0483**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-4/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                                        ☐ Yes

---

| 3.43 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **15.50** |

**MIDCON RESOURCES INC**
**PO BOX 685**
**EDMOND, OK 73083-0685**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**

First Name          Middle Name          Last Name

Case number (if know)  **16-10308-SAH**

---

Date or dates debt was incurred    **10/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.43 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **24.60** |
|---|---|---|---|

**MIKE AKA MICHAEL SANDERSON**
**6800 N SANTA FE RD**
**GUTHRIE, OK 73044-9324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **10/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.43 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **77,261.69** |
|---|---|---|---|

**Mike Jordan Company, LLC**
**6305 South Cliff  Drive**
**Fort Smith, AR 72903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **1/2015-8/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.43 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **977.46** |
|---|---|---|---|

**MILTON HARDING**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **10/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.43 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **46,276.00** |
|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                      Case number (if know)  **16-10308-SAH**

First Name                Middle Name                Last Name

**Miracle Production Inc.**          *Check all that apply.*
**PO Box 850680**                ☐ Contingent
**Yukon, OK 73085-0680**          ☐ Unliquidated
                                 ☐ Disputed

                                 **Basis for the claim:**

Date or dates debt was incurred  **12/2014**    **Is the claim subject to offset?**

                                 ■ No

Last 4 digits of account number                ☐ Yes

---

| 3.44 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **241.02** |

**MITCHELL ROYALTY LTD**          *Check all that apply.*
**PARTNERSHIP**                  ☐ Contingent
**17878 W 77TH ST N**            ☐ Unliquidated
**HASKELL, OK 74436**            ☐ Disputed

                                 **Basis for the claim:**

Date or dates debt was incurred  **12/2015**    **Is the claim subject to offset?**

                                 ■ No

Last 4 digits of account number                ☐ Yes

---

| 3.44 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **4,431.63** |

**MORRIS OIL & GAS LLC**          *Check all that apply.*
**PO BOX 1813**                  ☐ Contingent
**EDMOND, OK 73083**             ☐ Unliquidated
                                 ☐ Disputed

                                 **Basis for the claim:**

Date or dates debt was incurred  **06/2014-12/2015**    **Is the claim subject to offset?**

                                 ■ No

Last 4 digits of account number                ☐ Yes

---

| 3.44 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **2,125.26** |

**MPW MINERALS LLC**              *Check all that apply.*
**PO BOX 20522**                 ☐ Contingent
**OKLAHOMA CITY, OK 73156**      ☐ Unliquidated
                                 ☐ Disputed

                                 **Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                                    Case number (if know)    **16-10308-SAH**
                 First Name        Middle Name        Last Name

Date or dates debt was incurred    **01/2015-12/2015**    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
                                                     ☐ Yes

---

| 3.44 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **68,425.00** |

**Multilift Wellbore Technology Ltd.**
**15 Golden Square**
**Aberdeene UK**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **10/2014-1/2015**    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
                                                     ☐ Yes

---

| 3.44 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **284.41** |

**MYRL DON AND PATRICIA C**
**WAGGONER JT**
**10400 W COLLEGE**
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2015**    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
                                                     ☐ Yes

---

| 3.44 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **660,524.76** |

**Nabors Drilling USA, LP**
**PO Box 973527**
**Dallas, TX 75397-3527**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2014-1/2015**    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
                                                     ☐ Yes

---

| 3.44 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **55.61** |

Debtor 1    **Osage Exploration and Development, Inc.**                                        Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

---

**NANCY E REEVES**
**417 S EBELING DR**
**MUSTANG, OK 73064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.44 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **177.75** |

**NANCY ELLEN BLURTON**
**11808 WINK ROAD**
**HOUSTON, TX 77024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2015-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.44 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **14,423.46** |

**NANCY POND SPICER**
**6039 WHIBY RD #205**
**SAN ANTONIO, TX 78240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **01/2015-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.44 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **474.89** |

**NANCY V & JAY D WARD, W/H, AS JT**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**

First Name        Middle Name        Last Name

Case number (if know)  **16-10308-SAH**

---

Date or dates debt was incurred  **12/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.45 0 | **Nonpriority creditor's name and mailing address** | | $ **122.11** |
|---|---|---|---|

**NATHAN DREW PLAGG**
**PO BOX 54446**
**OKLAHOMA CITY, OK 73154**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.45 1 | **Nonpriority creditor's name and mailing address** | | $ **474.91** |
|---|---|---|---|

**NATHAN HUGH PATTERSON, III**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.45 2 | **Nonpriority creditor's name and mailing address** | | $ **37,102.30** |
|---|---|---|---|

**National Oilwell Varco LP # 773**
**DBA Mertin-Decker TOTCO PO Box**
**203793**
**Dallas, TX 75320-3793**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014-1/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.45 3 | **Nonpriority creditor's name and mailing address** | | $ **929.49** |
|---|---|---|---|

As of the petition filing date, the claim is:

---

Debtor 1    **Osage Exploration and Development, Inc.**    Case number (if know)    **16-10308-SAH**

First Name        Middle Name        Last Name

**Nell Supes Maurer**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **6/2014**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.45 4 | | | | $ **106.46** |

**Nonpriority creditor's name and mailing address**
**NETTIE DARLENE MADENWALD**
**2235 FAIRVIEW AVE.E, HOUSEBOAT**
**NO.7**
**SEATTLE, WA 98102**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.45 5 | | | | $ **106.46** |

**Nonpriority creditor's name and mailing address**
**NETTIE LEONA RAY TESTAMENTARY**
**TRUST**
**9955 EAST FM 219**
**HICO, TX 76457**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.45 6 | | | | $ **47.88** |

**Nonpriority creditor's name and mailing address**
**NOROMA ENERGY LLC**
**PO BOX 5443**
**AUSTIN, TX 78763**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                                Case number (if know)    **16-10308-SAH**

First Name          Middle Name              Last Name

---

| Date or dates debt was incurred | **12/2015** | Is the claim subject to offset? |
| Last 4 digits of account number | | ☑ No |
| | | ☐ Yes |

---

| 3.45 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **945.84** |

**NORTH END LLC**
**PO BOX 18735**
**OKLAHOMA CITY, OK 73154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | **01/2015-12/2015** | Is the claim subject to offset? |
| Last 4 digits of account number | | ☑ No |
| | | ☐ Yes |

---

| 3.45 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **745.08** |

**NORTH O&G LLC**
**933 NW 164TH SUITE 2**
**EDMOND, OK 73103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | **12/2015** | Is the claim subject to offset? |
| Last 4 digits of account number | | ☑ No |
| | | ☐ Yes |

---

| 3.45 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **3,065.53** |

**NORVAL AND DUSA GOOCH**
**1906 WEST NOBLE AVENUE**
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | **12/2015** | Is the claim subject to offset? |
| Last 4 digits of account number | | ☑ No |
| | | ☐ Yes |

---

| 3.46 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **19,396.58** |

---

Debtor 1  **Osage Exploration and Development, Inc.**
___First Name___    ___Middle Name___    ___Last Name___    Case number (if know)    **16-10308-SAH**

**O.G. & C., LLC**
**8615  US HWY 283**
**CHEYENNE, OK 73628**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-1/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.46 1 | **Nonpriority creditor's name and mailing address**<br>**OKLAHOMA CITY UNIVERSITY - MUSIC**<br>**DEPT** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | **826.31** |

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.46 2 | **Nonpriority creditor's name and mailing address**<br>**OKLAHOMA RAIL PROPERTIES LLC**<br>**8202 F STREET**<br>**OMAHA, NE 68127** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | **6,475.91** |

**Basis for the claim:**

Date or dates debt was incurred    **07/2014-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.46 3 | **Nonpriority creditor's name and mailing address**<br>**OKLAHOMA STATE FOUNDATION C/O**<br>**JP MORGAN**<br>**PO BOX 25848**<br>**OKLAHOMA CITY, OK 73125** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | **20,036.82** |

**Basis for the claim:**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name    Middle Name    Last Name

Date or dates debt was incurred    **11/2014-12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number    ☐ Yes

---

| 3.46 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **246.56** |
|---|---|---|---|

**OKLAHOMA UNCONVENTIONAL LLC**
PO BOX 10886
MIDLAND, TX 79702

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number    ☐ Yes

---

| 3.46 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,100.00** |
|---|---|---|---|

**Olde Monmouth Stock Transfer**
**200 Memorial Pkwy**
**Atlantic Highlands, NJ 07716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **10/2015-12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number    ☐ Yes

---

| 3.46 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **67.42** |
|---|---|---|---|

**ONEIDA BROWN**
**6105 NW 54TH ST**
**WARR ACRES, OK 73122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **10/2015-12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number    ☐ Yes

---

| 3.46 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **9,237.87** |
|---|---|---|---|

Debtor 1  **Osage Exploration and Development, Inc.**

First Name                Middle Name                Last Name

Case number (if know)  **16-10308-SAH**

---

**Ora Haws**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  **12/2014**

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.46 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**ORCA ENERGY COMPANY**
**PO BOX 367**
**KINGSTON, OK 73439**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **223.30**

Date or dates debt was incurred  **12/2015**

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.46 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**ORTHWEIN PETROLEUM INC**
**PO BOX 14180**
**OKLAHOMA CITY, OK 73113**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **43.44**

Date or dates debt was incurred  **12/2015**

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.47 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**OUR NEXTGEN 7 LLC**
**PO BOX 300**
**ARCADIA, OK 73007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **55.45**

---

Debtor 1    **Osage Exploration and Development, Inc.**                         Case number (if know)    **16-10308-SAH**
          First Name        Middle Name              Last Name

Date or dates debt was incurred    **12/2015**        Is the claim subject to offset?

Last 4 digits of account number _____        ■ No
                                                    ☐ Yes

---

| 3.47 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **111.69** |

**PAGOSA RESOURCES LLC**
**7621 NW 133RD PLACE**
**OKLAHOMA CITY, OK 73142**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2015**        Is the claim subject to offset?

Last 4 digits of account number _____        ■ No
                                                    ☐ Yes

---

| 3.47 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,652.58** |

**PAMELA JANE WREN LARSON**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2014-12/2015**        Is the claim subject to offset?

Last 4 digits of account number _____        ■ No
                                                    ☐ Yes

---

| 3.47 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **91.69** |

**PAMELA T MAXHAM JOHNSON**
**1205 STRATFORD DRIVE**
**RICHARDSON, TX 75080**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2015**        Is the claim subject to offset?

Last 4 digits of account number _____        ■ No
                                                    ☐ Yes

---

| 3.47 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **645.00** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**
First Name          Middle Name          Last Name

---

**Pangaea, Inc.**
**11715 Cardinal Lane**
**Edmond, OK 73013-7666**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2015-1/2016**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.47 5 | **Nonpriority creditor's name and mailing address**<br>**PAT BROADFOOT** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **264.41** |

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.47 6 | **Nonpriority creditor's name and mailing address**<br>**PATRICIA JOHNSTON**<br>**3520 E COTTON GIN DRIVE**<br>**CRAYTON, NC 27527** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **159.68** |

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.47 7 | **Nonpriority creditor's name and mailing address**<br>**PAUL DAVIS LTD**<br>**PO BOX 871**<br>**MIDLAND, TX 79702** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **93.30** |

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name        Middle Name        Last Name

---

Date or dates debt was incurred   **12/2015**        Is the claim subject to offset?

☑ No

Last 4 digits of account number                       ☐ Yes

---

| 3.47 8 | **Nonpriority creditor's name and mailing address**<br>**PAUL GIFFORD**<br>**819 N 3RD STREET**<br>**THOMAS, OK 73669** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **760.40** |

Date or dates debt was incurred   **6/2015-9/2015, 12/2015**        Is the claim subject to offset?

☑ No

Last 4 digits of account number                       ☐ Yes

---

| 3.47 9 | **Nonpriority creditor's name and mailing address**<br>**PAUL R SCHWOERKE** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **9,915.23** |

Date or dates debt was incurred   **12/2014-12/2015**        Is the claim subject to offset?

☑ No

Last 4 digits of account number                       ☐ Yes

---

| 3.48 0 | **Nonpriority creditor's name and mailing address**<br>**PAUL S BENCH JR**<br>**5920 RIVERVIEW ROAD**<br>**GUTHRIE, OK 73044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **1,781.86** |

Date or dates debt was incurred   **06/2014-12/2015**        Is the claim subject to offset?

☑ No

Last 4 digits of account number                       ☐ Yes

---

| 3.48 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **127.67** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name    Middle Name    Last Name

**PAULETTE A BROWNE**
**4712 HAYDEN DRIVE**
**DECATUR, IL 62521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.48 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **244.22** |
|---|---|---|---|---|

**Payne Exploration Co.**
**7005 N. Robinson Ave.**
**Oklahoma City, OK 73116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **9/2015-12/2015**

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number

☑ Yes

---

| 3.48 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **172,588.86** |
|---|---|---|---|---|

**Peak Oilfield Services  LLC**
**PO Box 203997**
**Dallas, TX 75320-3997**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-2/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.48 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **177.43** |
|---|---|---|---|---|

**PEC MINERALS LP ATTN ELIZABETH**
**ARRINGTON**
**14860 MONTFORT DRIVE SUITE 209**
**DALLAS, TX 75254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

| | | |
|---|---|---|
| Date or dates debt was incurred | **12/2015** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.48 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **530.09** |
|---|---|---|---|
| | **PEGGY CRUM C/O PEGGY JOHNSON** | Check all that apply. | |
| | **673 BLAIR ROAD** | ☐ Contingent | |
| | **SMYRNA, TN 37167** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |

| | | |
|---|---|---|
| Date or dates debt was incurred | **11/2014-12/2015** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.48 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **212.43** |
|---|---|---|---|
| | **Peggy Joyce Nadolski** | Check all that apply. | |
| | **316 Elm Drive** | ☐ Contingent | |
| | **Terrell, TX 75160** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |

| | | |
|---|---|---|
| Date or dates debt was incurred | **9/2014** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.48 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **727.75** |
|---|---|---|---|
| | **PEGGY WEEMS AKA PEGGY RANNEY** | Check all that apply. | |
| | **1928 WESTCHESTER ROAD #310** | ☐ Contingent | |
| | **WATERLOO, IA 50701** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |

| | | |
|---|---|---|
| Date or dates debt was incurred | **12/2015** | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.48 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,489.20** |
|---|---|---|---|

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number *(if know)*   **16-10308-SAH**
First Name          Middle Name              Last Name

**PETER EDMOND DEMOSS**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**

**Is the claim subject to offset?**

- ■ No
- [ ] Yes

Last 4 digits of account number

---

| 3.48 9 | **Nonpriority creditor's name and mailing address** <br> **Petroleum Club of Oklahoma City, Inc** <br> **100 N Broadway Ave #3400** <br> **Oklahoma City, OK 73102** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> [ ] Contingent <br> [ ] Unliquidated <br> [ ] Disputed <br><br> **Basis for the claim:** | $   **162.56** |
|---|---|---|---|

Date or dates debt was incurred   **5/2015-8/2015**

**Is the claim subject to offset?**

- ■ No
- [ ] Yes

Last 4 digits of account number

---

| 3.49 0 | **Nonpriority creditor's name and mailing address** <br> **PHYLLIS GRACE FINLEY** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> [ ] Contingent <br> [ ] Unliquidated <br> [ ] Disputed <br><br> **Basis for the claim:** | $   **9,956.95** |
|---|---|---|---|

Date or dates debt was incurred   **12/2014-12/2015**

**Is the claim subject to offset?**

- ■ No
- [ ] Yes

Last 4 digits of account number

---

| 3.49 1 | **Nonpriority creditor's name and mailing address** <br> **Pinnacle Energy Services LLC** <br> **9420 Cedar Lake Ave** <br> **Oklahoma City, OK 73114** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> [ ] Contingent <br> [ ] Unliquidated <br> [ ] Disputed <br><br> **Basis for the claim:** | $   **10,417.75** |
|---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name        Middle Name        Last Name

---

Date or dates debt was incurred  **3/2015-1/2016**      Is the claim subject to offset?

☒ No

Last 4 digits of account number                          ☐ Yes

---

| 3.49 2 | **Nonpriority creditor's name and mailing address**<br>**PLAGG FARMS**<br>**375 W COUNTY ROAD 73**<br>**GUTHRIE, OK 73044** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **1,263.74** |

Date or dates debt was incurred  **12/2015**      Is the claim subject to offset?

☒ No

Last 4 digits of account number                          ☐ Yes

---

| 3.49 3 | **Nonpriority creditor's name and mailing address**<br>**PLEASANT P MANN ESTATE; LUCY B**<br>**MANN, PER**<br>**3601 IVY STREET**<br>**DENVER, CO 80207-1241** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **89.14** |

Date or dates debt was incurred  **12/2015**      Is the claim subject to offset?

☒ No

Last 4 digits of account number                          ☐ Yes

---

| 3.49 4 | **Nonpriority creditor's name and mailing address**<br>**Pony Express Hotshot**<br>**PO Box 1136**<br>**Tuttle, OK 73089** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **1,000.00** |

Date or dates debt was incurred  **1/2015**      Is the claim subject to offset?

☒ No

Last 4 digits of account number                          ☐ Yes

---

| 3.49 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **185.35** |

---

Debtor 1   **Osage Exploration and Development, Inc.**

First Name        Middle Name        Last Name

Case number (if know)   **16-10308-SAH**

---

**POTTS EXPLORATION LLC**
**100 N BROADWAY SUITE 3200**
**OKLAHOMA CITY, OK 73102-8807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.49 6 | **Nonpriority creditor's name and mailing address** | | $ | **47,345.39** |

**Power Feed-Thru Systems & Connectors LLC**
**1250 Clay Court, Suite 300**
**Deer park, TX 77536**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-3/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.49 7 | **Nonpriority creditor's name and mailing address** | | $ | **7,895.00** |

**Premiere Inc.**
**PO Box. 4585**
**Houston, TX 77210-4585**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.49 8 | **Nonpriority creditor's name and mailing address** | | $ | **338,764.36** |

**Propetro**
**PO Box 204464**
**Dallas, TX 75320-4464**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

Date or dates debt was incurred  **12/2014-10/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number                                ☐ Yes

---

| 3.49 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **68.00** |

**PureFlo**
**7737 Mission Gorge Rd**
**Santee, CA 92071-3306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **10/2015-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number                                ☐ Yes

---

| 3.50 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **123.85** |

**QUILL.COM**
**P.O. Box 37600**
**Philadelphia, PA 19101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **11/2014**          Is the claim subject to offset?

☑ No

Last 4 digits of account number                                ☐ Yes

---

| 3.50 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **393.17** |

**R SCOTT THOMPSON ENTERPRISES**
**LLC**
**6816 N ROBINSON AVE**
**OKLAHOMA CITY, OK 73116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number                                ☐ Yes

---

| 3.50 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **328.62** |

---

Debtor 1 **Osage Exploration and Development, Inc.**    Case number (if know) **16-10308-SAH**

First Name    Middle Name    Last Name

**R SCOTT THOMPSON LVG TST DTD**
**10-18-07**
**6816 N ROBINSON AVENUE**
**OKLAHOMA CITY, OK 73116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.50 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rainmaker Sales Inc.**
**7251 Highway 177**
**Shawnee, OK 74804**

As of the petition filing date, the claim is:    $ **19,970.37**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.50 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RALPH E MCCRACKEN ESTATE C/O**
**DIAN STEIN**
**1314 RIDGE PLACE**
**LAHOMA, OK 73754**

As of the petition filing date, the claim is:    $ **883.55**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014-12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.50 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RALPH JAMES MCCRACKEN**
**2102 WESTERN HILLS DRIVE**
**RIO RANCHO, NM 87124**

As of the petition filing date, the claim is:    $ **1,349.89**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**

First Name    Middle Name    Last Name

Case number (if know)  **16-10308-SAH**

---

Date or dates debt was incurred  **11/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.50 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **514.00** |

**RANDALL E JAMES OIL COMPANY**
**1800 NORTH SANTA FE ROAD**
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.50 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **87.48** |

**RANDALL JAMES TRUST DTD 5-09-14**
**1800 NORTH SANTA FE**
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.50 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2.14** |

**RANDY L LITTLE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.50 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,325.32** |

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name                Middle Name                Last Name

**RAYMOND J ROBERTS**
**1323 E NOBLE**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **11/2014-12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **357.61** |

**RDJLP, LLC**
**1601 E 19TH ST**
**EDMOND, OK 73013-6620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **569.35** |

**Red Earth Systems LLC**
**7725 W.Reno Ave. Suite 301**
**Oklahoma City, OK 73127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **8/2015-9/2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **172.89** |

**REDDOG PROPERTIES LLC**
**13901 MIDWAY ROAD SUITE 102-297**
**FARMERS BRANCH, TX 75244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                Case number (if know)  **16-10308-SAH**
          First Name    Middle Name    Last Name

Date or dates debt was incurred  **11/2015-12/2015**     Is the claim subject to offset?

