**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | ) ) ) Chapter 11 ) |
| OSAGE EXPLORATION AND DEVELOPMENT, INC., | ) ) Case No. 16-10308 ) ) |
| Debtor. | ) ) |

**<u>AUCTION RECORD</u>**

Pursuant to the Order entered by the United States Bankruptcy Court for the Western District of Oklahoma (the "<u>Court</u>") on March 9, 2016 (the "<u>Bidding Procedures Order</u>"), the Auction described in Paragraph F of Exhibit 1 (the "<u>Bidding Procedures</u>") was conducted on March 24, 2016, at the offices of Crowe & Dunlevy, 324 North Robinson Avenue, Oklahoma City, Oklahoma 73102.

**A.   The Bidders:**

The following Qualified Bidders attended the Auction:

**Special Energy Corporation**

By: _____[signature]_____              _Jim Eden, Jr._
    Signature                          Print Signature

**Red Bluff Resources Operating, LLC**

By: _____[signature]_____              _Brian Exline_
    Signature                          Print Signature

**Black Oak Energy, LLC**

By: _____[signature]_____              _Buddie E. Livingston II_
    Signature                          Print Signature

**EXHIBIT 1**

**GonGalt, LLC**

By: _____       _Patrick B. Cobb_
    Signature                                     Print Signature

**U S Energy Development Corporation**

By: _____       _Stephen W. Elliott_
    Signature                                     Print Signature

**Omimex Resources, Inc.**

                  _withdrew –_

By: _____       _____
    Signature                                     Print Signature

**American Energy Woodford, LLC**

By: _____       _Robert M. Portman_
    Signature                                     Print Signature

Representations of Bidders:

By signing this document, each of the Qualified Bidders above hereby affirm:

1. Each Qualified Bidder confirms that it has not engaged in any collusion with respect to the bidding or the Sale.

2. The person signing above is authorized to bid on behalf of the respective entity associated with the signature.

End of Representations.

**B.     The Auction:**

1. The Auction started at  1:00 o'clock p.m. and ended at 2:26 o'clock p.m.
2. The Winning Bidder is Red Bluff Resources Operating, LLC

in the amount of $ 8,400,000.00

3. The Next Highest Bidder is Black Oak Energy, LLC

in the amount of $ 8,350,000.00

The above is a correct record of the Auction.

Dated this 24 day of March, 2016.

_____
Mark A. Craige, OBA No. 1992
**CROWE & DUNLEVY, P.C.**
324 North Robinson, Suite 100
Oklahoma City, Oklahoma 73102
**Attorneys for Debtor in Possession**

The Winning Bidder:

By: _____       Brian Exline
      Signature                    Print Signature

On behalf of Red Bluff Resources Operating LLC

The Next Highest Bidder:

By: _____       Buddie E. Livingston II
      Signature                    Print Signature

On behalf of Black Oak Energy, LLC

Agreed and Approved:

_____
Steven W. Bugg, OBA No. 1299
**McAfee & Taft, P.C.**
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
**Attorney for Apollo Investment Corporation**

_____
Elizabeth F. Cooper, OBA No. 31026
**GABLE GOTWALS**
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, Oklahoma 73102
**Counsel to the Official Unsecured Creditors' Committee**