                                                          ■ No

Last 4 digits of account number                           ☐ Yes

---

| 3.51 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **34,716.49** |

**RedZone Coil Tubing, LLC**
**PO Box 204717**
**Dallas, TX 75320-4717**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  **2/2015**     Is the claim subject to offset?

                                                ■ No

Last 4 digits of account number                 ☐ Yes

---

| 3.51 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **238.42** |

**Republic Parking Systems**
**P.O. Box 2404**
**Oklahoma City, OK 73101-2404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  **10/2015**     Is the claim subject to offset?

                                                 ■ No

Last 4 digits of account number                  ☐ Yes

---

| 3.51 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,890.22** |

**RHR MINERAL MANAGEMENT LLC**
**4901 N BROADWAY**
**GUTHRIE, OK 73044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  **12/2015**     Is the claim subject to offset?

                                                 ■ No

Last 4 digits of account number                  ☐ Yes

---

| 3.51 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,169.95** |

Debtor 1    **Osage Exploration and Development, Inc.**                              Case number (if know)    **16-10308-SAH**
            First Name            Middle Name            Last Name

**RICE UNIVERSITY HOUSTON TEXAS**          *Check all that apply.*
**6100 MAIN STREET MS-91**                 ☐ Contingent
**HOUSTON, TX 77005**                      ☐ Unliquidated
                                           ☐ Disputed

                                           **Basis for the claim:**

Date or dates debt was incurred   **01/2015-12/2015**    **Is the claim subject to offset?**

                                                         ■ No

Last 4 digits of account number                          ☐ Yes

---

| 3.51 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $    **2,005.74**
**RICHARD A LYBARGER**                                  *Check all that apply.*
**219 S HIGH STREET**                                   ☐ Contingent
**SELLINSGROVE, PA 17870**                              ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**

Date or dates debt was incurred   **01/2015-12/2015**    **Is the claim subject to offset?**

                                                         ■ No

Last 4 digits of account number                          ☐ Yes

---

| 3.51 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $    **21.97**
**RICHARD PRUITT**                                      *Check all that apply.*
**1109 NE 5TH ST**                                      ☐ Contingent
**MOORE, OK 73160**                                     ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**

Date or dates debt was incurred   **10/2015-12/2015**    **Is the claim subject to offset?**

                                                         ■ No

Last 4 digits of account number                          ☐ Yes

---

| 3.51 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $    **10.00**
**Richard V Simon and Lois L Simon**                    *Check all that apply.*
**607 Ramblewood Terace**                               ☐ Contingent
**Edmond, OK 73034**                                    ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                          Case number (if know)  **16-10308-SAH**

First Name        Middle Name        Last Name

---

Date or dates debt was incurred    **9/2014**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.52 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **111.85** |

**RICKY JOE RICE**
**3264 ROCK CREEK WAY**
**ROSEVILLE, CA 95747**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.52 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,101.69** |

**ROBERT ARLIE BARNES**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **12/2014-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.52 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **236.92** |

**ROBERT C SAULTZ TRUST**
**2232 E WASHITA ST**
**SPRINGFIELD, MO 65804-2617**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **8/2015, 12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.52 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **54.42** |

Debtor 1    **Osage Exploration and Development, Inc.**                                    Case number (*if know*)    **16-10308-SAH**
_____ First Name _____ Middle Name _____ Last Name _____

**ROBERT D WHITTEN RESIDUARY**          *Check all that apply.*
**TRUST; DON A**                        ☐ Contingent
**PO BOX 22932**                        ☐ Unliquidated
**OKLAHOMA CITY, OK 73123**             ☐ Disputed

                                        **Basis for the claim:**
                                        _____

Date or dates debt was incurred    **10/2015-12/2015**    **Is the claim subject to offset?**

                                        ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.52 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,639.67** |

| 3.52 4 | **ROBERT F HARPER** | *Check all that apply.* |
|        | **26459 LAKEVIEW TERRACE** | ☐ Contingent |
|        | **GODFREY, IL 62035** | ☐ Unliquidated |
|        |  | ☐ Disputed |

**Basis for the claim:**
_____

Date or dates debt was incurred    **01/2015-12/2015**    **Is the claim subject to offset?**

                                        ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.52 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **191.19** |

**ROBERT H AND PATRICIA A SEEDS**    *Check all that apply.*
**H/W, JT**                          ☐ Contingent
**2510 E BLANTON DRIVE**             ☐ Unliquidated
**TUCSON, AZ 85716**                 ☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred    **12/2015**    **Is the claim subject to offset?**

                                        ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.52 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **113.02** |

**ROBERT J RAY JR**    *Check all that apply.*
**9955 E FM 219**      ☐ Contingent
**HICO, TX 76457**     ☐ Unliquidated
                       ☐ Disputed

**Basis for the claim:**
_____

---

Debtor 1  **Osage Exploration and Development, Inc.**                              Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred  **12/2015**         Is the claim subject to offset?

                                                       ■ No

Last 4 digits of account number  _____          ☐ Yes

---

| 3.52 7 | | | $ **10.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:

**Robert J Smith**                                     *Check all that apply.*
**14812 Salem Creek Road**                             ☐ Contingent
**Edmond, OK 73013**                                   ☐ Unliquidated
                                                       ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **12/2014**           Is the claim subject to offset?

                                                       ■ No

Last 4 digits of account number  _____           ☐ Yes

---

| 3.52 8 | | | $ **92.68** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:

**ROBERT L STEPHENSON LIVING TRUST**                   *Check all that apply.*
**100 N BROADWAY SUITE 3200**                          ☐ Contingent
**OKLAHOMA CITY, OK 73102-8807**                       ☐ Unliquidated
                                                       ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **12/2015**           Is the claim subject to offset?

                                                       ■ No

Last 4 digits of account number  _____           ☐ Yes

---

| 3.52 9 | | | $ **822.46** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:

**ROBERT RAY CAREY**                                   *Check all that apply.*
**1125 BASSETT ROAD**                                  ☐ Contingent
**GUTHRIE, OK 73044**                                  ☐ Unliquidated
                                                       ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **12/2015**           Is the claim subject to offset?

                                                       ■ No

Last 4 digits of account number  _____           ☐ Yes

---

| 3.53 0 | | | $ **917.18** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**
First Name          Middle Name                    Last Name

**ROBERT RAYMOND MCCRACKEN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014-12/2015**        **Is the claim subject to offset?**

☑ No

Last 4 digits of account number                ☐ Yes

---

| 3.53 1 | **Nonpriority creditor's name and mailing address**<br>**ROBERTA I HOLLEN**<br>**13757 WHIPPOORWILL DRIVE**<br>**CHOCTAW, OK 73020** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **53.02** |

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**        **Is the claim subject to offset?**

☑ No

Last 4 digits of account number                ☐ Yes

---

| 3.53 2 | **Nonpriority creditor's name and mailing address**<br>**ROMARCO INC**<br>**813 GLENLAKE DRIVE**<br>**EDMOND, OK 73013** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **69.52** |

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**        **Is the claim subject to offset?**

☑ No

Last 4 digits of account number                ☐ Yes

---

| 3.53 3 | **Nonpriority creditor's name and mailing address**<br>**RON AND JUANITA PLAGG JT'S**<br>**1700 W. CR 74**<br>**GUTHRIE, OK 73044** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **631.87** |

**Basis for the claim:**

Debtor 1  **Osage Exploration and Development, Inc.**

First Name    Middle Name    Last Name

Case number (if know)  **16-10308-SAH**

---

Date or dates debt was incurred  **12/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No

☐ Yes

---

| 3.53 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
RON R. PLAGG
1700 W. CR 74
GUTHRIE, OK 73044

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **1,188.60**

Date or dates debt was incurred  **12/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No

☐ Yes

---

| 3.53 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
RONALD S AND/OR FRANCES L
MCCUBBIN JR
3416 BAIRD DRIVE
EDMOND, OK 73013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **339.12**

Date or dates debt was incurred  **12/2015**

Is the claim subject to offset?

Last 4 digits of account number

■ No

☐ Yes

---

| 3.53 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
Roy and Pauline McCharen
236 Mecca Drive
San Antonio, TX 78232

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **20.00**

Date or dates debt was incurred  **12/2014**

Is the claim subject to offset?

Last 4 digits of account number

■ No

☐ Yes

---

| 3.53 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$ **122.11**

---

Debtor 1    **Osage Exploration and Development, Inc.**                     Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

**ROY VICTOR CAREY**                    *Check all that apply.*
**3888 MONTANA VERDE ROAD**             ☐ Contingent
**SANTE FE, NM 87507**                  ☐ Unliquidated
                                        ☐ Disputed

                                        **Basis for the claim:**

Date or dates debt was incurred    **12/2015**    **Is the claim subject to offset?**

                                        ■ No
Last 4 digits of account number         ☐ Yes

---

| 3.53 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **98.56** |
|---|---|---|---|

**RUBY FERGUSON**                       *Check all that apply.*
**3105 SW 51ST**                        ☐ Contingent
**OKLAHOMA CITY, OK 73119**             ☐ Unliquidated
                                        ☐ Disputed

                                        **Basis for the claim:**

Date or dates debt was incurred    **09/2015-12/2015**    **Is the claim subject to offset?**

                                        ■ No
Last 4 digits of account number         ☐ Yes

---

| 3.53 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,450.00** |
|---|---|---|---|

**Ruby Nayfa**                          *Check all that apply.*
                                        ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

                                        **Basis for the claim:**

Date or dates debt was incurred         **Is the claim subject to offset?**

                                        ■ No
Last 4 digits of account number         ☐ Yes

---

| 3.54 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **944.40** |
|---|---|---|---|

**RUSSELL L HARLOW**                    *Check all that apply.*
                                        ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

                                        **Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                          Case number (if know)  **16-10308-SAH**
_____
First Name        Middle Name        Last Name

Date or dates debt was incurred  **12/2014-12/2015**    Is the claim subject to offset?

                                                        ☑ No
Last 4 digits of account number  _____
                                                        ☐ Yes

---

| 3.54 |
|------|
| 1 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $  **55.61**
**RUTH M LEWIS**                                        Check all that apply.
**6400 TERREBONNE CT**                                  ☐ Contingent
**BAKERSFIELD, CA 93309**                               ☐ Unliquidated
                                                        ☐ Disputed
_____

                                                       **Basis for the claim:** _____

Date or dates debt was incurred  **10/2015-12/2015**    Is the claim subject to offset?

                                                        ☑ No
Last 4 digits of account number  _____
                                                        ☐ Yes

---

| 3.54 |
|------|
| 2 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $  **516.67**
**Sada Robertson**                                      Check all that apply.
                                                        ☐ Contingent
                                                        ☐ Unliquidated
_____        ☐ Disputed

                                                       **Basis for the claim:** _____

Date or dates debt was incurred  **10/2014**            Is the claim subject to offset?

                                                        ☑ No
Last 4 digits of account number  _____
                                                        ☐ Yes

---

| 3.54 |
|------|
| 3 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $  **441.75**
**SADIE WILDE REAGAN C/O HAGOOD**                       Check all that apply.
**MORRIS**                                              ☐ Contingent
**506 ERMINE STREET**                                   ☐ Unliquidated
**GREENVILLE, TX 75402**                                ☐ Disputed
_____

                                                       **Basis for the claim:** _____

Date or dates debt was incurred  **11/2014-12/2015**    Is the claim subject to offset?

                                                        ☑ No
Last 4 digits of account number  _____
                                                        ☐ Yes

---

| 3.54 |
|------|
| 4 |

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $  **43.06**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
_____
First Name        Middle Name        Last Name

**SAINT RESOURCES, LLC**              *Check all that apply.*
**PO BOX 2025**                       ☐ Contingent
**LITTLETON, CO 80161**              ☐ Unliquidated
                                     ☐ Disputed
_____

                                     **Basis for the claim:**
                                     _____

Date or dates debt was incurred  **10/2015-12/2015**    **Is the claim subject to offset?**

                                     ■ No
Last 4 digits of account number  _____    ☐ Yes

---

| 3.54 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**       $  **4.13**

**SANCY INC**                                          *Check all that apply.*
                                                       ☐ Contingent
_____                      ☐ Unliquidated
                                                       ☐ Disputed

                                                       **Basis for the claim:**
                                                       _____

Date or dates debt was incurred  **12/2014-12/2015**    **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number  _____       ☐ Yes

---

| 3.54 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**       $  **27.17**

**SANDI WOOLDRIDGE**                                   *Check all that apply.*
**8405 HIGHWAY 105**                                   ☐ Contingent
**CLEVELAND, TX 77327**                                ☐ Unliquidated
                                                       ☐ Disputed
_____
                                                       **Basis for the claim:**
                                                       _____

Date or dates debt was incurred  **10/2015-12/2015**    **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number  _____       ☐ Yes

---

| 3.54 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**       $  **77.26**

**SANDRA E KINGSMILL**                                 *Check all that apply.*
**24392 VIA SAN CLEMENTE**                             ☐ Contingent
**MISSION VIEJO, CA 92692**                            ☐ Unliquidated
                                                       ☐ Disputed
_____
                                                       **Basis for the claim:**
                                                       _____

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
_____
First Name         Middle Name         Last Name

| | |
|---|---|
| Date or dates debt was incurred  **10/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.54 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **107.75** |
|---|---|---|
| **SANDRIA LEE JACKSON** | Check all that apply. | |
| **1000 CORDOVE PLACE #50** | ☐ Contingent | |
| **SANTA FE, NM 87505** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred  **10/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.54 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **7,032.47** |
|---|---|---|
| **Scott Rice** | Check all that apply. | |
| **PO Box 960017** | ☐ Contingent | |
| **Oklahoma City, OK 73196-0017** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred  **3/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.55 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **35.21** |
|---|---|---|
| **SCOTT SANDERSON** | Check all that apply. | |
| **104 S CEDAR STREET** | ☐ Contingent | |
| **CRESCENT, OK 73028** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred  **09/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.55 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $  **59.23** |
|---|---|---|

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

**SFF ROYALTY LLC**
**PO BOX 2080**
**MIDLAND, TX 79702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.55 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**SHANNON DEGEARE**
**9315 HIGHWAY 33**
**GUTHRIE, OK 73044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **17.07**

Date or dates debt was incurred    **01/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.55 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**SHANNON GALLAGHER'S MINERALS LLC**
**3333 PAINTED DESERT DRIVE**
**EDMOND, OK 73034**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **107.09**

Date or dates debt was incurred    **01/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.55 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**SHAWN P AND FRANCES A HANNIFIN JT WROS**
**730 17TH STREET SUITE 325**
**DENVER, CO 80202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **3.30**

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred    **10/2015-12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.55 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 898.96 |

**SHAWNEE REGIONAL HOSPITAL FOUNDATION**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2014-12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.55 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 177,655.67 |

**Shebester-Bechtel, Inc.**
**PO Box 311**
**Blackwell, OK 74631**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **11/2014-3/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.55 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 71.10 |

**SHERRY DENNIS**
**4786 RUSTIC LANE**
**DECATUR, IL 62521**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2015**    Is the claim subject to offset?

☑ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.55 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 426.64 |

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
First Name        Middle Name        Last Name

**SHIPMAN LIVING TRUST DTD 9-11-98**           *Check all that apply.*
**3727 WEST COLLEGE**                          ☐ Contingent
**GUTHRIE, OK 73044**                          ☐ Unliquidated
                                               ☐ Disputed

                                               **Basis for the claim:**

Date or dates debt was incurred  **12/2015**   **Is the claim subject to offset?**

                                               ■ No
Last 4 digits of account number                ☐ Yes

---

| 3.55 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **73.48** |

**SHIRLEY ANN MCCASLIN**                        *Check all that apply.*
**2123 W CLEVELAND AVE**                         ☐ Contingent
**GUTHRIE, OK 73044**                            ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:**

Date or dates debt was incurred  **12/2015**     **Is the claim subject to offset?**

                                                 ■ No
Last 4 digits of account number                  ☐ Yes

---

| 3.56 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **319.77** |

**SHIRLEY PRESTON**                              *Check all that apply.*
                                                 ☐ Contingent
                                                 ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:**

Date or dates debt was incurred  **10/2014-12/2015**  **Is the claim subject to offset?**

                                                 ■ No
Last 4 digits of account number                  ☐ Yes

---

| 3.56 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **17,051.02** |

**SHIRLEY THOMPSON**                             *Check all that apply.*
                                                 ☐ Contingent
                                                 ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name          Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred    **07/2014-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.56 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **7,962.48** |
|---|---|---|---|
| | **Slawson Exploration Company, Inc**<br>**727 N Waco # 400**<br>**Wichita, KS 67203** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred    **10/2014-3/2015** | Is the claim subject to offset? |
| | ☐ No |
| Last 4 digits of account number | ■ Yes |

---

| 3.56 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4.23** |
|---|---|---|---|
| | **SMITH FAMILY TRUST** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred    **12/2014-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.56 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **17,428.80** |
|---|---|---|---|
| | **Smith International, Inc**<br>**PO Box 732136**<br>**Dallas, TX 75373-2136** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred    **12/2014** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.56 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,080.90** |
|---|---|---|---|

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name        Middle Name              Last Name

---

**SOUTHWEST PETROLEUM COMPANY**
**PO BOX 702377**
**DALLAS, TX 75370-2377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **01/2015-12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.56 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,983.03** |
|---|---|---|---|

**ST LUKE'S UNITED METHODIST**
**CHURCH**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.56 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,862.58** |
|---|---|---|---|

**Stafford Jackson**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.56 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,510.00** |
|---|---|---|---|

**Standard & Poor's**
**2542 Collection Center Drive**
**Chicago, IL 60693**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                                    Case number (if know)    **16-10308-SAH**

First Name         Middle Name         Last Name

Date or dates debt was incurred    **4/2015**          Is the claim subject to offset?

■ No

Last 4 digits of account number                                ☐ Yes

---

| 3.56 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $          **96.48**

**Starck Family, Ltd.**          Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          Is the claim subject to offset?

■ No

Last 4 digits of account number                                ☐ Yes

---

| 3.57 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $          **4,396.26**

**Steelcase Financial Services Inc.**          Check all that apply.
**PO Box 91200**          ☐ Contingent
**Chicago, IL 60693-1200**          ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **9/2015**          Is the claim subject to offset?

■ No

Last 4 digits of account number                                ☐ Yes

---

| 3.57 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $          **54,229.35**

**Stephens Energy Group LLC**          Check all that apply.
**623 Garrison Ave.**          ☐ Contingent
**Fort Smith, AR 72901**          ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **1/2015-1/2016**          Is the claim subject to offset?

☐ No

Last 4 digits of account number                                ■ Yes

---

| 3.57 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $          **11,995.53**

---

Debtor 1   **Osage Exploration and Development, Inc.**                     Case number (if know)   **16-10308-SAH**
First Name        Middle Name                Last Name

**Stephens Production Company**          *Check all that apply.*
**623 Garrison Ave.**                    ☐ Contingent
**Fort Smith, AR 72901**                 ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:**

Date or dates debt was incurred   **1/2016**      **Is the claim subject to offset?**

                                                  ☐ No
Last 4 digits of account number                   ■ Yes

---

| 3.57 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,936.55** |
|---|---|---|---|

**STEVE TARPLEY**                        *Check all that apply.*
**3001 E HEFNER ROAD**                   ☐ Contingent
**OKLAHOMA CITY, OK 73131**              ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:**

Date or dates debt was incurred   **07/2014-12/2015**   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number                   ☐ Yes

---

| 3.57 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **98.05** |
|---|---|---|---|

**STEVEN R GRAY**                        *Check all that apply.*
**2448 MOHAWK CT**                       ☐ Contingent
**COPPEROPOLIS, CA 95228**               ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:**

Date or dates debt was incurred   **12/2015**    **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number                   ☐ Yes

---

| 3.57 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,487.26** |
|---|---|---|---|

**STEVEN T GARNER 1993 REV TST**         *Check all that apply.*
**AGREEMENT**                            ☐ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                     Case number (if know)    **16-10308-SAH**

First Name            Middle Name            Last Name

---

Date or dates debt was incurred    **12/2014-12/2015**    Is the claim subject to offset?

☒ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.57 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **337.80** |
|---|---|---|---|

**Stillwater Steel & Welding Supply, LLC**
P.O. Box 1926
**Stillwater, OK 74076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2014**    Is the claim subject to offset?

☒ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.57 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **476.97** |
|---|---|---|---|

**STONE CANYON RANCH LLC**
PO BOX 7735
**EDMOND, OK 73083-7735**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2015**    Is the claim subject to offset?

☒ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.57 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **8,063.61** |
|---|---|---|---|

**STOUT FAMILY TRUST, DTD 2-14-02**
PO BOX 113
**GUTHRIE, OK 73044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **06/2014-12/2015**    Is the claim subject to offset?

☒ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.57 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,459.50** |
|---|---|---|---|

Debtor 1   **Osage Exploration and Development, Inc.**                                    Case number (if know)   **16-10308-SAH**
           First Name        Middle Name        Last Name

**Stringer Transports, Inc.**
**PO Box 96665**
**Oklahoma City, OK 73143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.58 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,908.61** |

**SUCCESSORS OF DOROTHY J STOUT**
**DECEASED**
**1624 E GRANT AVE**
**Guthrie, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **6/2014-11/2014**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.58 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,203.38** |

**SUE A/K/A SUE STARKEY RAGLAND**
**STARKEY**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.58 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **264.39** |

**SUELLEN HIRST**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**

First Name    Middle Name    Last Name

Case number (if know)  **16-10308-SAH**

---

Date or dates debt was incurred  **12/2014-12/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.58 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ **159,433.76** |

Summit ESP, LLC
PO Box 21468
Tulsa, OK 74121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **3/2015-11/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.58 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ **1,784,691.76** |

**Sundance Energy Inc.**
13524 Railway Dr.
Oklahoma City, OK 73114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **4/2015, 8/2015, 12/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☐ No
■ Yes

---

| 3.58 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ **5,276.82** |

**Sunray Minerals, Inc**
c/o Michael P O'Brien
13901 Midway Road Suite 102-9
Dallas, TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **12/2014-3/2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.58 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **69.74** |

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (if know)   **16-10308-SAH**

First Name          Middle Name          Last Name

---

**SUSAN C MCHUGH REVOCABLE TRUST**
**1409 BELLA VISTA**
**EDMOND, OK 73013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.58 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **55.64** |

**SYLVIA L ANDREWS**
**417 S EBELING DRIVE**
**MUSTANG, OK 73064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **10/2015-12/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.58 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,478.85** |

**TANIS ROELAFS**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.58 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **59.76** |

**TARPON JUMPER LLC**
**16916 CLAYBRIDGE CIRCLE**
**EDMOND, OK 73012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name        Middle Name              Last Name

Date or dates debt was incurred  **10/2015-12/2015**    Is the claim subject to offset?

■ No

Last 4 digits of account number                              ☐ Yes

---

| 3.59 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **46,605.00** |

**TDS Inc.**
**205 NW 132nd. Street**
**Oklahoma City, OK 73114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  **11/2014-1/2015**    Is the claim subject to offset?

■ No

Last 4 digits of account number                              ☐ Yes

---

| 3.59 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **8,187.58** |

**Ted Colbert**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  **7/2014**    Is the claim subject to offset?

■ No

Last 4 digits of account number                              ☐ Yes

---

| 3.59 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **736.48** |

**TERMINAL LAND COMPANY**
**4334 NW EXPRESSWAY SUITE 185**
**OKLAHOMA CITY, OK 73116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  **12/2015**    Is the claim subject to offset?

■ No

Last 4 digits of account number                              ☐ Yes

---

| 3.59 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **38.92** |

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
First Name          Middle Name          Last Name

**TERRY AND CHERYL L JAMES**
**PO BOX 1299**
**VIAN, OK 74962**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **10/2015-12/2015**

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number

☐ Yes

---

| 3.59 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **69.49** |

**TERRY DOLL**
**PO BOX 608**
**CRESCENT, OK 73028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2015**

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number

☐ Yes

---

| 3.59 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **826.25** |

**TEXAS CHRISTIAN UNIVERSITY - MUSIC DEPT**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   **12/2014-12/2015**

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number

☐ Yes

---

| 3.59 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **661.05** |

**THARP PROPERTIES LLC**
**8220 Harvest Hills S Blvd**
**Oklahoma City, OK 73132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                          Case number (if know)  **16-10308-SAH**

First Name        Middle Name            Last Name

---

Date or dates debt was incurred    **12/2014-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number                                                  ☐ Yes

---

| 3.59 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **58.73** |
|---|---|---|---|
| | **THE CAMP-ALLISON LEGACY LLC C/O** | Check all that apply. | |
| | **KAREN MI** | ☐ Contingent | |
| | **409 WALNUT** | ☐ Unliquidated | |
| | **LITTLE ROCK, AR 72205** | ☐ Disputed | |

Basis for the claim:

Date or dates debt was incurred    **12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number                                                  ☐ Yes

---

| 3.59 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,045.35** |
|---|---|---|---|
| | **THE CATHOLIC UNIVERSITY OF** | Check all that apply. | |
| | **OKLAHOMA INC** | ☐ Contingent | |
| | **1900 W. MacArthur St** | ☐ Unliquidated | |
| | **Shawnee, OK 74804** | ☐ Disputed | |

Basis for the claim:

Date or dates debt was incurred    **12/2014-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number                                                  ☐ Yes

---

| 3.59 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **69,014.20** |
|---|---|---|---|
| | **THE COMMISSIONERS OF THE LAND** | Check all that apply. | |
| | **OFFICE** | ☐ Contingent | |
| | **120 N ROBINSON STE 1000W** | ☐ Unliquidated | |
| | **OKLAHOMA CITY, OK 73102** | ☐ Disputed | |

Basis for the claim:

Date or dates debt was incurred    **12/2014-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number                                                  ☐ Yes

---

| 3.60 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **6,610.09** |
|---|---|---|---|

---

Debtor 1    **Osage Exploration and Development, Inc.**                                        Case number (if know)    **16-10308-SAH**
First Name          Middle Name                Last Name

**THE ESTATE OF LORENE SELLERS**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2014-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.60 1 | Nonpriority creditor's name and mailing address | | $ **57.54** |
|---|---|---|---|

**THE IAN A & ANGELA D YINGLING REV TRUST**
**22001 BLACK WALNUT CIRCLE**
**EDMOND, OK 73012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.60 2 | Nonpriority creditor's name and mailing address | | $ **3,975.87** |
|---|---|---|---|

**THE KOMO GROUP LLC**
**22561 WAGNER ROAD**
**EASTON, KS 66020**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **11/2014-12/2015**

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.60 3 | Nonpriority creditor's name and mailing address | | $ **188.88** |
|---|---|---|---|

**THE MASONIC CHARITY FOUNDATION OF OK**
**PO BOX 2406**
**EDMOND, OK 73083**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred  **12/2015**                Is the claim subject to offset?

☑ No

Last 4 digits of account number _____                ☐ Yes

---

| 3.60 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **90.00** |

**THE MEADOWS CENTER FOR OPPORTUNITY, INC.**
**1000 S.KELLY**
**EDMOND, OK 73003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **7/2015-9/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number _____                ☐ Yes

---

| 3.60 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **4,045.46** |

**THE OKLAHOMA BAPTIST UNIVERSITY**
**500 W. University St**
**Shawnee, OK 74804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **12/2014-12/2015**        Is the claim subject to offset?

☑ No

Last 4 digits of account number _____                ☐ Yes

---

| 3.60 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,452.46** |

**THOMAS DUDLEY TARPLEY III**
**10620 SOUTHERN HIGHLANDS**
**PARKWAY #110**
**LAS VEGAS, NV 89141-4371**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  **07/2014-12/2015**        Is the claim subject to offset?

☑ No

Last 4 digits of account number _____                ☐ Yes

---

| 3.60 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **173.05** |

---

Debtor 1    **Osage Exploration and Development, Inc.**                        Case number (if know)    **16-10308-SAH**
     First Name          Middle Name          Last Name

**THOMAS J UPCHURCH JR**
**9615 TASCOSA ROAD**
**AMARILLO, TX 79124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.60 8 | **Nonpriority creditor's name and mailing address**<br>**THOMAS L AND KATHLEEN M MCNALLY**<br>**H&W**<br>**2225 S BROADWAY**<br>**GUTHRIE, OK 73044** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $    **976.91** |
|---|---|---|---|

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.60 9 | **Nonpriority creditor's name and mailing address**<br>**THOMAS WALTER & PAMELA DEAN**<br>**DUNCAN AS TI**<br>**10420 EAGLE LANE**<br>**OKLAHOMA CITY, OK 73162** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $    **13.61** |
|---|---|---|---|

Date or dates debt was incurred    **10/2015-12/2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.61 0 | **Nonpriority creditor's name and mailing address**<br>**THRU TUBING SOLUTIONS**<br>**PO BOX 203379**<br>**DALLAS, TX 75320** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $    **3,214.37** |
|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**
_____
First Name        Middle Name        Last Name

---

Date or dates debt was incurred    **8/2015**        Is the claim subject to offset?

■ No

Last 4 digits of account number                       ☐ Yes

---

| 3.61 1 | **Nonpriority creditor's name and mailing address**<br>**THUNDERHAWK RESOURCES LLC**<br>**PO BOX 608**<br>**STILLWATER, OK 74076** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **170.62** |

Date or dates debt was incurred    **11/2015-12/2015**        Is the claim subject to offset?

■ No

Last 4 digits of account number                       ☐ Yes

---

| 3.61 2 | **Nonpriority creditor's name and mailing address**<br>**Thurmond McGlothlin Inc.**<br>**PO Box 873168**<br>**Kansas City, MO 64187-3168** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **2,741.40** |

Date or dates debt was incurred    **11/2015-1/2016**        Is the claim subject to offset?

■ No

Last 4 digits of account number                       ☐ Yes

---

| 3.61 3 | **Nonpriority creditor's name and mailing address**<br>**TILLIE CARPENTER ESTATE C/O**<br>**HAROLD F CAR**<br>**2728 CORONA STREET**<br>**LEMON GROVE, CA 91945** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **40.79** |

Date or dates debt was incurred    **10/2015-12/2015**        Is the claim subject to offset?

■ No

Last 4 digits of account number                       ☐ Yes

---

| 3.61 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **560.00** |

---

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (if know)  **16-10308-SAH**

First Name          Middle Name          Last Name

---

**Tim's Trucking LLC**
**PO Box 340**
**Elk City, OK 73648**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Date or dates debt was incurred | **3/2015** | Is the claim subject to offset? |
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.61 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.67** |

**TIPTOP ENERGY PRODUCTION U S LLC**
**101 N. Robinson Ave.**
**Oklahoma City, OK 73102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Date or dates debt was incurred | **12/2014-12/2015** | Is the claim subject to offset? |
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.61 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **1,156.00** |

**Treadstone Services LLC**
**801 W. 11th St.**
**Elk City, OK 73644**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Date or dates debt was incurred | **11/2014** | Is the claim subject to offset? |
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.61 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **58.54** |

**TROY JAMES**
**28630 EAST 760 ROAD**
**CRESCENT, OK 73028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name        Middle Name        Last Name

---

Date or dates debt was incurred    **10/2015-12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.61 8 | **Nonpriority creditor's name and mailing address**<br>**TURNEY ENERGY LLC**<br>**13500 SPRINGBOK ROAD**<br>**ARCADIA, OK 73007** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **67.97** |

Date or dates debt was incurred    **12/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.61 9 | **Nonpriority creditor's name and mailing address**<br>**Twenty/Twenty Oil & Gas, Inc.**<br>**P.O. Box 247**<br>**Hennessey, OK 73742** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **250.00** |

Date or dates debt was incurred    **10/2014**          Is the claim subject to offset?

☑ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.62 0 | **Nonpriority creditor's name and mailing address**<br>**Ulterra Drilling Technologies LP**<br>**PO Box 844488**<br>**Dallas, TX 75284-4488** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **11,240.76** |

Date or dates debt was incurred    **3/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.62 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **33,790.00** |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 178 of 188

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Osage Exploration and Development, Inc.**                      Case number (if know)  **16-10308-SAH**
First Name          Middle Name          Last Name

**USA Compression**
**PO Box 974206**
**Dallas, TX 75397-4206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2015-1/2016**     **Is the claim subject to offset?**

☑ No

Last 4 digits of account number                            ☐ Yes

---

| 3.62 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **111.66** |

**V ROSS BROWN**
**777 E 15TH STREET #255**
**EDMOND, OK 73013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2015**     **Is the claim subject to offset?**

☑ No

Last 4 digits of account number                            ☐ Yes

---

| 3.62 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **95.47** |

**VANTAGE EXPLORATION LLC**
**PO BOX 1673**
**DENVER, CO 80201-1673**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **10/2015-12/2015**     **Is the claim subject to offset?**

☑ No

Last 4 digits of account number                            ☐ Yes

---

| 3.62 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **283.25** |

**VANTAGE RESOURCES COMPANY, LLC**
**PO BOX 1673**
**DENVER, CO 80201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (*if know*)    **16-10308-SAH**
_____
First Name        Middle Name        Last Name

Date or dates debt was incurred    **12/2015**                    Is the claim subject to offset?

Last 4 digits of account number    _____                    ■ No

                                                                   ☐ Yes

---

| 3.62 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **195.65** |
|---|---|---|---|

**VELMA SUE HARDY REVOCABLE LIVING TRUST**
**PO BOX 855**
**OKLAHOMA CITY, OK 73101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **11/2015-12/2015**                    Is the claim subject to offset?

Last 4 digits of account number    _____                    ■ No

                                                                   ☐ Yes

---

| 3.62 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **583.74** |
|---|---|---|---|

**VERNON WAYNE JAMES TRUST**
**5312 NW 86TH TER**
**KANSAS CITY, MO 64154-2790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **06/2014-12/2015**                    Is the claim subject to offset?

Last 4 digits of account number    _____                    ■ No

                                                                   ☐ Yes

---

| 3.62 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **412.00** |
|---|---|---|---|

**VILLICUS**
**PO BOX 1088**
**NORMAN, OK 73070-1088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **5/2015**                    Is the claim subject to offset?

Last 4 digits of account number    _____                    ■ No

                                                                   ☐ Yes

---

| 3.62 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **65,041.05** |
|---|---|---|---|

---

Debtor 1  **Osage Exploration and Development, Inc.**                        Case number *(if know)*  **16-10308-SAH**
_____
First Name          Middle Name              Last Name

**Vinson & Elkins LLP**
**PO Box 301019**
**Dallas, TX 75303-1019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **6/2015-9/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.62 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **21,922.56** |

**W R YINGER**
**3390 LIBERTY TOWER**
**OKLAHOMA CITY, OK 73102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **07/2014-12/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.63 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **10,289.30** |

**WAGON WHEEL, LLC**
**PO BOX 1387**
**CLINTON, OK 73601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **12/2015**

Is the claim subject to offset?

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.63 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **4,756.40** |

**Washita Valley Enterprises, Inc**
**PO Box 94160**
**Oklahoma City, OK 73143-4160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                                              Case number (*if know*)    **16-10308-SAH**
_____
First Name          Middle Name              Last Name

Date or dates debt was incurred    **12/2014-1/2015**              Is the claim subject to offset?

                                                                    ☑ No

Last 4 digits of account number    _____              ☐ Yes

---

| 3.63 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,774.63** |

**WAYNE BENNETT LIFE ESTATE**
**400 COUNTRY ROAD 72**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **12/2015**              Is the claim subject to offset?

                                                                    ☑ No

Last 4 digits of account number    _____              ☐ Yes

---

| 3.63 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **10.42** |

**WAYNE L & MAXINE M BENNETT, H/W,**
**AS JT**
**400 W COUNTY ROAD 72**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **10/2015-12/2015**              Is the claim subject to offset?

                                                                    ☑ No

Last 4 digits of account number    _____              ☐ Yes

---

| 3.63 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,175.42** |

**WB SUPPLY COMPANY**
**PO BOX 972856**
**DALLAS, TX 75397-2856**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **2/2015, 10/2015,**
**1/2016**              Is the claim subject to offset?

                                                                    ☑ No

Last 4 digits of account number    _____              ☐ Yes

---

| 3.63 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **59,833.91** |

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**

First Name        Middle Name        Last Name

---

**Weatherford US LP GEMOCO**
**PO Box 301003**
**Dallas, TX 75303-1003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **5/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.63 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **531.31** |

**WENDY JANE SCHAEDEL**
**274 EDGEMERE WAY EAST**
**NAPLES, FL 34105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **01/2015-12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.63 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **67.82** |

**WESTPORT OIL COMPANY**
**5800 NW 135TH ST**
**OKLAHOMA CITY, OK 73142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **10/2015-12/2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.63 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **898.99** |

**WESTSTAR OIL AND GAS, INC**
**1601 E 19TH**
**EDMOND, OK 73103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Osage Exploration and Development, Inc.**                              Case number (if know)   **16-10308-SAH**

First Name          Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred   **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.63 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **69.51** |
|---|---|---|---|
| | **WILBUR JUSTIN&DELORES FERN RHODES TRUST** | Check all that apply. | |
| | **603 SOUTH PINE** | ☐ Contingent | |
| | **CRESCENT, OK 73028** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred   **10/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.64 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **56,243.60** |
|---|---|---|---|
| | **Wilcoxson Oil & Service** | Check all that apply. | |
| | **PO Box 534** | ☐ Contingent | |
| | **Hominy, OK 74035-0534** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred   **3/2015-12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.64 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **284.42** |
|---|---|---|---|
| | **WILLIAM CHARLES WEINAND** | Check all that apply. | |
| | **102 NORTH 18TH STREET** | ☐ Contingent | |
| | **GUTHRIE, OK 73044** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred   **12/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.64 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **332.87** |
|---|---|---|---|

---

Debtor 1    **Osage Exploration and Development, Inc.**                    Case number (if know)    **16-10308-SAH**
First Name    Middle Name    Last Name

**WILLIAM DEAN SUTTON REVOCABLE TRUST**
**14551 SOUTH MIDWEST BLVD**
**EDMOND, OK 73034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.64 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **278.95** |

**WILLIAM H BLACK TESTAMENTARY TRUST B**
**PO BOX 85832**
**SAN DIEGO, CA 92186-5832**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.64 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **102.46** |

**WILLIAM H MARTIN**
**15187 N MIDWEST BLVD**
**MULHALL, OK 73063-9561**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    **12/2015**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.64 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **53.59** |

**WILLIS E HARDING**
**317 MILKY WAY**
**GUTHRIE, OK 73044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Osage Exploration and Development, Inc.**                     Case number (if know)    **16-10308-SAH**

First Name        Middle Name        Last Name

Date or dates debt was incurred    **12/2015**          Is the claim subject to offset?

■ No
Last 4 digits of account number                                  ☐ Yes

---

| 3.64 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **516.67** |

**Wilma Lloyd**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **10/2014**          Is the claim subject to offset?

■ No
Last 4 digits of account number                                  ☐ Yes

---

| 3.64 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **668.56** |

**WILSON COLLEGE CHAMBERSBURG PA**
**1015 PHILADELPHIA AVE**
**CHAMBERSBURG, PA 17201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **01/2015-12/2015**          Is the claim subject to offset?

■ No
Last 4 digits of account number                                  ☐ Yes

---

| 3.64 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **330.56** |

**WORLD NEIGHBORS INC**
**333 N. Meridian Ave.**
**Oklahoma City, OK 73107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **12/2014-12/2015**          Is the claim subject to offset?

■ No
Last 4 digits of account number                                  ☐ Yes

---

| 3.64 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **54.41** |

---

Debtor 1 **Osage Exploration and Development, Inc.**

First Name    Middle Name    Last Name

Case number (if know) **16-10308-SAH**

---

**ZADA ROBERTSON  C/O BARBARA BUTCHER**
**914 S MEYERS AVE**
**CUSHING, OK 74023-4749**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  **10/2015-12/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.65 0 | **Nonpriority creditor's name and mailing address**<br>**ZION LUTHERAN CHURCH SUNBURY PA**<br>**PO BOX 605**<br>**SUNBURY, PA 17801** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **835.76**

**Basis for the claim:**

Date or dates debt was incurred  **01/2015-12/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.65 1 | **Nonpriority creditor's name and mailing address**<br>**ZKC WELDING & FABRICATION**<br>**PO BOX 994**<br>**LONE GROVE, OK 73443** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,065.00**

**Basis for the claim:**

Date or dates debt was incurred  **2/2015-3/2015**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **3,037.91** |

Debtor 1  **Osage Exploration and Development, Inc.**          Case number (if know)   **16-10308-SAH**

First Name          Middle Name          Last Name

**5b. Total claims from Part 2**                              5b.  +  $          **7,469,811.59**

**5c. Total of Parts 1 and 2**                               5c.      $          **7,472,849.50**
Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name **Osage Exploration and Development, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **16-10308-SAH**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Joint Operating Agreement - Working Interest Owner** | |
| State the term remaining **16 Years** | **AMCON RESOURCES INC** |
| List the contract number of any government contract | **PO BOX 3025** **OKLAHOMA CITY, OK 73101** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Joint Operating Agreement - Working Interest Owner** | |
| State the term remaining **16 Years** | **AMERICAN ENERGY WOODFORD LLC** |
| List the contract number of any government contract | **PO BOX 18107** **OKLAHOMA CITY, OK 73154** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Joint Operating Agreement - Working Interest Owner** | |
| State the term remaining **16 Years** | **APEX RESOURCES, LLC** |
| List the contract number of any government contract | **PO BOX 54588** **OKLAHOMA CITY, OK 73154** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Amendment to Participation Agreement** | |
| State the term remaining | **Arnold Properties, L.L.C.** |
| List the contract number of any government contract | **6816 N. Robinson** **Oklahoma City, OK 73116** |

Debtor 1   **Osage Exploration and Development, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **16-10308-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **B&W PETROLEUM** |
| | List the contract number of any government contract | | **PO BOX 30452** **EDMOND, OK 73033** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **BASELINE ENERGY INVESTMENTS, LLC** |
| | List the contract number of any government contract | | **1801 BROADWAY, SUITE 400** **DENVER, CO 80202** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Farmout Agreement** | |
|---|---|---|---|
| | State the term remaining | | **BG Energy Partners, LLC** |
| | List the contract number of any government contract | | **2940 NW 156th St** **Edmond, OK 73013** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **BICKERSTAFF ASSOCIATES, INC** |
| | List the contract number of any government contract | | **PO BOX 1193** **PARKER, CO 80134** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (9-17N-2W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **BLACK OAK ENERGY** |
| | List the contract number of any government contract | | **101 N ROBINSON, SUITE 800** **OKLAHOMA CITY, OK 73102** |

| 2.1 0. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (20-17N-2W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **BLACK OAK ENERGY** |
| | List the contract number of | | **101 N ROBINSON, SUITE 800** **OKLAHOMA CITY, OK 73102** |

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number *(if known)*  **16-10308-SAH**

First Name            Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (19-17N-2W)/Operator** | |
| | State the term remaining | | **BLACK OAK ENERGY** |
| | List the contract number of any government contract | | **101 N ROBINSON, SUITE 800** **OKLAHOMA CITY, OK 73102** |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (2-16N-3W)/Operator** | |
| | State the term remaining | | **BLACK OAK ENERGY** |
| | List the contract number of any government contract | | **101 N ROBINSON, SUITE 800** **OKLAHOMA CITY, OK 73102** |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (3-16N-3W)/Operator** | |
| | State the term remaining | | **BLACK OAK ENERGY** |
| | List the contract number of any government contract | | **101 N ROBINSON, SUITE 800** **OKLAHOMA CITY, OK 73102** |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (29-17N-2W)/Operator** | |
| | State the term remaining | | **BLACK OAK ENERGY** |
| | List the contract number of any government contract | | **101 N ROBINSON, SUITE 800** **OKLAHOMA CITY, OK 73102** |

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
| | State the term remaining | **16 Years** | **BLACK OAK ENERGY** |
| | List the contract number of any government contract | | **101 N ROBINSON, SUITE 800** **OKLAHOMA CITY, OK 73102** |

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | **BLAKE ARNOLD WORKING INTEREST** **6816 N ROBINSON AVE** **OKLAHOMA CITY, OK 73116** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page  3 of 20

| Debtor 1 | Osage Exploration and Development, Inc. | | Case number (*if known*) | 16-10308-SAH |
|---|---|---|---|---|
| | First Name　Middle Name　Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **16 Years** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **BUTRAM ENERGIES INC 2320 N FM 740 HEATH, TX 75032** |
| | List the contract number of any government contract | | |

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **CFE PARTNERS LLC 3220 MEADOW LN COLLEGEVILLE, PA 19426-1413** |
| | List the contract number of any government contract | | |

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **CLAUDE C ARNOLD WORKING INTEREST 6816 N ROBINSON AVE OKLAHOMA CITY, OK 73116** |
| | List the contract number of any government contract | | |

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **CMO ENERGY PARTNERS II LP PO BOX 4887 WICHITA FALLS, TX 76308** |
| | List the contract number of any government contract | | |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **CORAL HORZ #2 160 WEST CAMINO REAL #221 BOCA RATON, FL 33432** |
| | List the contract number of any government contract | | |

Debtor 1  **Osage Exploration and Development, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **16-10308-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **CORAL HORZ #3** |
| | List the contract number of any government contract | | **160 W CAMINO REAL #221** **BOCA RATON, FL 33432** |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **CRAWLEY PETROLEUM CORPORATION** |
| | List the contract number of any government contract | | **105 N HUDSON AVE, SUITE 800** **OKLAHOMA CITY, OK 73102** |

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (3-16N-3W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **DAVIS FARMS** |
| | List the contract number of any government contract | | **3919 SOUTH BROADWAY** **GUTHRIE, OK 73044** |

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (29-17N-2W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **DAVIS FARMS** |
| | List the contract number of any government contract | | **3919 SOUTH BROADWAY** **GUTHRIE, OK 73044** |

| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **DAVIS FARMS** |
| | List the contract number of any government contract | | **3919 SOUTH BROADWAY** **GUTHRIE, OK 73044** |

| 2.2 7. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Purchase Agreement/Seller** | |
|---|---|---|---|
| | State the term remaining | | **DCP Midstream** |
| | List the contract number of | | **117 Park Avenue** **Oklahoma City, OK 73102** |

Debtor 1  **Osage Exploration and Development, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)  **16-10308-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.2 8. | State what the contract or lease is for and the nature of the debtor's interest | **Technology Lease/Lessee** | |
|---|---|---|---|
| | State the term remaining | | **Dell Financial Services** |
| | List the contract number of any government contract | | **PO Box 6747** |
| | | | **Carol Stream, IL 60197-6547** |

| 2.2 9. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **DORCY OIL CO** |
| | List the contract number of any government contract | | **PO BOX 110** |
| | | | **BENNINGTON, VT 05201** |

| 2.3 0. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **DOUBLE EAGLE ENERGY** |
| | List the contract number of any government contract | | **1401 BALLINGER STREET SUITE 203** |
| | | | **FORT WORTH, TX 76102** |

| 2.3 1. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (2-16N-3W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **Dwiggins Consulting LLC.** |
| | List the contract number of any government contract | | **2004 KIAWAH CIRCLE** |
| | | | **EDMOND, OK 73025** |

| 2.3 2. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **DWIGGINS CONSULTING, LLC** |
| | List the contract number of any government contract | | **2004 KIAWAH CIRCLE** |
| | | | **EDMOND, OK 73025** |

| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | **EAGLE OIL AND GAS** |
|---|---|---|---|
| | | | **2525 KELL BOULEVARD SUITE 510** |
| | | | **WICHITA FALLS, TX 76308-1061** |

Debtor 1 **Osage Exploration and Development, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)  **16-10308-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **16 Years** | |
| List the contract number of any government contract | |

---

| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (9-17N-2W)/Operator** | |
| State the term remaining | | |
| List the contract number of any government contract | | **EL DORADO CORPORATION**<br>**PO BOX 21332**<br>**OKLAHOMA CITY, OK 73156** |

---

| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (20-17N-2W)/Operator** | |
| State the term remaining | | |
| List the contract number of any government contract | | **EL DORADO CORPORATION**<br>**PO BOX 21332**<br>**OKLAHOMA CITY, OK 73156** |

---

| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (3-16N-3W)/Operator** | |
| State the term remaining | | |
| List the contract number of any government contract | | **EL DORADO CORPORATION**<br>**PO BOX 21332**<br>**OKLAHOMA CITY, OK 73156** |

---

| 2.3 7. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (2-16N-3W)/Operator** | |
| State the term remaining | | |
| List the contract number of any government contract | | **EL DORADO CORPORATION**<br>**PO BOX 21332**<br>**OKLAHOMA CITY, OK 73156** |

---

| 2.3 8. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
| State the term remaining | **16 Years** | |
| List the contract number of any government contract | | **EL DORADO CORPORATION**<br>**PO BOX 21332**<br>**OKLAHOMA CITY, OK 73156** |

---

Debtor 1    **Osage Exploration and Development, Inc.**      Case number *(if known)*    **16-10308-SAH**

       First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3 9.** State what the contract or lease is for and the nature of the debtor's interest — **Joint Operating Agreement - Working Interest Owner**

State the term remaining — **16 Years**

List the contract number of any government contract

**ENDICO INC**
**PO BOX 2552**
**EDMOND, OK 78083-2552**

---

**2.4 0.** State what the contract or lease is for and the nature of the debtor's interest — **Gas Purchase/Seller**

State the term remaining

List the contract number of any government contract

**Energy Financial**
**117 Park Avenue 2nd Floor**
**Oklahoma City, OK 73102**

---

**2.4 1.** State what the contract or lease is for and the nature of the debtor's interest — **Car Lease/Lessee**

State the term remaining

List the contract number of any government contract

**Ford Credit**
**PO Box 650575**
**Dallas, TX 75265-0575**

---

**2.4 2.** State what the contract or lease is for and the nature of the debtor's interest — **Copier Lease/Lessee**

State the term remaining — **12 Months**

List the contract number of any government contract

**GE Capital**
**PO Box 31001-0273**
**Pasadena, CA 91110-0273**

---

**2.4 3.** State what the contract or lease is for and the nature of the debtor's interest — **Amendment No. 1 to Farmout Agreement/Farmee**

State the term remaining

List the contract number of any government contract

**Guardian Energy Consultants, Inc.**
**403 S. Cheyenne Ste 403**
**Tulsa, OK 74103**

---

**2.4 4.** State what the contract or lease is for and the nature of the debtor's interest — **Joint Operating Agreement - Working Interest Owner**

State the term remaining — **16 Years**

List the contract number of

**HAY CREEK OPERATING LLC**
**PO BOX 1588**
**TULSA, OK 74101**

---

Debtor 1  **Osage Exploration and Development, Inc.**                Case number *(if known)*  **16-10308-SAH**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | any government contract | |
|---|---|---|

| 2.4 5. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
| | State the term remaining | **16 Years** | **HIRZEL INC**<br>**PO BOX 128**<br>**GUTHRIE, OK 73044** |
| | List the contract number of any government contract | | |

| 2.4 6. | State what the contract or lease is for and the nature of the debtor's interest | **Software/Owner** | |
| | State the term remaining | | **IHS Energy Company**<br>**PO Box 847193**<br>**Dallas, TX 75284-7193** |
| | List the contract number of any government contract | | |

| 2.4 7. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (20-17N-2W)/Operator** | |
| | State the term remaining | | **JRG, LLC**<br>**2586 HIGHWAY 159 WEST**<br>**BELLVILLE, TX 75231** |
| | List the contract number of any government contract | | |

| 2.4 8. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (3-16N-3W)/Operator** | |
| | State the term remaining | | **JRG, LLC**<br>**2586 HIGHWAY 159 WEST**<br>**BELLVILLE, TX 75231** |
| | List the contract number of any government contract | | |

| 2.4 9. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (2-16N-3W)/Operator** | |
| | State the term remaining | | **JRG, LLC**<br>**2586 HIGHWAY 159 WEST**<br>**BELLVILLE, TX 75231** |
| | List the contract number of any government contract | | |

| 2.5 0. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | **JRG, LLC**<br>**2586 HIGHWAY 159 WEST**<br>**BELLVILLE, TX 75231** |

Debtor 1  **Osage Exploration and Development, Inc.**
<br>First Name          Middle Name          Last Name

Case number *(if known)*  **16-10308-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **16 Years**

List the contract number of any government contract

---

2.5 1.    State what the contract or lease is for and the nature of the debtor's interest    **Joint Operating Agreement - Working Interest Owner**

State the term remaining    **16 Years**

List the contract number of any government contract

**JUDITH HANKINS BROWN**
**12515 N BRYANT**
**EDMOND, OK 73013**

---

2.5 2.    State what the contract or lease is for and the nature of the debtor's interest    **Participation Agreement (19-17N-2W)/Operator**

State the term remaining

List the contract number of any government contract

**KMR ENERGY COMPANY**
**1601 E 19TH**
**EDMOND, OK 73103**

---

2.5 3.    State what the contract or lease is for and the nature of the debtor's interest    **Participation Agreement (20-17N-2W)/Operator**

State the term remaining

List the contract number of any government contract

**KMR ENERGY COMPANY**
**1601 E 19TH**
**EDMOND, OK 73103**

---

2.5 4.    State what the contract or lease is for and the nature of the debtor's interest    **Participation Agreement (3-16N-3W)/Operator**

State the term remaining

List the contract number of any government contract

**KMR ENERGY COMPANY**
**1601 E 19TH**
**EDMOND, OK 73103**

---

2.5 5.    State what the contract or lease is for and the nature of the debtor's interest    **Participation Agreement (2-16N-3W)/Operator**

State the term remaining

List the contract number of any government contract

**KMR ENERGY COMPANY**
**1601 E 19TH**
**EDMOND, OK 73103**

---

| Debtor 1 | **Osage Exploration and Development, Inc.** | | Case number *(if known)* | **16-10308-SAH** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 6. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **KMR ENERGY COMPANY** |
| | List the contract number of any government contract | | **1601 E 19TH** <br> **EDMOND, OK 73103** |

| 2.5 7. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (19-17N-2W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **LEN AND LINDA TONTZ** |
| | List the contract number of any government contract | | **5414 NORTH HWY 74C** <br> **GUTHRIE, OK 73044** |

| 2.5 8. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **LEN AND LINDA TONTZ** |
| | List the contract number of any government contract | | **5414 NORTH HWY 74C** <br> **GUTHRIE, OK 73044** |

| 2.5 9. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **LOWOMI, LLC** |
| | List the contract number of any government contract | | **1535 NW 38TH ST.** <br> **OKLAHOMA CITY, OK 73118** |

| 2.6 0. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **MANOR OAKS LLC** |
| | List the contract number of any government contract | | **3220 MEADOW LANE** <br> **COLLEGEVILLE, PA 19426-1413** |

| 2.6 1. | State what the contract or lease is for and the nature of the debtor's interest | **Final Partition Agreement/Operator** | |
|---|---|---|---|
| | State the term remaining | | **MBI Oil & Gas, LLC** |
| | List the contract number of | | **P.O. Box 7** <br> **Belfield, ND 58622** |

Debtor 1   **Osage Exploration and Development, Inc.**                                   Case number *(if known)*   **16-10308-SAH**
_____
First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| | | |
|---|---|---|
| 2.6 2. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (20-17N-2W)/Operator** |
| | State the term remaining | |
| | List the contract number of any government contract | **MCNEIL OIL AND GAS, LLC 1601 E 19TH EDMOND, OK 73103** |
| 2.6 3. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (3-16N-3W)/Operator** |
| | State the term remaining | |
| | List the contract number of any government contract | **MCNEIL OIL AND GAS, LLC 1601 E 19TH EDMOND, OK 73103** |
| 2.6 4. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (2-16N-3W)/Operator** |
| | State the term remaining | |
| | List the contract number of any government contract | **MCNEIL OIL AND GAS, LLC 1601 E 19TH EDMOND, OK 73103** |
| 2.6 5. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** |
| | State the term remaining | **16 Years** |
| | List the contract number of any government contract | **MCNEIL OIL AND GAS, LLC 1601 E 19TH EDMOND, OK 73103** |
| 2.6 6. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** |
| | State the term remaining | **16 Years** |
| | List the contract number of any government contract | **MEAGHER ENERGY COMPANY, LLC PO BOX 4782 ENGLEWOOD, CO 80155** |
| 2.6 7. | State what the contract or lease is for and the nature of the debtor's interest | **Salt Water Disposal Agreement/Operator** |
| | | **MICHAEL OLIVER CAREY 5175 W COUNTY RD #75 GUTHRIE, OK 73044** |

Debtor 1 **Osage Exploration and Development, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*) **16-10308-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |

| 2.6<br>8. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **MITCHELL ROYALTY LTD PARTNERSHIP**<br>**17878 W 77TH ST N**<br>**HASKELL, OK 74436** |
| | List the contract number of any government contract | | |

| 2.6<br>9. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Lease/Lessee** | |
|---|---|---|---|
| | State the term remaining | **37 Months** | **NEC Financial Services, LLC**<br>**24189 Network Place**<br>**Chicago, IL 60673-1241** |
| | List the contract number of any government contract | | |

| 2.7<br>0. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service/Company** | |
|---|---|---|---|
| | State the term remaining | | **New Prospect Company**<br>**PO Box 470118**<br>**Tulsa, OK 74147** |
| | List the contract number of any government contract | | |

| 2.7<br>1. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (20-17N-2W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **NI MODO ENERGY, LLC**<br>**908 NW 71ST STREET**<br>**OKLAHOMA CITY, OK 73116** |
| | List the contract number of any government contract | | |

| 2.7<br>2. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (3-16N-3W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **NI MODO ENERGY, LLC**<br>**908 NW 71ST STREET**<br>**OKLAHOMA CITY, OK 73116** |
| | List the contract number of any government contract | | |

Debtor 1   **Osage Exploration and Development, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **16-10308-SAH**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.7 3.**   State what the contract or lease is for and the nature of the debtor's interest

**Participation Agreement (2-16N-3W)/Operator**

State the term remaining

List the contract number of any government contract

**NI MODO ENERGY, LLC
908 NW 71ST STREET
OKLAHOMA CITY, OK 73116**

---

**2.7 4.**   State what the contract or lease is for and the nature of the debtor's interest

**Joint Operating Agreement - Working Interest Owner**

State the term remaining   **16 Years**

List the contract number of any government contract

**NI MODO ENERGY, LLC
908 NW 71ST STREET
OKLAHOMA CITY, OK 73116**

---

**2.7 5.**   State what the contract or lease is for and the nature of the debtor's interest

**Participation Agreement (20-17N-2W)/Operator**

State the term remaining

List the contract number of any government contract

**NORTH O&G LLC
933 NW 164TH SUITE 2
EDMOND, OK 73103**

---

**2.7 6.**   State what the contract or lease is for and the nature of the debtor's interest

**Participation Agreement (29-17N-2W)/Operator**

State the term remaining

List the contract number of any government contract

**NORTH O&G LLC
933 NW 164TH SUITE 2
EDMOND, OK 73103**

---

**2.7 7.**   State what the contract or lease is for and the nature of the debtor's interest

**Joint Operating Agreement - Working Interest Owner**

State the term remaining   **16 Years**

List the contract number of any government contract

**NORTH O&G LLC
933 NW 164TH SUITE 2
EDMOND, OK 73103**

---

**2.7 8.**   State what the contract or lease is for and the nature of the debtor's interest

**Joint Operating Agreement - Working Interest Owner**

State the term remaining   **16 Years**

List the contract number of

**ORCA ENERGY COMPANY
PO BOX 367
KINGSTON, OK 73439**

---

Debtor 1   **Osage Exploration and Development, Inc.**                    Case number (*if known*)   **16-10308-SAH**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.7 9. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services/Client** | |
|---|---|---|---|
| | State the term remaining | | **PetroSource, LLC** |
| | List the contract number of any government contract | | **406 S. Boulder Ave. Suite 830** **Tulsa, OK 74103** |

| 2.8 0. | State what the contract or lease is for and the nature of the debtor's interest | **Crude Oil Purchase Agreement/Seller** | |
|---|---|---|---|
| | State the term remaining | | **Phillips 66** |
| | List the contract number of any government contract | | **PO Box 4428** **Houston, TX 77210** |

| 2.8 1. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **R SCOTT THOMPSON ENTERPRISES LLC** |
| | List the contract number of any government contract | | **6816 N ROBINSON AVE** **OKLAHOMA CITY, OK 73116** |

| 2.8 2. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **RANDALL E JAMES OIL COMPANY** |
| | List the contract number of any government contract | | **1800 NORTH SANTA FE ROAD** **GUTHRIE, OK 73044** |

| 2.8 3. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (20-17N-2W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **RDJLP, LLC** |
| | List the contract number of any government contract | | **1601 E 19TH ST** **EDMOND, OK 73013-6620** |

| 2.8 4. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (3-16N-3W)/Operator** | **RDJLP, LLC** **1601 E 19TH ST** **EDMOND, OK 73013-6620** |
|---|---|---|---|

Debtor 1  **Osage Exploration and Development, Inc.**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)　**16-10308-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.8 5. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (2-16N-3W)/Operator** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **RDJLP, LLC**<br>**1601 E 19TH ST**<br>**EDMOND, OK 73013-6620** |

| 2.8 6. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** |
|---|---|---|
| | State the term remaining | **16 Years** |
| | List the contract number of any government contract | **RDJLP, LLC**<br>**1601 E 19TH ST**<br>**EDMOND, OK 73013-6620** |

| 2.8 7. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** |
|---|---|---|
| | State the term remaining | **16 Years** |
| | List the contract number of any government contract | **RHR MINERAL MANAGEMENT LLC**<br>**4901 N BROADWAY**<br>**GUTHRIE, OK 73044** |

| 2.8 8. | State what the contract or lease is for and the nature of the debtor's interest | **Final Partition Agreement/Operator** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Stewart Geological, Inc.**<br>**2650 Overland Ave**<br>**Billings, MT 59102** |

| 2.8 9. | State what the contract or lease is for and the nature of the debtor's interest | **Well Test/Operator** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Summit ESP, LLC**<br>**PO Box 21468**<br>**Tulsa, OK 74121** |

Debtor 1  **Osage Exploration and Development, Inc.**                    Case number (*if known*)  **16-10308-SAH**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9 0. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **SUNDANCE ENERGY INC** |
| | List the contract number of any government contract | | **633 17TH STREET STE 1950 DENVER, CO 80202** |

| 2.9 1. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly services** | |
|---|---|---|---|
| | State the term remaining | | **T-Mobile** |
| | List the contract number of any government contract | | **3625 132nd Ave SE Bellevue, WA 98006** |

| 2.9 2. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **TERMINAL LAND COMPANY** |
| | List the contract number of any government contract | | **4334 NW EXPRESSWAY SUITE 185 OKLAHOMA CITY, OK 73116** |

| 2.9 3. | State what the contract or lease is for and the nature of the debtor's interest | **Final Partition Agreement/Operator** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Energy Development Corporation** |
| | List the contract number of any government contract | | **2350 North Forest Road Getzville, NY 14068** |

| 2.9 4. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Compression Master Service/Customer** | |
|---|---|---|---|
| | State the term remaining | | **USA COMPRESSION** |
| | List the contract number of any government contract | | **PO BOX 974206 DALLAS, TX 75397-4206** |

| 2.9 5. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **V ROSS BROWN** |
| | List the contract number of | | **777 E 15TH STREET #255 EDMOND, OK 73013** |

Debtor 1   **Osage Exploration and Development, Inc.**                          Case number (*if known*)   **16-10308-SAH**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | |
|---|---|---|---|
| | State the term remaining | **16 Years** | **VANTAGE RESOURCES COMPANY, LLC**<br>**PO BOX 1673**<br>**DENVER, CO 80201** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (19-17N-2W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **WAGON WHEEL, LLC**<br>**PO BOX 1387**<br>**CLINTON, OK 73601** |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (9-17N-2W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **WAGON WHEEL, LLC**<br>**PO BOX 1387**<br>**CLINTON, OK 73601** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (3-16N-3W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **WAGON WHEEL, LLC**<br>**PO BOX 1387**<br>**CLINTON, OK 73601** |
| | List the contract number of any government contract | | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (2-16N-3W)/Operator** | |
|---|---|---|---|
| | State the term remaining | | **WAGON WHEEL, LLC**<br>**PO BOX 1387**<br>**CLINTON, OK 73601** |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** | **WAGON WHEEL, LLC**<br>**PO BOX 1387**<br>**CLINTON, OK 73601** |
|---|---|---|---|

Debtor 1    **Osage Exploration and Development, Inc.**

First Name    Middle Name    Last Name

Case number (*if known*)    **16-10308-SAH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **16 Years** |
| List the contract number of any government contract |  |

| 2.1 02. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (9-17N-2W)/Operator** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **WESTSTAR OIL AND GAS, INC 1601 E 19TH EDMOND, OK 73103** |

| 2.1 03. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (20-17N-2W)/Operator** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **WESTSTAR OIL AND GAS, INC 1601 E 19TH EDMOND, OK 73103** |

| 2.1 04. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (3-16N-3W)/Operator** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **WESTSTAR OIL AND GAS, INC 1601 E 19TH EDMOND, OK 73103** |

| 2.1 05. | State what the contract or lease is for and the nature of the debtor's interest | **Participation Agreement (2-16N-3W)/Operator** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **WESTSTAR OIL AND GAS, INC 1601 E 19TH EDMOND, OK 73103** |

| 2.1 06. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement - Working Interest Owner** |
|---|---|---|
|  | State the term remaining | **16 Years** |
|  | List the contract number of any government contract | **WESTSTAR OIL AND GAS, INC 1601 E 19TH EDMOND, OK 73103** |

Debtor 1    **Osage Exploration and Development, Inc.**                                    Case number (*if known*)    **16-10308-SAH**
            First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 07. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment No. 1 to Farmout Agreement/Farmee** | |
| | State the term remaining | | **William Snell** **d/b/a Snell Oil Company** |
| | List the contract number of any government contract | | |
| 2.1 08. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease/Tenant** | |
| | State the term remaining | **14 Months** | **Witt Properties** **4566 30th. Street** **San Diego, CA 92116** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Osage Exploration and Development, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **16-10308-SAH**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Osage Exploration and Development, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **16-10308-SAH**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$7,253,025.06** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$12,678,515.83** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | **Interest Income** | **$1,703.86** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | **Gain on Sale of Assets** | **$119,036.06** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | **Gain on Derivatives** | **$55,375.69** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | **Interest Income** | **$9,494.27** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | **Gain on Derivatives** | **$1,253,990.25** |

| Debtor | **Osage Exploration and Development, Inc.** | Case number *(if known)* | **16-10308-SAH** |

---

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **Various - See Attached Schedule 3** | | **$1,324,144.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other_**Royalty Proceeds**_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Various - See Attached Schedule 4** | | **$1,026,889.36** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Stephens Production Company.**<br>623 Garrison Ave.<br>Fort Smith, AR 72901 | **Setoff royalty revenues with joint interest billings.**<br>Last 4 digits of account number: _____ | 11/30/2015,<br>12/31/2015,<br>and 1/29/2016 | **$45,168.15** |
| **Stephens Energy Group LLC**<br>623 Garrison Ave.<br>Fort Smith, AR 72901 | **Setoff royalty revenues with joint interest billings.**<br>Last 4 digits of account number: _____ | 11/30/2015,<br>12/31/2015<br>and 1/29/2016 | **$195,801.67** |
| **Devon Energy Corporation**<br>333 West Sheridan Ave.<br>Oklahoma City, OK 73102 | **Setoff royalty revenues with joint interest billings.**<br>Last 4 digits of account number: _____ | 11/15/2015,<br>12/15/2015<br>and 1/15/2016 | **$64,577.68** |

Debtor  **Osage Exploration and Development, Inc.**                    Case number (if known) **16-10308-SAH**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Payne Exploration Company**<br>7005 N. Robinson Ave,<br>Oklahoma City, OK 73116 | **Setoff royalty revenues with joint interest billings.**<br>Last 4 digits of account number: _____ | 11/7/2015,<br>12/7/2015, and<br>1/6/2016 | $90.42 |

---

**Part 3:**   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **AAA Fiberglass Repair, LLC, Plaintiff, vs. Osage Exploration & Development, Inc., Defendant**<br>CJ-2015-1001-TB | **Collection** | **Cleveland County District Court, OK**<br>200 S Peters Ave<br>Norman, OK 73069 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Diamond Oil Field Services, Inc., Plaintiff, vs Osage Exploration and Development, Inc., Defendant.**<br>CJ-2015-186 | **Collection.**<br>**Motion for default Judgment pending on petition date.** | **District Court of Logan County, Oklahoma**<br>301 E Harrison Ave #102<br>Guthrie, OK 73044 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Lane's Motor Freight Lines, Inc., an Oklahoma Corporation, Plaintiff, v. Osage Exploration & Development, Inc., an Oklahoma Corporation, Defendant.**<br>CJ-2015-71 | **Collection** | **District Court of Woodward County, Oklah**<br>1600 Main St #4<br>Woodward, OK 73801 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Light Tower Rentals, Inc. vs. Osage Exploration and Development, Inc.**<br>CC-26,749 | **Collection** | **District Court of Ector County, Texas**<br>300 N Grant Ave #111<br>Odessa, TX 79761 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Miracle Production, Inc., an Oklahoma Corporation, and APSS, Inc., an Oklahoma Corporation, Plaintiffs, vs. Osage Exploration and Development, Inc., a Delaware Corporation, Defendant.**<br>CJ-2015-6008 | **Collection** | **District Court of Oklahoma County, OK**<br>320 Robert S Kerr Ave #409<br>Oklahoma City, OK 73102 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Peopetro Services, Inc. v Osage Exploration and Development, Inc., Kim Bradford, Individually, and Greg Franklin, Individually.**<br>CC-18098 | **Collection** | **County Court of Midland County, Texas**<br>500 N Loraine St #1100<br>Midland, TX 79701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Weatherford International, LLC v. Osage Exploration and Development, Inc.**<br>2015-34095 | **Collection, Garnishment** | **District Court of Harris County, Texas**<br>1201 Franklin Street<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Osage Exploration and Development, Inc.**                    Case number *(if known)* **16-10308-SAH**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.8. **Summit ESP, LLC, Plaintiff, v. Osage Exploration and Development, Inc.; Claude C. Arnold Working Interest Oil and Gas Properties, LLC; Blake Arnold Working Interest Oil and Gas Interest Oild and Gas Properties, LLC; Endico, Inc.; Atchley Resources, Inc.; CFE Partners, LLC; Manor Oaks, LLC**<br>**CJ-2016-12** | **Collection** | **District Court of Logan County, Oklahoma**<br>**301 E Harrison Ave #102**<br>**Guthrie, OK 73044** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. **Summit ESP, LLC, Plaintiff, v. Osage Exploration and Development, Inc.; KMR Energy Company; Ni Modo Energy, LLC; Weststar Oil and Gas, Inc.; El Dorado Corporation; RDJLP, LLC; JRG, LLC; Wagon Wheel, LLC; McNeill Oil and Gas; Black Oak Energy, LLC**<br>**CJ-2016-9** | **Collection** | **District Court of Logan County, Oklahoma**<br>**301 E Harrison Ave #102**<br>**Guthrie, OK 73044** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10 . **Summit ESP, LLC, Plaintiff, v. Osage Exploration and Development, Inc.; El Dorado Corporation; Black Oak Energy, LLC; Weststar Oil and Gas, Inc.; Wagon Wheel, LLC**<br>**CJ-2016-10** | **Collection** | **District Court of Logan County, Oklahoma**<br>**301 E Harrison Ave #102**<br>**Guthrie, OK 73044** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11 . **Summit ESP, LLC, Plaintiff, v. Osage Exploration and Development, Inc.; Claude C. Arnold Working Interest Oil and Gas Properties, LLC; Blake Arnold Working Interest Oil and Gas Properties, LLC; R. Scott Thompson Enterprises, LLC; Dorcy Oil Co.; Endico, Inc.; Blackhawk Operating Series, LLC; Atchley Resources, Inc.; Sundance Energy, Inc.; CMO Energy Partnership II, LP**<br>**CJ-2016-11** | **Collection** | **District Court of Logan County, Oklahoma**<br>**301 E Harrison Ave #102**<br>**Guthrie, OK 73044** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12 . **Osage Exploration & Development, Inc. And U.S. Energy Development Corporation vs. Stephens Energy Group, LLC**<br>**No. 15-6188 & 15-6215** | **Appeal.** | **Tenth Circuit Court of Appeals**<br>**Denver, CO** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Osage Exploration and Development, Inc.** | Case number *(if known)* **16-10308-SAH** |
|---|---|---|

■ None

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **AAPG Foundation**<br>**P.O. Box 979**<br>**Tulsa, OK 74101** | **Cash** | **3/30/2015 &**<br>**5/26/2015** | **$3,240.95** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Upward Transitions**<br>**1134 W. Main Street**<br>**Oklahoma City, OK 73106** | **Cash** | **4/23/2014 &**<br>**6/24/2014** | **$1,870.00** |
| | Recipients relationship to debtor | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Crowe & Dunlevy**<br>**324 N. Robinson Ave. Ste 100**<br>**Oklahoma City, OK 73102** | | **12/2015-1/2**<br>**016** | **$110,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

| Debtor | **Osage Exploration and Development, Inc.** | | Case number *(if known)* **16-10308-SAH** |
|--------|---------------------------------------------|--|-------------------------------------------|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|--------------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
| 13.1. | **Canyon Creek Energy II, LLC 2431 East 61st Street, Ste 260 Tulsa, OK 74136** | **Right, Title and Interest to Oil & Gas Leases - See Attached Schedule 13 for List of Oil & Gas Leases** | **9/9/2015** | **$137,086.72** |
| | Relationship to debtor | | | |
| 13.2. | **Sandridge Realty P.O. Box 202214 DEPT 205567 Dallas, TX 75320-2214** | **Abandoned whiteboards, partitions, large monitor screen, printer, various small computers, desks, tables and refrigerator. Net Book Value.** | **9/2015** | **$25,521.47** |
| | Relationship to debtor | | | |

---

| **Part 7:** | **Previous Locations** |
|-------------|------------------------|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---------|----------------------------|
| 14.1. | **324 N. Robinson Avenue, Suite 800 Oklahoma City, OK 73102** | **December 2013 to September 2015** |

| **Part 8:** | **Health Care Bankruptcies** |
|-------------|------------------------------|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|

| **Part 9:** | **Personally Identifiable Information** |
|-------------|-----------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

Debtor     **Osage Exploration and Development, Inc.**                    Case number *(if known)* **16-10308-SAH**

☐ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JP Morgan Chase Bank, NA 2200 Ross Ave. 7th.Floor Dallas, TX 75201** | **XXXX-5200** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/9/2015** | **$18,049.26** |
| 18.2. | **JP Morgan Chase Bank, NA 2200 Ross Ave. 7th.Floor Dallas, TX 75201** | **XXXX-6691** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/25/2016** | **$4,712.22** |
| 18.3. | **JP Morgan Chase Bank, NA 2200 Ross Ave. 7th.Floor Dallas, TX 75201** | **XXXX-3601** | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/25/2016** | **$0.01** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Osage Exploration and Development, Inc.** | | Case number *(if known)* **16-10308-SAH** |

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **U-Haul Moving & Storage of Bricktown**<br>**100 SE 2nd St**<br>**Oklahoma City, OK 73129** | **KIM BRADFORD**<br>**502 W THORN STREET**<br>**SAN DIEGO, CA 92103** | **Land Records** | ☐ No<br>■ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     

     

Debtor    **Osage Exploration and Development, Inc.**                    Case number *(if known)*  **16-10308-SAH**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.1.  **Cimarrona, LLC**<br>**2445 5th Avenue, Suite 310**<br>**San Diego, CA 92101** | **Ownership interest in certain oil and gas assets in the Guaduas field.** | **Dates business existed**<br><br>EIN:  **n/a**<br><br>From-To  **2008-2013** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Norman Dowling**<br>**7486 La Jolla Blvd. Suite 512**<br>**La Jolla, CA 92037** | **All Dates Prior to September 30, 2015** |
| 26a.2.  **Marco Rangel**<br>**2637 Glenshire Rd**<br>**Downy, CA 90242** | **All Dates During Last Two Years** |
| 26a.3.  **Ran Furman**<br>**12105 Eleonore Court**<br>**San Diego, CA 92131** | **September 30, 2015 to Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Mayer Hoffman McCann P.C.**<br>**PO Box 503646**<br>**San Diego, CA 92150-3646** | **2/2014-8/2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **PetroSource, LLC**<br>**406 S. Boulder Ave. Suite 830**<br>**Tulsa, OK 74103** | |
| 26c.2.  **KIM BRADFORD**<br>**502 W THORN STREET**<br>**SAN DIEGO, CA 92103** | |
| 26c.3.  **Ran Furman**<br>**12105 Elenore Court**<br>**San Diego, CA 92131** | |
| 26c.4.  **Marco Rangel**<br>**2637 Glenshire Rd**<br>**Downy, CA 90242** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Osage Exploration and Development, Inc.**                    Case number *(if known)* **16-10308-SAH**

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Apollo Investment Corporation**<br>**9 W 57 th Street**<br>**New York, NY 10019** |
| 26d.2. | **WEATHERFORD US LP**<br>**PO BOX 301003**<br>**Dallas, TX 75303-1003** |
| 26d.3. | **Nabors Drilling USA, LP**<br>**PO Box 973527**<br>**Dallas, TX 75397-3527** |
| 26d.4. | **Summit ESP, LLC**<br>**PO Box 21468**<br>**Tulsa, OK 74121** |
| 26d.5. | **Hamm & Phillips Service Company Inc.**<br>**PO Box 3907**<br>**Enid, OK 73702** |
| 26d.6. | **PRECISION ENERGY SERVICES INC**<br>**PO BOX 301003**<br>**DALLAS, TX 75303-1003** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| KIM BRADFORD | **502 W THORN STREET**<br>**SAN DIEGO, CA 92103** | **President, CEO, Chairman** | **12.1** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| GREG FRANKLIN | **10432 E HEFNER ROAD**<br>**JONES, OK 73049** | **Director, Board Member** | **6.8** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| David Payne | **119 N. Robinson Suite 400**<br>**Oklahoma City, OK 73102** | **Chief Restructuring Officer** | **0** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Ran Furman | **12105 Eleonore Court**<br>**San Diego, CA 92131** | **Chief Financial Executive** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor  **Osage Exploration and Development, Inc.**                    Case number *(if known)* **16-10308-SAH**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Norman Dowling | 7486 La Jolla Blvd. Suite 512 La Jolla, CA 92037 | Chief Financial Officer | 1/21/2013-9/30/2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Greg Holcome | 14 Hewitt Ave Bronxville, NY 10708 | Director | 8/1/2014-11/10/2015 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Various - See Attached Schedule 4** | **1,068,838.76** | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Osage Exploration and Development, Inc.**

Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2016**

/s/ **Kim Bradford**                                    **Kim Bradford**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President, CEO, Chairman**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ Yes  **There are additional pages attached.**

---

Osage Exploration and Development
Transactions by Account
As of February 3, 2016

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bill Pmt -Check | 11/25/2015 | 1301 | 10016 WAGON WHEEL, LLC. | 7,986.36 |
| Bill Pmt -Check | 12/29/2015 | 1617 | 10016 WAGON WHEEL, LLC. | 9,053.91 |
| Bill Pmt -Check | 01/29/2016 | 1813 | 10016 WAGON WHEEL, LLC. | 9,093.23 |
| | | | | 26,133.50 |
| Bill Pmt -Check | 11/25/2015 | 1302 | 10017 DAVIS FARMS | 2,571.55 |
| Bill Pmt -Check | 12/29/2015 | 1619 | 10017 DAVIS FARMS | 2,627.21 |
| Bill Pmt -Check | 01/29/2016 | 1814 | 10017 DAVIS FARMS | 2,192.94 |
| | | | | 7,391.70 |
| Bill Pmt -Check | 11/25/2015 | 1304 | 10019 BLACK OAK ENERGY. | 3,638.62 |
| Bill Pmt -Check | 12/29/2015 | 1621 | 10019 BLACK OAK ENERGY. | 3,551.42 |
| Bill Pmt -Check | 01/29/2016 | 1816 | 10019 BLACK OAK ENERGY. | 2,041.86 |
| | | | | 9,231.90 |
| Bill Pmt -Check | 11/25/2015 | 1312 | 10031 BLAKE ARNOLD WORKING INTEREST. | 35,991.31 |
| Bill Pmt -Check | 12/29/2015 | 1627 | 10031 BLAKE ARNOLD WORKING INTEREST. | 35,585.49 |
| Bill Pmt -Check | 01/29/2016 | 1823 | 10031 BLAKE ARNOLD WORKING INTEREST. | 32,269.05 |
| | | | | 103,845.85 |
| Bill Pmt -Check | 11/25/2015 | 1313 | 10032 CLAUDE C ARNOLD WORKING INTEREST. | 29,447.40 |
| Bill Pmt -Check | 12/29/2015 | 1628 | 10032 CLAUDE C ARNOLD WORKING INTEREST. | 29,115.35 |
| Bill Pmt -Check | 01/29/2016 | 1824 | 10032 CLAUDE C ARNOLD WORKING INTEREST. | 26,401.92 |
| | | | | 84,964.67 |
| Bill Pmt -Check | 11/25/2015 | 1315 | 10034 ENDICO INC. | 3,629.83 |
| Bill Pmt -Check | 12/29/2015 | 1629 | 10034 ENDICO INC. | 3,895.75 |
| Bill Pmt -Check | 01/29/2016 | 1826 | 10034 ENDICO INC. | 4,051.50 |
| | | | | 11,577.08 |
| Bill Pmt -Check | 11/25/2015 | 1317 | 10036 HIRZEL  INC | 2,952.93 |
| Bill Pmt -Check | 12/29/2015 | 1632 | 10036 HIRZEL  INC | 2,432.76 |
| Bill Pmt -Check | 01/29/2016 | 1828 | 10036 HIRZEL  INC | 2,265.12 |
| | | | | 7,650.81 |
| Bill Pmt -Check | 11/25/2015 | 1361 | 20061 ARRAKEEN RESOURCE COMPANY LTD | 2,693.99 |
| Bill Pmt -Check | 12/29/2015 | 1643 | 20061 ARRAKEEN RESOURCE COMPANY LTD | 2,581.85 |
| Bill Pmt -Check | 01/29/2016 | 1847 | 20061 ARRAKEEN RESOURCE COMPANY LTD | 2,240.43 |
| | | | | 7,516.27 |

Osage Exploration and Development

Transactions by Account

As of February 3, 2016

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bill Pmt -Check | 11/25/2015 | 1363 | 20063 GREG FRANKLIN | 2,279.01 |
| Bill Pmt -Check | 12/29/2015 | 1645 | 20063 GREG FRANKLIN | 2,208.56 |
| Bill Pmt -Check | 01/29/2016 | 1849 | 20063 GREG FRANKLIN | 1,897.78 |
| | | | | 6,385.35 |
| Bill Pmt -Check | 12/29/2015 | 1677 | 20152 BEVERLY LINDENBERGER | 9,285.62 |
| Bill Pmt -Check | 01/29/2016 | 1883 | 20152 BEVERLY LINDENBERGER | 182.63 |
| | | | | 9,468.25 |
| Bill Pmt -Check | 11/25/2015 | 1416 | 20156 COOKSEY GROUP LLC | 3,906.82 |
| Bill Pmt -Check | 12/29/2015 | 1678 | 20156 COOKSEY GROUP LLC | 4,394.76 |
| Bill Pmt -Check | 01/29/2016 | 1885 | 20156 COOKSEY GROUP LLC | 3,229.87 |
| | | | | 11,531.45 |
| Bill Pmt -Check | 11/25/2015 | 1423 | 20165 ESTATE OF BILLY JOE MCCUBBIN DECEAS | 6,777.61 |
| Bill Pmt -Check | 12/29/2015 | 1682 | 20165 ESTATE OF BILLY JOE MCCUBBIN DECEAS | 186.47 |
| Bill Pmt -Check | 01/29/2016 | 1892 | 20165 ESTATE OF BILLY JOE MCCUBBIN DECEAS | 136.98 |
| | | | | 7,101.06 |
| Bill Pmt -Check | 01/29/2016 | 1893 | 20166 PATRICIA JOHNSTON | 9,468.21 |
| | | | | 9,468.21 |
| Bill Pmt -Check | 11/25/2015 | 1438 | 20183 CORAL HORZ # 3 | 3,331.45 |
| Bill Pmt -Check | 12/29/2015 | 1697 | 20183 CORAL HORZ # 3 | 3,376.77 |
| Bill Pmt -Check | 01/27/2016 | 1799 | 20183 CORAL HORZ # 3 | 3,376.77 |
| Bill Pmt -Check | 01/29/2016 | 1908 | 20183 CORAL HORZ # 3 | 2,664.49 |
| | | | | 12,749.48 |
| Bill Pmt -Check | 11/25/2015 | 1439 | 20184 CORAL HORZ # 2. | 2,545.43 |
| Bill Pmt -Check | 12/29/2015 | 1698 | 20184 CORAL HORZ # 2. | 2,504.54 |
| Bill Pmt -Check | 01/29/2016 | 1909 | 20184 CORAL HORZ # 2. | 2,233.74 |
| | | | | 7,283.71 |
| Bill Pmt -Check | 11/25/2015 | 1452 | 20200 EVA M GOOCH | 155,860.43 |
| Bill Pmt -Check | 12/29/2015 | 1700 | 20200 EVA M GOOCH | 5,508.37 |
| Bill Pmt -Check | 01/29/2016 | 1911 | 20200 EVA M GOOCH | 5,128.82 |
| | | | | 166,497.62 |

Osage Exploration and Development
Transactions by Account
As of February 3, 2016

| Type | Date | Num | Name | Amount |
|---|---|---|---|---|
| Bill Pmt -Check | 11/25/2015 | 1467 | 20297 MAP 2012-OK OKLAHOMA GENERAL PARTNE | 22,833.62 |
| Bill Pmt -Check | 12/29/2015 | 1709 | 20297 MAP 2012-OK OKLAHOMA GENERAL PARTNE | 701.07 |
| Bill Pmt -Check | 01/29/2016 | 1922 | 20297 MAP 2012-OK OKLAHOMA GENERAL PARTNE | 19,247.48 |
| | | | | 42,782.17 |
| Bill Pmt -Check | 11/25/2015 | 1469 | 20300 LARRY E AND MARGARET MORRIS | 31,803.97 |
| Bill Pmt -Check | 12/29/2015 | 1711 | 20300 LARRY E AND MARGARET MORRIS | 976.51 |
| Bill Pmt -Check | 01/29/2016 | 1924 | 20300 LARRY E AND MARGARET MORRIS | 904.62 |
| | | | | 33,685.10 |
| Bill Pmt -Check | 11/25/2015 | 1500 | 20665 PEC Minerals LP | 7,384.42 |
| Bill Pmt -Check | 12/29/2015 | 1731 | 20665 PEC Minerals LP | 223.99 |
| Bill Pmt -Check | 01/29/2016 | 1944 | 20665 PEC Minerals LP | 207.72 |
| | | | | 7,816.13 |
| Bill Pmt -Check | 11/25/2015 | 1503 | 20669 GREG A MCDONALD. | 2,487.13 |
| Bill Pmt -Check | 12/29/2015 | 1732 | 20669 GREG A MCDONALD. | 2,422.59 |
| Bill Pmt -Check | 01/29/2016 | 1945 | 20669 GREG A MCDONALD. | 2,201.29 |
| | | | | 7,111.01 |
| Bill Pmt -Check | 11/25/2015 | 1535 | 20702 JAMES E GLAZEBROOK JR | 2,938.57 |
| Bill Pmt -Check | 12/29/2015 | 1745 | 20702 JAMES E GLAZEBROOK JR | 3,084.58 |
| Bill Pmt -Check | 01/29/2016 | 1972 | 20702 JAMES E GLAZEBROOK JR | 2,775.79 |
| | | | | 8,798.94 |
| Bill Pmt -Check | 11/25/2015 | 1541 | 20733 WAYNE BENNET LIFE ESTATE | 2,193.50 |
| Bill Pmt -Check | 12/29/2015 | 1750 | 20733 WAYNE BENNET LIFE ESTATE | 2,302.30 |
| Bill Pmt -Check | 01/29/2016 | 1978 | 20733 WAYNE BENNET LIFE ESTATE | 2,071.34 |
| | | | | 6,567.14 |
| Bill Pmt -Check | 11/12/2015 | 1267 | 20753 DON AND CAROL HEROLD | 8,890.89 |
| Bill Pmt -Check | 11/25/2015 | 1550 | 20753 DON AND CAROL HEROLD | 265.15 |
| Bill Pmt -Check | 12/29/2015 | 1755 | 20753 DON AND CAROL HEROLD | 225.55 |
| Bill Pmt -Check | 01/29/2016 | 1982 | 20753 DON AND CAROL HEROLD | 209.18 |
| | | | | 9,590.77 |
| Bill Pmt -Check | 12/29/2015 | 1759 | 20759 ENERLEX INC. | 25,503.72 |
| Bill Pmt -Check | 01/29/2016 | 1987 | 20759 ENERLEX INC. | 494.74 |
| | | | | 25,998.46 |

Osage Exploration and Development
Transactions by Account
As of February 3, 2016

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bill Pmt -Check | 11/25/2015 | 1557 | 70085 FRANCIS H AHRNSBRAK REVOCABLE TRUST | 2,687.26 |
| Bill Pmt -Check | 12/29/2015 | 1764 | 70085 FRANCIS H AHRNSBRAK REVOCABLE TRUST | 2,865.17 |
| Bill Pmt -Check | 01/29/2016 | 1991 | 70085 FRANCIS H AHRNSBRAK REVOCABLE TRUST | 2,596.89 |
| | | | | 8,149.32 |
| Bill Pmt -Check | 11/25/2015 | 1558 | 70125 Michael Oliver Carey | 1,300.69 |
| Bill Pmt -Check | 12/03/2015 | 1575 | 70125 Michael Oliver Carey | 1,791.85 |
| Bill Pmt -Check | 12/29/2015 | 1765 | 70125 Michael Oliver Carey | 1,193.70 |
| Bill Pmt -Check | 01/08/2016 | 1783 | 70125 Michael Oliver Carey | 1,706.41 |
| Bill Pmt -Check | 01/25/2016 | 1790 | 70125 Michael Oliver Carey | 1,573.75 |
| Bill Pmt -Check | 01/29/2016 | 1992 | 70125 Michael Oliver Carey | 1,098.15 |
| | | | | 8,664.55 |
| Bill Pmt -Check | 11/25/2015 | 1561 | 70140 Sundance Energy Inc. .. | 3,535.42 |
| Bill Pmt -Check | 12/29/2015 | 1767 | 70140 Sundance Energy Inc. .. | 3,231.21 |
| Bill Pmt -Check | 01/29/2016 | 1994 | 70140 Sundance Energy Inc. .. | 1,406.33 |
| | | | | 8,172.96 |
| Bill Pmt -Check | 11/25/2015 | 1566 | 70160 RHR MINERAL MANAGEMENT LLC | 3,302.35 |
| Bill Pmt -Check | 12/29/2015 | 1772 | 70160 RHR MINERAL MANAGEMENT LLC | 2,720.60 |
| Bill Pmt -Check | 01/29/2016 | 1999 | 70160 RHR MINERAL MANAGEMENT LLC | 2,533.19 |
| | | | | 8,556.14 |
| Bill Pmt -Check | 11/25/2015 | 1569 | 70172 LEN AND LINDA TONTZ | 7,035.67 |
| Bill Pmt -Check | 12/29/2015 | 1775 | 70172 LEN AND LINDA TONTZ | 5,796.27 |
| Bill Pmt -Check | 01/29/2016 | 2002 | 70172 LEN AND LINDA TONTZ | 5,396.89 |
| | | | | 18,228.83 |
| Bill Pmt -Check | 11/25/2015 | 1571 | 70194 NORVAL AND DUSA GOOCH | 3,789.11 |
| Bill Pmt -Check | 12/29/2015 | 1777 | 70194 NORVAL AND DUSA GOOCH | 3,977.08 |
| Bill Pmt -Check | 01/29/2016 | 2004 | 70194 NORVAL AND DUSA GOOCH | 3,578.08 |
| | | | | 11,344.27 |
| Bill Pmt -Check | 11/05/2015 | 1249 | Aetna | 3,809.35 |
| Bill Pmt -Check | 11/30/2015 | 1587 | Aetna | 3,809.35 |
| Bill Pmt -Check | 01/08/2016 | 1781 | Aetna | 3,809.35 |
| Bill Pmt -Check | 01/25/2016 | 1791 | Aetna | 1,996.13 |
| | | | | 13,424.18 |

Osage Exploration and Development
Transactions by Account
As of February 3, 2016

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bill Pmt -Check | 11/05/2015 | 1250 | Bachman Services, Inc. | 975.40 |
| Bill Pmt -Check | 12/03/2015 | 1577 | Bachman Services, Inc. | 1,913.18 |
| Bill Pmt -Check | 12/10/2015 | 1589 | Bachman Services, Inc. | 1,830.40 |
| Bill Pmt -Check | 01/25/2016 | 1792 | Bachman Services, Inc. | 1,830.40 |
| | | | | 6,549.38 |
| | | | | |
| Bill Pmt -Check | 12/03/2015 | 1578 | Basin Power Solutions/LarMar Rents LLC | 3,234.00 |
| Bill Pmt -Check | 01/25/2016 | 1793 | Basin Power Solutions/LarMar Rents LLC | 3,234.00 |
| Bill Pmt -Check | 02/01/2016 | 2006 | Basin Power Solutions/LarMar Rents LLC | 3,234.00 |
| | | | | 9,702.00 |
| | | | | |
| Bill Pmt -Check | 12/03/2015 | 1579 | Blackrock Management Inc. | 20,000.00 |
| Bill Pmt -Check | 01/01/2016 | 1778 | Blackrock Management Inc. | 20,000.00 |
| | | | | 40,000.00 |
| | | | | |
| Bill Pmt -Check | 11/05/2015 | 1251 | Cimarron Electric | 328.45 |
| Bill Pmt -Check | 11/05/2015 | 1252 | Cimarron Electric | 6,604.30 |
| Bill Pmt -Check | 12/03/2015 | 1580 | Cimarron Electric | 6,996.66 |
| Bill Pmt -Check | 12/03/2015 | 1581 | Cimarron Electric | 338.41 |
| Bill Pmt -Check | 01/26/2016 | 1797 | Cimarron Electric | 6,664.21 |
| Bill Pmt -Check | 01/26/2016 | 1798 | Cimarron Electric | 320.07 |
| | | | | 21,252.10 |
| | | | | |
| Bill Pmt -Check | 11/05/2015 | 1253 | CREC | 10,115.00 |
| Bill Pmt -Check | 11/05/2015 | 1254 | CREC | 849.00 |
| Bill Pmt -Check | 11/05/2015 | 1255 | CREC | 2,178.00 |
| Bill Pmt -Check | 11/05/2015 | 1256 | CREC | 1,005.00 |
| Bill Pmt -Check | 12/10/2015 | 1591 | CREC | 1,007.00 |
| Bill Pmt -Check | 12/10/2015 | 1592 | CREC | 849.00 |
| Bill Pmt -Check | 12/10/2015 | 1593 | CREC | 1,883.00 |
| Bill Pmt -Check | 12/18/2015 | 1602 | CREC | 10,377.00 |
| Bill Pmt -Check | 12/28/2015 | 1603 | CREC | 155.66 |
| Bill Pmt -Check | 01/25/2016 | 1786 | CREC | 10,001.81 |
| Bill Pmt -Check | 01/25/2016 | 1787 | CREC | 1,029.21 |
| Bill Pmt -Check | 01/25/2016 | 1788 | CREC | 861.74 |
| Bill Pmt -Check | 01/25/2016 | 1789 | CREC | 1,384.46 |
| | | | | 41,695.88 |

Schedule 3
Attachment to SOFA Item 3.1

Osage Exploration and Development
Transactions by Account
As of February 3, 2016

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bill Pmt -Check | 11/05/2015 | 1257 | Crowe & Dunlevy | 5,000.00 |
| Bill Pmt -Check | 11/12/2015 | 1269 | Crowe & Dunlevy | 5,000.00 |
| Bill Pmt -Check | 12/21/2015 | WT122115 | Crowe & Dunlevy | 10,000.00 |
| Bill Pmt -Check | 12/29/2015 | WT 122915 | Crowe & Dunlevy | 25,000.00 |
| Bill Pmt -Check | 01/08/2016 | WT010816A | Crowe & Dunlevy | 25,000.00 |
| Bill Pmt -Check | 01/22/2016 | WT012216A | Crowe & Dunlevy | 25,000.00 |
| Bill Pmt -Check | 02/02/2016 | WT 020216A | Crowe & Dunlevy | 25,000.00 |
| | | | | 120,000.00 |
| | | | | |
| Bill Pmt -Check | 12/29/2015 | WT 122915 a | David R. Payne, CRO, c/o D.R. Payne & Associates, Inc. | 25,000.00 |
| Bill Pmt -Check | 01/08/2016 | WT010816 | David R. Payne, CRO, c/o D.R. Payne & Associates, Inc. | 15,000.00 |
| Bill Pmt -Check | 01/15/2016 | WT011516 | David R. Payne, CRO, c/o D.R. Payne & Associates, Inc. | 15,000.00 |
| Bill Pmt -Check | 01/21/2016 | WT012216 | David R. Payne, CRO, c/o D.R. Payne & Associates, Inc. | 15,000.00 |
| Bill Pmt -Check | 02/01/2016 | WT020116 | David R. Payne, CRO, c/o D.R. Payne & Associates, Inc. | 15,000.00 |
| Bill Pmt -Check | 02/02/2016 | WT020216 | David R. Payne, CRO, c/o D.R. Payne & Associates, Inc. | 15,000.00 |
| | | | | 100,000.00 |
| | | | | |
| Bill Pmt -Check | 11/05/2015 | 1264 | Double L Welding | 2,166.00 |
| Bill Pmt -Check | 11/10/2015 | 1266 | Double L Welding | 5,400.00 |
| | | | | 7,566.00 |
| | | | | |
| Bill Pmt -Check | 11/05/2015 | 1263 | Marco Rangel | 1,850.00 |
| Bill Pmt -Check | 11/12/2015 | 1277 | Marco Rangel | 1,665.00 |
| Bill Pmt -Check | 11/19/2015 | 1283 | Marco Rangel | 1,720.50 |
| Bill Pmt -Check | 12/03/2015 | 1574 | Marco Rangel | 2,821.25 |
| Bill Pmt -Check | 12/10/2015 | 1594 | Marco Rangel | 1,517.00 |
| Bill Pmt -Check | 12/18/2015 | 1601 | Marco Rangel | 1,803.75 |
| Bill Pmt -Check | 01/01/2016 | 1779 | Marco Rangel | 2,728.75 |
| | | | | 14,106.25 |
| | | | | |
| Bill Pmt -Check | 01/19/2016 | 1785 | OKLAHOMA TAX COMMISSION | 7,923.23 |
| | | | | 7,923.23 |
| | | | | |
| Check | 11/13/2015 | | PAYCHEX | 92.32 |
| General Journal | 11/13/2015 | PR 111315 | PAYCHEX | 22,631.15 |
| Check | 11/27/2015 | | PAYCHEX | 92.54 |
| General Journal | 11/27/2015 | PR 112715 | PAYCHEX | 22,631.15 |
| Check | 12/11/2015 | | PAYCHEX | 92.54 |
| General Journal | 12/11/2015 | PR 121115 | PAYCHEX | 16,419.99 |

Osage Exploration and Development
Transactions by Account
As of February 3, 2016

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Check | 12/24/2015 | | PAYCHEX | 86.77 |
| General Journal | 12/24/2015 | PR 122315 | PAYCHEX | 16,388.07 |
| Check | 01/08/2016 | | PAYCHEX | 129.59 |
| General Journal | 01/08/2016 | PR 010816 | PAYCHEX | 28,773.99 |
| Check | 01/20/2016 | | PAYCHEX | 210.00 |
| Check | 01/22/2016 | | PAYCHEX | 219.34 |
| General Journal | 01/22/2016 | PR 012216 | PAYCHEX | 25,316.80 |
| Check | 02/02/2016 | | PAYCHEX | 98.09 |
| General Journal | 02/02/2016 | PR 020216 | PAYCHEX | 25,627.36 |
| | | | | 158,809.70 |
| | | | | |
| Bill Pmt -Check | 11/05/2015 | 1259 | PetroSource, LLC | 3,648.59 |
| Bill Pmt -Check | 12/03/2015 | 1583 | PetroSource, LLC | 3,130.80 |
| Bill Pmt -Check | 01/08/2016 | 1782 | PetroSource, LLC | 3,006.37 |
| Bill Pmt -Check | 02/01/2016 | 2005 | PetroSource, LLC | 3,021.04 |
| | | | | 12,806.80 |
| | | | | |
| Bill Pmt -Check | 01/25/2016 | 1795 | Pinnacle Energy Services LLC | 15,375.00 |
| | | | | 15,375.00 |
| | | | | |
| Bill Pmt -Check | 11/05/2015 | 1260 | Summit ESP, LLC | 16,400.61 |
| Bill Pmt -Check | 11/12/2015 | 1276 | Summit ESP, LLC | 16,400.61 |
| Bill Pmt -Check | 11/16/2015 | 1280 | Summit ESP, LLC | 3,294.36 |
| | | | | 36,095.58 |
| | | | | |
| Bill Pmt -Check | 11/05/2015 | 1262 | USA Compression | 12,725.00 |
| Bill Pmt -Check | 02/01/2016 | 2010 | USA Compression | 4,385.00 |
| | | | | 17,110.00 |
| | | | | |
| Bill Pmt -Check | 12/03/2015 | 1586 | Witt Properties | 3,508.19 |
| Bill Pmt -Check | 02/01/2016 | 2011 | Witt Properties | 3,957.20 |
| | | | | 7,465.39 |
| | | | | 1,324,144.19 |

Osage Exploration and Development

| Type | Date | Num | Name | Split | Credit |
|------|------|-----|------|-------|--------|
| Bill Pmt -Check | 02/27/2015 | 5126 | 20062 KIM BRADFORD | 200000 · Accounts Payable | 3,218.26 |
| Bill Pmt -Check | 03/31/2015 | 5438 | 20062 KIM BRADFORD | 200000 · Accounts Payable | 12,022.65 |
| Bill Pmt -Check | 04/29/2015 | 5635 | 20062 KIM BRADFORD | 200000 · Accounts Payable | 431.39 |
| Bill Pmt -Check | 04/30/2015 | 5714 | 20062 KIM BRADFORD | 200000 · Accounts Payable | 8,520.44 |
| Bill Pmt -Check | 05/29/2015 | 5909 | 20062 KIM BRADFORD | 200000 · Accounts Payable | 5,269.30 |
| Bill Pmt -Check | 06/30/2015 | 6134 | 20062 KIM BRADFORD | 200000 · Accounts Payable | 4,086.26 |
| Bill Pmt -Check | 07/31/2015 | 6368 | 20062 KIM BRADFORD | 200000 · Accounts Payable | 4,100.55 |
| Bill Pmt -Check | 08/27/2015 | 6612 | 20062 KIM BRADFORD | 200000 · Accounts Payable | 3,697.92 |
| Bill Pmt -Check | 09/29/2015 | 6874 | 20062 KIM BRADFORD | 200000 · Accounts Payable | 2,656.62 |
| Bill Pmt -Check | 10/28/2015 | 1100 | 20062 KIM BRADFORD | 200000 · Accounts Payable | 2,194.54 |
| | 2015 Payroll | | Kim Bradford | Payroll | 276,923.04 |
| | 2016 Payroll | | Kim Bradford | Payroll | 34,615.38 |
| | | | | | 357,736.35 |
| | | | | | |
| Bill Pmt -Check | 02/27/2015 | 5127 | 20063 GREG FRANKLIN | 200000 · Accounts Payable | 3,395.01 |
| Bill Pmt -Check | 03/31/2015 | 5439 | 20063 GREG FRANKLIN | 200000 · Accounts Payable | 12,696.84 |
| Bill Pmt -Check | 04/29/2015 | 5636 | 20063 GREG FRANKLIN | 200000 · Accounts Payable | 2,554.08 |
| Bill Pmt -Check | 04/30/2015 | 5715 | 20063 GREG FRANKLIN | 200000 · Accounts Payable | 6,913.32 |
| Bill Pmt -Check | 05/29/2015 | 5910 | 20063 GREG FRANKLIN | 200000 · Accounts Payable | 5,577.73 |
| Bill Pmt -Check | 06/30/2015 | 6135 | 20063 GREG FRANKLIN | 200000 · Accounts Payable | 4,329.56 |
| Bill Pmt -Check | 07/31/2015 | 6369 | 20063 GREG FRANKLIN | 200000 · Accounts Payable | 4,342.35 |
| Bill Pmt -Check | 08/11/2015 | 6514 | Greg Franklin | 200000 · Accounts Payable | 3,720.25 |
| Bill Pmt -Check | 08/27/2015 | 6613 | 20063 GREG FRANKLIN | 200000 · Accounts Payable | 3,917.37 |
| Bill Pmt -Check | 09/29/2015 | 6875 | 20063 GREG FRANKLIN | 200000 · Accounts Payable | 2,817.24 |
| Bill Pmt -Check | 10/28/2015 | 1101 | 20063 GREG FRANKLIN | 200000 · Accounts Payable | 2,328.96 |
| | 2015 Payroll | | Greg Franklin | Payroll | 133,846.02 |
| | | | | | 186,438.73 |
| | | | | | |
| Bill Pmt -Check | 02/05/2015 | 4903 | Blackrock Management Inc./Ran Furman | 200000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 03/05/2015 | 5343 | Blackrock Management Inc./Ran Furman | 200000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 05/07/2015 | 5603 | Blackrock Management Inc./Ran Furman | 200000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 06/04/2015 | 6014 | Blackrock Management Inc./Ran Furman | 200000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 07/01/2015 | 6259 | Blackrock Management Inc./Ran Furman | 200000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 08/06/2015 | 6495 | Blackrock Management Inc./Ran Furman | 200000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 09/03/2015 | 6744 | Blackrock Management Inc./Ran Furman | 200000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 10/01/2015 | 6997 | Blackrock Management Inc./Ran Furman | 200000 · Accounts Payable | 20,000.00 |
| | 2016 Payroll | | Ran Furman | Payroll | 20,769.24 |
| | | | | | 180,769.24 |

Attachment to SOFA item 4.1.                    Schedule 4                    Page 1 of 2

Osage Exploration and Development

| Type | Date | Num | Name | Split | Credit |
|---|---|---|---|---|---|
| Bill Pmt -Check | 12/29/2015 | WT 122915 a | David R. Payne, CRO, c/o D.R. Payne and Asso | 200000 · Accounts Payable | 25,000.00 |
| Bill Pmt -Check | 01/08/2016 | WT010816 | David R. Payne, CRO, c/o D.R. Payne and Asso | 200000 · Accounts Payable | 15,000.00 |
| Bill Pmt -Check | 01/15/2016 | WT011516 | David R. Payne, CRO, c/o D.R. Payne and Asso | 200000 · Accounts Payable | 15,000.00 |
| Bill Pmt -Check | 01/21/2016 | WT012216 | David R. Payne, CRO, c/o D.R. Payne and Asso | 200000 · Accounts Payable | 15,000.00 |
| Bill Pmt -Check | 02/02/2016 | WT020116 | David R. Payne, CRO, c/o D.R. Payne and Associates, Inc. | | 15,000.00 |
| | | | | | 85,000.00 |
| | | | | | |
| Bill Pmt -Check | 09/10/2015 | 6780 | Jack W Zedlitz | 200000 · Accounts Payable | 3,675.79 |
| Bill Pmt -Check | 09/28/2015 | 6816 | Jack W Zedlitz | 200000 · Accounts Payable | 2,500.00 |
| | 2015 Payroll | | Jack W Zedlitz | Payroll | 155,769.25 |
| | | | | | 161,945.04 |
| | | | | | |
| Bill Pmt -Check | 02/12/2015 | 4987 | Norman Dowling | 200000 · Accounts Payable | 17,500.00 |
| Bill Pmt -Check | 03/12/2015 | 5241 | Norman Dowling | 200000 · Accounts Payable | 17,500.00 |
| Bill Pmt -Check | 04/09/2015 | 5568 | Norman Dowling | 200000 · Accounts Payable | 17,500.00 |
| Bill Pmt -Check | 05/14/2015 | 5818 | Norman Dowling | 200000 · Accounts Payable | 17,500.00 |
| Bill Pmt -Check | 06/04/2015 | 6017 | Norman Dowling | 200000 · Accounts Payable | 17,500.00 |
| Bill Pmt -Check | 07/01/2015 | 6263 | Norman Dowling | 200000 · Accounts Payable | 17,500.00 |
| Bill Pmt -Check | 08/06/2015 | 6505 | Norman Dowling | 200000 · Accounts Payable | 17,500.00 |
| Bill Pmt -Check | 09/03/2015 | 6751 | Norman Dowling | 200000 · Accounts Payable | 17,500.00 |
| | | | | | 140,000.00 |
| | | | | | 1,111,889.36 |

EXHIBIT "A"

Attached to and made a part thereof that certain Assignment, Bill of Sale and Conveyance by and between Osage Exploration & Development, Inc ("Assignor") and Canyon Creek Energy II LLC ("Assginee") effective August 19th, 2015.

| DATE | LESSOR | LESSEE | LEGAL | S | T | R | BOOK/PAGE |
|------|--------|--------|-------|---|---|---|-----------|
| September 14, 2011 | Don E. Long, a married person dealing in his sole and separate property | Sendero Land Company, LLC | Lot 1 (40.10 acres), Lot 2 (40.32 acres), S/2NE/4 & SE/4 | 1 | 2N | 8E | 780/359 |
| September 14, 2011 | David E. Kellogg and Jan Kellogg, husband and wife | Sendero Land Company, LLC | West 20.92 acres of Lot 3 (41.85 acres), Lot 4 (41.82 acres) & S/2NW/4 | 4 | 2N | 8E | 780/686 |
| September 14, 2011 | Margaret K. Sandstrom and Earl Sandstrom, wife and husband | Sendero Land Company, LLC | West 20.92 acres of Lot 3 (41.85 acres) Lot 4 (41.82 acres) & S/2NW/4 | 4 | 2N | 8E | 780/380 |
| September 14, 2011 | Elizabeth K. Hone, a single person | Sendero Land Company, LLC | The West 20.22 acres of Lot 3 (40.47 acres) & Lot 4 (40.42acres) & SW/4NW/4 & W/2SE/4NW/4 | 4 | 2N | 8E | 780/399 |
| September 16, 2011 | Betty Jo Bowles and Otis R. Bowles, wife and husband | Sendero Land Company, LLC | Lot 1 (41.79 acres), North 21.77 acres of Lot 2 (41.77 acres) and SE/4 NE/4 | 5 | 2N | 8E | 782/7 |
| September 16, 2011 | James W. Howard, a married man dealing in his sole and separate property | Sendero Land Company, LLC | Lot 1 (41.79 acres), North 21.77 acres of Lot 2 (41.77 acres) and SE/4 NE/4 | 5 | 2N | 8E | 780/642 |
| September 16, 2011 | Steven D. Howard, a married man dealing in his sole and separate property | Sendero Land Company, LLC | Lot 1 (41.79 acres), North 21.77 acres of Lot 2 (41.77 acres) and SE/4 NE/4 | 5 | 2N | 8E | 780/670 |
| September 16, 2011 | Kay Howard Moore, a married woman dealing in her sole and separate property | Sendero Land Company, LLC | Lot 1 (41.79 acres), North 21.77 acres of Lot 2 (41.77 acres) and SE/4 NE/4 | 5 | 2N | 8E | 780/615 |
| September 16, 2011 | Dona Howard Brooks, a married woman dealing in her sole and separate property | Sendero Land Company, LLC | Lot 1 (41.79 acres), North 21.77 acres of Lot 2 (41.77 acres) and SE/4 NE/4 | 5 | 2N | 8E | 780/666 |
| September 22, 2011 | Betty Jo Bowles and Otis R. Bowles, wife and husband | Sendero Land Company, LLC | The NW 10.95 acres of Lot 1 (41.92 acres), Lot 2 (41.89 acres), the East 20.93 acres of Lot 3 (40.92 acres), SW/4NE/4 & the South 20 acres of Lot 1 (41.92 acres), NE/4SE/4 & SE/4NE/4 | 4 | 2N | 8E | 780/396 |
| September 26, 2011 | Dona Howard Brooks, a married person dealing in her sole and separate property | Sendero Land Company, LLC | The NW 10.95 acres of Lot 1 (41.92 acres) Lot 2 (41.89 acres), the east 20.93 acres of Lot 3 (40.92 acres), SW/4NE/4, the South 20 acres of Lot 1 (41.92 acres), NE/4SE/4, SE/4NE/4, SE/4SE/4 & W/2SE/4 | 4 | 2N | 8E | 780/393 |
| September 26, 2011 | James W. Howard, a married person dealing in his sole and separate property | Sendero Land Company, LLC | The NW 10.95 acres of Lot 1 (41.92 acres) Lot 2 (41.89 acres), the east 20.93 acres of Lot 3 (40.92 acres), SW/4NE/4, the South 20 acres of Lot 1 (41.92 acres), NE/4SE/4, SE/4NE/4, SE/4SE/4 & W/2SE/4 | 4 | 2N | 8E | 780/390 |
| September 26, 2011 | Steven D. Howard, a married person dealing in his sole and separate property | Sendero Land Company, LLC | The NW 10.95 acres of Lot 1 (41.92 acres) Lot 2 (41.89 acres), the east 20.93 acres of Lot 3 (40.92 acres), SW/4NE/4, the South 20 acres of Lot 1 (41.92 acres), NE/4SE/4, SE/4NE/4, SE/4SE/4 & W/2SE/4 | 4 | 2N | 8E | 780/622 |
| September 26, 2011 | Kay Howard Moore, a married person dealing in her sole and separate property | Sendero Land Company, LLC | The NW 10.95 acres of Lot 1 (41.92 acres) Lot 2 (41.89 acres), the East 20.93 acres of Lot 3 (40.92 acres), SW/4NE/4, the South 20 acres of Lot 1 (41.92 acres), NE/4SE/4, SE/4NE/4, SE/4SE/4 & W/2SE/4 | 4 | 2N | 8E | 780/377 |
| October 3, 2011 | John R. Jolly and Carol Jolly, husband and wife | Sendero Land Company, LLC | The NW 10.97 acres of Lot 1 (41.92 acres) | 4 | 2N | 8E | 780/383 |

| Date | Grantor | Grantee | Legal Description | Sec | Twp | Rng | Book/Page |
|---|---|---|---|---|---|---|---|
| October 6, 2011 | The Teague Family Revocable Trust Agreement dated October 7, 2005 | Sendero Land Company, LLC | E/2SE/4, E/2W/2SE/4 & W/2SW/4SE/4 | 33 | 2N | 8E | |
| October 11, 2011 | Jon Lewis Akin and Marilyn Francis Akin, husband and wife | Sendero Land Company, LLC | Lot 1 (40.55 acres), Lot 2 (40.45 acres), East 20.45 acres of Lot 3 (40.47 acres), S/2 NE/4 and E/2 SE/4 NW/4 | 4 | 1N | 8E | 778/179 |
| October 11, 2011 | Michael M. Akin, a single person | Sendero Land Company, LLC | Lot 1 (40.55 acres), Lot 2 (40.45 acres), East 20.45 acres of Lot 3 (40.47 acres), S/2 NE/4 and E/2 SE/4 NW/4 | 4 | 1N | 8E | 779/270 |
| October 11, 2011 | Jane Sanders aka Jane Sanders Galt, a widow | Sendero Land Company, LLC | The West 20.22 acres of Lot 3 (40.47 acres) & Lot 4 (40.42acres) & SW/4NW/4 & W/2SE/4NW/4 | 4 | 1N | 8E | 778/836 |
| October 11, 2011 | The Halley Joint Revocable Trust dated August 30, 1996, C.J. Halley, Jr., Trustee | Sendero Land Company, LLC | The West 20.22 acres of Lot 3 (40.47 acres) & Lot 4 (40.42acres) & SW/4NW/4 & W/2SE/4NW/4 | 4 | 1N | 8E | 778/196 |
| October 12, 2011 | Virgle Garrett aka Virgle E. Garrett, a widow | Sendero Land Company, LLC | N/2 SE/4 & SW/4 SE/4 | 4 | 1N | 8E | 778/196 |
| October 12, 2011 | The Herman Ellis and Bessie Lou Bills Trust of 1991, Herman Ellis Bills and Bessie Lou Bills, Trustees | Sendero Land Company, LLC | E/2NE/4 | 10 | 1N | 8E | 779/281 |
| October 17, 2011 | BSJL, Ltd., a Texas Limited Partnership | Sendero Land Company, LLC | The West 20.22 acres of Lot 3 (40.47 acres) & Lot 4 (40.42acres) & SW/4NW/4 & W/2SE/4NW/4 | 4 | 1N | 8E | 778/192 |
| October 18, 2011 | The Miller Family Trust, Marjorie Ann Miller and Martin Miller, Trustees | Sendero Land Company, LLC | The West 20.22 acres of Lot 3 (40.47 acres) & Lot 4 (40.42acres) & SW/4NW/4 & W/2SE/4NW/4 | 4 | 1N | 8E | 778/200 |
| October 19, 2011 | Marilyn Wint, a married person dealing in her sole and separate property | Sendero Land Company, LLC | The West 20.22 acres of Lot 3 (40.47 acres) & Lot 4 (40.42acres) & SW/4NW/4 & W/2SE/4NW/4 | 4 | 1N | 8E | 778/832 |
| October 19, 2011 | Peggy Joyce Nadolski, a widow | Sendero Land Company, LLC | The West 20.22 acres of Lot 3 (40.47 acres) & Lot 4 (40.42acres) & SW/4NW/4 & W/2SE/4NW/4 | 4 | 1N | 8E | 779/285 781/402 |
| October 19, 2011 | The Billy Wayne Gorman Familty Investment Limited Partnership | Sendero Land Company, LLC | SE/4, S/2SW/4NE/4, SE/4NW/4, NE/4SW/4, N/2SE/4SW/4, SE/4SE/4SW/4, W/2SE/4NE/4 & S/2SW/4NW/4 | 6 | 2N | 8E | 781/406 |
| October 19, 2011 | The Green Family Trust created under instrument dated April 3, 1992, Joseph M. Green and Erma Dean Green, Trustees | Sendero Land Company, LLC | SE/4, S/2SW/4NE/4, SE/4NW/4, NE/4SW/4, N/2SE/4SW/4, SE/4SE/4SW/4 & S/2SW/4NW/4 | 6 | 2N | 8E | |
| October 20, 2011 | Marlene LeGrande fka Marlene Eloise Pansze, a marrier person dealing in her sole and separate property | Sendero Land Company, LLC | E/2SE/4, E/2W/2SE/4 & W/2SW/4SE/4 | 33 | 2N | 8E | |
| October 20, 2011 | Marilyn Louise Cotner, a married person dealing in her sole and separate property | Sendero Land Company, LLC | E/2SE/4, E/2W/2SE/4 & W/2SW/4SE/4 | 33 | 2N | 8E | |
| October 21, 2011 | Diane Darrough, a single person | Sendero Land Company, LLC | SW/4SW/4 & Lot 8 | 10 | 1N | 8E | 779/277 |
| October 21, 2011 | John Mark Goode, Jr., a single person | Sendero Land Company, LLC | Lot 1 (40.10 acres), Lot 2 (40.32 acres), S/2NE/4 & SE/4 | 1 | 2N | 8E | 780/363 |
| October 21, 2011 | Jan Marie Goode, a single person | Sendero Land Company, LLC | Lot 1 (40.10 acres), Lot 2 (40.32 acres), S/2NE/4 & SE/4 | 1 | 2N | 8E | 780/334 781/429 |
| October 27, 2011 | Lura King fka Lura K. Horn, a singe person | Sendero Land Company, LLC | Lot 3 (19.40 acres), Lot 4 (19.43 acres), NW/4SE/4 & SW/4SE/4 | 27 | 2N | 8E | 781/369 |
| November 1, 2011 | Ramsey Family Investments, LLC, an Oklahoma limited liability company | Sendero Land Company, LLC | NW/4, W/2NE/4, SE/4NE/4, NW/4SW/4, N/2NE/4SW/4, NW/4SE/4, W/2NE/4SE/4, W/2SE/4SE/4, SE/4SE/4SE/4 & SW/4SE/4 | 7 | 2N | 8E | 781/433 |
| November 1, 2011 | Ramsey Family Investments, LLC, an Oklahoma limited liability company | Sendero Land Company, LLC | W/2SW/4NE/4, E/2SW/4NE/4, SW/4SE/4NE/4, E/2NW/4, W/2SW/4, SW/4NW/4, NE/4SW/4, SE/4SW/4 & W/2SW/4SE/4 | 8 | 2N | 8E | |

| Date | Grantor | Grantee | Legal Description | Sec | Twp | Rng | Book/Page |
|------|---------|---------|------------------|-----|-----|-----|-----------|
| November 3, 2011 | Margaret E. Pratt fka Margaret Evert Wasson, a married person dealing in her sole and separate property | Sendero Land Company, LLC | NE/4SW/4, N/2SE/4SW/4, SE/4NW/4 & S/2SE/4SW/4 | 9 | 2N | 8E | 782/13<br>781/413 |
| November 9, 2011 | The Calder Family Trust dated September 2, 1999, and restarted on April 1, 2008, Scott F. Calder and Jane B. Calder, Trustees | Sendero Land Company, LLC | NE/4SW/4, N/2SE/4SW/4, SE/4NW/4 & S/2SE/4SW/4 | 9 | 2N | 8E | |
| November 8, 2011 | The Margaret Ann Stone Family Trust dated October 19, 2010, Margaret Ann Stone, Trustee | Sendero Land Company, LLC | NE/4NW/4SW/4 | 17 | 2N | 8E | 782/105 |
| November 8, 2011 | The Margaret Ann Stone Family Trust dated October 19, 2010, Margaret Ann Stone, Trustee | Sendero Land Company, LLC | Lot 8 (19.91 acres), SW/4SW/4 & S/2NW/4SW/4 | 27 | 2N | 8E | 781/377 |
| November 8, 2011 | The Margaret Ann Stone Family Trust dated October 19, 2010, Margaret Ann Stone, Trustee | Sendero Land Company, LLC | E/2SW/4, W/2SE/4, SE/4NW/4, W/2SW/4NE/4, S/2NE/4SE/4 & SE/4SE/4 | 28 | 2N | 8E | 782/82 |
| November 8, 2011 | Yorba Oil Company, LTD, a California limited partnership | Sendero Land Company, LLC | NE/4SE/4, SE/4NE/4, SW/4NE/4,E/2SE/4NW/4, NW/4SE/4 & W/2 NW/4 | 33 | 2N | 8E | |
| November 14, 2011 | MEOR Whitney Company, LLC | Sendero Land Company, LLC | NE/4SE/4, SE/4NE/4, SW/4NE/4,E/2SE/4NW/4, NW/4SE/4 & W/2 NW/4 | 16 | 2N | 8E | 781/441 |
| November 14, 2011 | Martin James Stone and Joleen B. Stone, husband and wife | Sendero Land Company, LLC | NE/4NW/4SW/4 | 17 | 2N | 8E | 782/102 |
| November 14, 2011 | Martin James Stone and Joleen B. Stone, husband and wife | Sendero Land Company, LLC | Lot 8, SW/4SW/4&S/2NW/4SW/4 | 27 | 2N | 8E | 781/381 |
| November 14, 2011 | Martin James Stone and Joleen B. Stone, husband and wife | Sendero Land Company, LLC | E/2SW/4, S/2SE/4, SE/4NW/4,<br>W/2SW/4NE/4,S/2NE/4SE/4&SE/4SE/4 | 28 | 2N | 8E | 783/63<br>781/450 |
| November 15, 2011 | Dorothy Jane Hesse Weisbrod, married and dealing in her sole and separate property | Sendero Land Company, LLC | NE/4SW/4, N/2SE/4SW/4, SE4/NW/4 & S/2SE4SW/4 | 9 | 2N | 8E | |
| November 15, 2011 | Bernard Bernard Hesse, V, a single person | Sendero Land Company, LLC | NE/4SW/4, N/2SE/4SW/4, SE4/NW/4 & S/2SE4SW/4 | 9 | 2N | 8E | 780/692 |
| November 17, 2011 | Ramsey Family Investments, LLC, an Oklahoma limited liability company | Sendero Land Company, LLC | NW/4NE/4, NE/4NW/4, S/2SE/4NW/4 | 16 | 2N | 8E | 782/79 |
| November 17, 2011 | Glenn W. Elkins and Helen G. Elkins, husband and wife | Sendero Land Company, LLC | W/2E/2NW/4, NE/4NW/4SE/4, W/2NW/4SE/4, SW/4SE/4,<br>S/2SW/4 & NE/4SW/4 | 19 | 2N | 8E | 782/95 |
| November 17, 2011 | Richard V. Simon and Lois L. Simon, husband and wife | Sendero Land Company, LLC | S/2NW/4 & S/2N/2NW/4 | 21 | 2N | 8E | 781/478 |
| November 18, 2011 | The Jerry Wayne Speer Living Trust, Jerry Wayne Speer, Trustee | Sendero Land Company, LLC | SW/4NW/4 & The South 5.16 acres of Lot 5 & Lot 6 | 10 | 1N | 8E | 778/846<br>780/337 |
| November 18, 2011 | The Jerry Wayne Speer Living Trust, Jerry Wayne Speer, Trustee | Sendero Land Company, LLC | Lot 1,2, S/2 NE/4 & SE/4 | 1 | 2N | 8E | |
| November 18, 2011 | The Jerry Wayne Speer Living Trust, Jerry Wayne Speer, Trustee | Sendero Land Company, LLC | South 20 acres of Lot 3, the South 20 acres of Lot 4, SW/4NW/4, S/2SE/4NW/4 & NE/4SE/4NW/4 | 2 | 2N | 8E | 780/403 |
| November 18, 2011 | The Jerry Wayne Speer Living Trust, Jerry Wayne Speer, Trustee | Sendero Land Company, LLC | NE/4, E/2SW/4 & N/2SE/4 | 12 | 2N | 8E | 781/457<br>781/416 |
| November 18, 2011 | The Jerry Wayne Speer Living Trust, Jerry Wayne Speer, Trustee | Sendero Land Company, LLC | NE/4NE/4 & SW/4 | 16 | 2N | 8E | |
| November 18, 2011 | Mitchell Clay Stone, a single person | Sendero Land Company, LLC | NE/4NW/4SW/4 | 17 | 2N | 8E | 782/99 |
| November 18, 2011 | Mitchell Clay Stone, a single person | Sendero Land Company, LLC | Lot 8, SW/4SW/4&S/2NW/4SW/4 | 27 | 2N | 8E | 783/463<br>782/874 |
| November 18, 2011 | The Jerry Wayne Speer Living Trust, Jerry Wayne Speer, Trustee | Sendero Land Company, LLC | SE/4NE/4 & NE/4NE/4NE/4 | 27 | 2N | 8E | |
| November 18, 2011 | Mithcell Clay Stone, a single person | Sendero Land Company, LLC | E/2SW/4, S/2SE/4, SE/4NW/4,<br>W/2SW/4NE/4,S/2NE/4SE/4&SE/4SE/4 | 28 | 2N | 8E | 782/28 |

Attachment to SOFA Item 13.1        Schedule 13        Page 3 of 6

| Date | Grantor | Grantee | Description | Sec | Twp | Rng | Book/Page |
|---|---|---|---|---|---|---|---|
| | | | | | | | 782/31 |
| November 18, 2011 | The Jerry Wayne Speer Living Trust, Jerry Wayne Speer, Trustee | Sendero Land Company, LLC | NW/4NE/4 & W/2NE/4NE/4 | 28 | 2N | 8E | |
| | The Margaret Ann Stone Family Trust dated October 19, 2010, | | | | | | 784/296 |
| November 18, 2011 | Margaret Ann Stone, Trustee | Sendero Land Company, LLC | 25 acres in the SW/4NE/4 & N/2SE/4 | 30 | 2N | 8E | |
| November 18, 2011 | Mitchell Clay Stone, a single person | Sendero Land Company, LLC | 25 acres in the SW/4NE/4 & N/2SE/4 | 30 | 2N | 8E | 784/143 |
| November 18, 2011 | Martin James Stone and Joleen B. Stone, husband and wife | Sendero Land Company, LLC | 25 acres in the SW/4NE/4 & N/2SE/4 | 30 | 2N | 8E | 784/149 |
| | | | W/2E/2NW/4, NE/4NW/4SE/4, W/2NW/4SE/4, SW/4SE/4, | | | | 782/56 |
| November 21, 2011 | Glenn W. Elkins, Jr. and Dana L. Elkins, husband and wife | Sendero Land Company, LLC | S/2SW/4 & NE/4SW/4 | 19 | 2N | 8E | |
| | | | W/2E/2NW/4, NE/4NW/4SE/4, W/2NW/4SE/4, SW/4SE/4, | | | | 780/340 |
| November 21, 2011 | Kenneth W. Elkins and Karma Elkins, husband and wife | Sendero Land Company, LLC | S/2SW/4 & NE/4SW/4 | 19 | 2N | 8E | |
| November 21, 2011 | James A. Shane and Gayle Dawn Shane, husband and wife | Sendero Land Company, LLC | W/2NW/4 & NW/4SW/4 | 19 | 2N | 8E | 781/410 |
| | | | | | | | 781/388 |
| November 22, 2011 | Cynthia G. Davidson and Samuel M. Davidson, wife and husband | Sendero Land Company, LLC | NE/4NW/4SW/4 | 17 | 2N | 8E | |
| | | | | | | | 783/17 |
| November 22, 2011 | Cynthia G. Davidson and Samuel M. Davidson, wife and husband | Sendero Land Company, LLC | Lot 8, SW/4SW/4&S/2NW/4SW/4 | 27 | 2N | 8E | |
| | | | E/2SW/4, S/2SE/4, SE/4NW/4, | | | | 782/40 |
| November 22, 2011 | Cynthia G. Davidson and Samuel M. Davidson, wife and husband | Sendero Land Company, LLC | W/2SW/4NE/4,S/2NE/4SE/4&SE/4SE/4 | 28 | 2N | 8E | |
| November 28, 2011 | Trigg-C.M. Russel Foundation, Inc. | Sendero Land Company, LLC | W/2NW/4 & SW/2SE/4NW/4 | 17 | 2N | 8E | 781/385 |
| November 28, 2011 | Norman Scott Gibson and Myrla E. Gibson, husband and wife | Sendero Land Company, LLC | NE/4 NW/4 SW/4 | 17 | 2N | 8E | 781/899 |
| November 29, 2011 | Norma Ealy Patterson, a widow | Sendero Land Company, LLC | E/2E/2SE/4 | 8 | 2N | 8E | 780/698 |
| November 29, 2011 | E. Dwayne Ealy and Diane Ealy, husband and wife | Sendero Land Company, LLC | E/2E/2SE/4 | 8 | 2N | 8E | 782/60 |
| November 29, 2011 | Norma Ealy Patterson, a widow | Sendero Land Company, LLC | NW/4SW/4NW/4 | 9 | 2N | 8E | 780/695 |
| November 29, 2011 | E. Dwayne Ealy and Diane Ealy, husband and wife | Sendero Land Company, LLC | NW/4SW/4NW/4 | 9 | 2N | 8E | 782/10 |
| November 29, 2011 | Mary B. Gibson, a widow | Sendero Land Company, LLC | NE/4NW/4SW/4 | 17 | 2N | 8E | 782/70 |
| November 29, 2011 | Sue Elliott Powell and Ben F. Powell, wife and husband | Sendero Land Company, LLC | NE/4NW/4SW/4 | 17 | 2N | 8E | 782/67 |
| November 29, 2011 | Nancy Elliott Clark, a single person | Sendero Land Company, LLC | NE/4 NW/4 SW/4 | 17 | 2N | 8E | 782/64 |
| November 29, 2011 | Mary B. Gibson, a widow | Sendero Land Company, LLC | Lot 8, SW/4SW/4&S/2NW/4SW/4 | 27 | 2N | 8E | 782/137 |
| November 29, 2011 | Norman Scott Gibson and Myrla E. Gibson, husband and wife | Sendero Land Company, LLC | Lot 8, SW/4SW/4&S/2NW/4SW/4 | 27 | 2N | 8E | 783/72 |
| November 29, 2011 | Nancy Elliott Clark, a single person | Sendero Land Company, LLC | Lot 8, SW/4SW/4&S/2NW/4SW/4 | 27 | 2N | 8E | 783/35 |
| November 29, 2011 | Sue Elliott Powell and Ben F. Powell, wife and husband | Sendero Land Company, LLC | Lot 8, SW/4SW/4&S/2NW/4SW/4 | 27 | 2N | 8E | 783/51 |
| November 29, 2011 | Mary B. Gibson, a widow | Sendero Land Company, LLC | S/2NE/4, SE/4NW/4,E/2SW/4 & SE/4 | 28 | 2N | 8E | 783/467 |
| | | | E/2SW/4, S/2SE/4, SE/4NW/4, | | | | 783/31 |
| November 29, 2011 | Norman Scott Gibson and Myrla E. Gibson, husband and wife | Sendero Land Company, LLC | W/2SW/4NE/4,S/2NE/4SE/4&SE/4SE/4 | 28 | 2N | 8E | |
| | | | E/2SW/4, S/2SE/4, SE/4NW/4, | | | | 783/444 |
| November 29, 2011 | Sue Elliott Powell and Ben F. Powell, wife and husband | Sendero Land Company, LLC | W/2SW/4NE/4,S/2NE/4SE/4&SE/4SE/4 | 28 | 2N | 8E | |
| | | | E/2SW/4, S/2SE/4, SE/4NW/4, | | | | 783/27 |
| November 29, 2011 | Nancy Elliott Clark, a single person | Sendero Land Company, LLC | W/2SW/4NE/4,S/2NE/4SE/4&SE/4SE/4 | 28 | 2N | 8E | |
| November 30, 2011 | Margaret Jane Shoemake, a single person | Sendero Land Company, LLC | NE/4NW/4SW/4 | 17 | 2N | 8E | 782/49 |
| November 30, 2011 | James D. Greenlee and Gloria L. Greenlee, husband and wife | Sendero Land Company, LLC | NE/4 NW/4 SW/4 | 17 | 2N | 8E | 782/25 |
| November 30, 2011 | James D. Greenlee and Gloria L. Greenlee, husband and wife | Sendero Land Company, LLC | Lot 8, SW/4SW/4&S/2NW/4SW/4 | 27 | 2N | 8E | 783/87 |
| November 30, 2011 | Margaret Jane Shoemake, a single person | Sendero Land Company, LLC | Lot 8, SW/4SW/4&S/2NW/4SW/4 | 27 | 2N | 8E | 783/24 |
| | | | E/2SW/4, S/2SE/4, SE/4NW/4, | | | | 782/882 |
| November 30, 2011 | James D. Greenlee and Gloria L. Greenlee, husband and wife | Sendero Land Company, LLC | W/2SW/4NE/4,S/2NE/4SE/4&SE/4SE/4 | 28 | 2N | 8E | |

| Date | Assignor | Assignee / Description | Sec | Twp | Rng | Book/Page |
|---|---|---|---|---|---|---|
| | | E/2SW/4, S/2SE/4, SE/4NW/4, | | | | 783/43 |
| November 30, 2011 | Margaret Jane Shoemake, a single person | Sendero Land Company, LLC  W/2SW/4NE/4,S/2NE/4SE/4&SE/4SF/4 | 28 | 2N | 8E | |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I SW/4NE/4 & SW/4SE/4NE/4 & SE/4 | 5 | 1N | 9E | 811/848 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I Lots 5(a/d/a E/2NE/4SW/4) & Lot 6 (a/d/a E/2SE/4SW/4) | 3 | 2N | 8E | 811/806 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I SW/4NE/4 | 4 | 2N | 8E | 811/809 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I SE/4NE/4 & S/2SW/4NE/4 & W/2SE/4 & NE/4SE/4 | 9 | 2N | 8E | 811/811 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I Lots 1,6,7 & SW/4NW/4 & NW/4SW/4 | 10 | 2N | 8E | 811/815 |
| | | NE/4SE/4 & W/2NW/4NE/4 & E/2W/2NW/4 & | | | | 811/815 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I SW/4SW/4NW/4 | 11 | 2N | 8E | |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I S/2NW/4 & W/2SW/4 less and except the RROW | 12 | 2N | 8E | 811/821 |
| | | | | | | 811/824 |
| | | SW/4NW/4 & NW/4SW/4 & Lots 1,2,3,6,7,8 & S/2N/2SE/4 & | | | | |
| | | NE/4SW/4 & NW/4NW/4SE/4&N/2S/2SE/4 & | | | | |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I SE/4SE/4NE/4&SW/4NW/4NE/4&NE/4NE/4&SW/4SW/4 | 15 | 2N | 8E | |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I SE/4 & S/2ne/4 & E/2SE/4NW/4 & W/2NW/4 | 16 | 2N | 8E | 811/827 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I E/2SE/4NE/4 | 17 | 2N | 8E | 811/830 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I N/2SW/4 | 21 | 2N | 8E | 811/833 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I W/2SW/4 & SW/4NW/4 | 28 | 2N | 8E | 811/836 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I SE/4SE/4 & E/2SE/4NE/4 & SW/4SE/4NE/4 | 29 | 2N | 8E | 811/839 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I E/2NW/4SE/4 & NE/4SE/4 & S/2SE/4 | 33 | 2N | 8E | 811/842 |
| July 17, 2014 | Mekusukey Oil Company, LLC | Osage Exploration & Development, I Lots 7 8 8 & W/2SW/4 | 34 | 2N | 8E | 811/845 |
| | | Lots 1, 2, 3 and 4; S/2 NE/4, less and except the Wapanucka | | | | 766/577 |
| April 27, 2012 | Commissioners of the Land Office of the State of Oklahoma | Osage Exploration & Development, I formation | 3 | 1N | 8E | |
| | | Lot 5; North 9.64 acres of Lot 6; SE/4, less and except the | | | | 766/574 |
| April 27, 2012 | Commissioners of the Land Office of the State of Oklahoma | Osage Exploration & Development, I Wapanucka formation | 3 | 1N | 8E | |

*** Assignor hereby excepts and reserves all right, title and interest in and to the Hockett #1-3 Wellbore located SE/4 Section 3-1N-8E, Coal County, Oklahoma

## EXHIBIT "B"

Attached to and made a part thereof that certain Assignment, Bill of Sale and Conveyance by and between Osage Exploration & Development, Inc ("Assignor") and Canyon Creek Energy II LLC ("Assignee") made effective August 19th, 2015

All Ownership Reports, Title Opinions, Run Sheets, Digital Images, and any other files or information relating to the mineral and surface ownership of the following sections, as available.

    1-2N-8E

    2-2N-8E

    3-2N-8E

    4-2N-8E

    5-2N-8E

    6-2N-8E

    7-2N-8E

    8-2N-8E

    9-2N-8E

    10-2N-8E

    12-2N-8E

    17-2N-8E

    19-2N-8E

Schedule 13

Attachment to SOFA Item 13.1