**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In Re: ) | |
| ) | **Case No. 16-10308** |
| **Osage Exploration and Development, Inc.** ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |

**CERTIFICATE OF SERVICE**

The undersigned states that on the 15th day of April, 2016, he caused Copy-Scan & More to send by regular first class U.S. Mail a true and correct copy of the following documents to the parties on the attached Exhibit "1":

1. Notice of Amendment to Budget under Final Order Authorizing Limited Use of Cash Collateral, Obtaining Post-Petition Credit Secured by Senior Liens, and Granting Adequate Protection to Existing Lienholders filed April 14, 2016 [Docket No. 238] served by the CM/ECF system on date of filing on all parties listed on the attached Exhibit "2".

Respectfully Submitted,

_/s/Mark A. Craige_____
**Mark A. Craige**, OBA No. 1992
**Michael R. Pacewicz**, OBA No. 18794

of the firm

**Crowe & Dunlevy, P.C.**
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma 74103-3313
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
mark.craige@crowedunlevy.com
michael.pacewicz@crowedunlevy.com

and

1

William H. Hoch, OBA No. 15788
John Paul K. Napier, SBT No. 24070314
Crowe & Dunlevy, P.C.
324 North Robinson, Suite 100
Oklahoma City, Oklahoma 73102
405.235.7700 Telephone Number
405.239.6651 Facsimile Number
Will.hoch@crowedunlevy.com
john.napier@crowedunlevy.com

*Attorneys for Debtors in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| **OSAGE EXPLORATION AND** | ) Case No. 16-10308 |
| **DEVELOPMENT, INC.,** | ) Chapter 11 |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

Copy-Scan & More, LLC certifies that the document:

### Document 238

**NOTICE OF AMENDMENT TO BUDGET UNDER FINAL ORDER AUTHORIZING LIMITED USE OF CASH COLLATERAL, OBTAINING POST-PETITION CREDIT SECURED BY SENIOR LIENS, AND GRANTING ADEQUATE PROTECTION TO EXISTING LIENHOLDERS**

Were properly delivered to the Tulsa Postal Service before the close of day on the date below and verified by the following:

By: _____
       Jim Daxon

Date: April 15, 2016

Copy-Scan & More Ref: 31744

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) ) ) Case No. 16-10308-SAH |
| OSAGE EXPLORATION AND DEVELOPMENT, INC. | ) ) ) Chapter 11 |
| Debtors. | ) ) ) |

# NOTICE OF AMENDMENT TO BUDGET UNDER FINAL ORDER AUTHORIZING LIMITED USE OF CASH COLLATERAL, OBTAINING POST-PETITION CREDIT SECURED BY SENIOR LIENS, AND GRANTING ADEQUATE PROTECTION TO EXISTING LIENHOLDERS

Debtor and debtor-in-possession Osage Exploration and Development, Inc. ("Debtor") and Apollo Investment Corporation ("Apollo") hereby notify the Court and parties-in-interest that the amount allocated for attorneys' fees for the Official Committee of Unsecured Creditors (the "Committee") set forth in the budget attached to the Final Order Authorizing Limited use of Cash Collateral, Obtaining Post-Petition Credit Secured by Senior Liens, and Granting Adequate Protection to Existing Lienholders (the "Final DIP Order") (Dkt 137) has been increased by agreement of the parties from $75,000 to $115,000 and that Apollo has agreed to waive the limitation in paragraph 51 of the Final DIP Order that not more than $10,000 of costs and attorneys' fees of the Committee may be spent for reviewing the pre-petition liens, security interests and claims of Apollo. Except as set forth above, no other amendments of the budget have been made with respect to the attorneys' fees and expenses of the Committee. The Debtor will increase the amount reserved in the Professional Fee Escrow allocated to the attorneys' fees

| | | |
|---|---|---|
| AAA FIBERGLASS REPAIR<br>10519 S SUNNYLANE<br>OKLAHOMA CITY OK 73160 | BULL DIRECTIONAL DRLG SPEC LTD<br>10314 HWY 191<br>MIDLAND TX 79707 | FLINT ENERGY SERVICES INC.<br>7633 E 63RD. PLACE SUITE 500<br>TULSA OK 74133 |
| ACIDIZING & CEMENTING SVCS<br>PO BOX 751<br>CRESCENT OK 73028 | CANARY DRLG SERVICES<br>PO BOX 670257<br>DALLAS TX 75267-0257 | GRACO OILFIELD SERVICES<br>5300 TOWN & COUNTRY, SUITE 2<br>FRISCO TX 75034 |
| AMBROSE CONSTR & ROUSTABOUT<br>PO BOX 189<br>PERKINS OK 74059 | CHARLES S. GLIDEWELL<br>ASST U S TRUSTEE<br>215 NW DEAN A MCGEE AVE ST 408<br>OKLAHOMA CITY OK 73102 | HAMM & PHILLIPS SVC CO<br>PO BOX 3907<br>ENID OK 73702 |
| APOLLO INVESTMENT CORP<br>9 W 57 TH STREET<br>NEW YORK NY 10019 | CHRISTOPHER A WARD<br>222 DELAWARE AVE STE 1101<br>WILMINGTON DE 19801 | HORIZON MUD CO.<br>REP: LUKE BLACKWELL<br>C/O HEATHER JOBE<br>3232 MCKINNEY AVE STE 1400<br>DALLAS TX 75204 |
| APPS, INC., REPR: HAROLD POAGE<br>C/O MICHAEL CLARK<br>DEBEE GILCHRIST<br>1200 NW 63RD ST STE 5000<br>OKLAHOMA CITY OK 73016 | COMM OF THE LAND OFC<br>120 N ROBINSON STE 1000W<br>OKLAHOMA CITY OK 73102 | HORIZON MUD COMPANY<br>PO BOX 677037<br>DALLAS TX 75267-7037 |
| APSS INC.<br>PO BOX 850680<br>YUKON OK 73085 | DIAMOND GYPSUM<br>PO BOX 622<br>OKARCHE OK 73762 | INTERNAL REVENUE SERVICE<br>ATTY GEN OF THE US<br>10TH & CONSTITUTIONAL AVE N<br>WASHINGTON DC 20530 |
| BASIC ENERGY SERVICES<br>PO BOX 841903<br>DALLAS TX 75284-1903 | DIAMOND OIL FIELD SVC<br>PO BOX 850689<br>YUKON OK 73085 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPE<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| BECK OILFIELD SUPPLY INC.<br>WB SUPPLY<br>PO BOX 972856<br>DALLAS TX 75397-2856 | DRI OILFIELD SERVICES LLC<br>PO BOX 1293<br>HOUSTON TX 77251 | INTERNAL REVENUE SERVICE<br>DISTRICT DIRECTOR<br>CHIEF SPF STOP 5024<br>55 NO ROBINSON<br>OKLAHOMA CITY OK 73102 |
| BRICKMAN FAST LINE, INC.<br>PO BOX 203849<br>DALLAS TX 75320-3849 | ELYNX TECHNOLOGIES LLC<br>PO BOX 21228<br>TULSA OK 74121-1228 | INTERNAL REVENUE SERVICE<br>AUSTIN TX |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>55 N ROBINSON AVE<br>OKLAHOMA CITY OK 73102 | LANE'S MOTOR FREIGHT LINES<br>P.O. BOX 621<br>WOODWARD OK 73802 | OKLAHOMA CORP COMM<br>DISTRICT II<br>POB 1107<br>KINGFISHER OK 73750-1107 |
| J&J SOLUTIONS<br>6990 INDEPENDENCE<br>PERRY OK 73077 | LESLIE & ASSOCIATES PLLC<br>6212 E. 89TH STREET<br>TULSA OK 74137 | OKLAHOMA CORP COMM<br>POB 52000<br>OKLAHOMA CITY OK 73152-2000 |
| J2B CONSULTING LLC<br>1324 BIRCH ST<br>WEATHERFORD OK 73096 | MANHATTAN PIPELINE LLC<br>5601 S. 122ND AVE<br>TULSA OK 74146 | OKLAHOMA CORP COMM<br>JIM THORPE BUILDING<br>2101 N. LINCOLN BLVD<br>OKLAHOMA CITY OK 73105 |
| JACKSON ELECTRICAL CONSTR<br>PO BOX 660<br>WELLSTON OK 74881 | MIDCENTRAL COMPLETION SVCS<br>727 N. MORGAN ROAD<br>OKLAHOMA CITY OK 73127 | OKLAHOMA DEPT OF SEC<br>204 NO ROBINSON AVE STE 400<br>OKLAHOMA CITY OK 73102-7001 |
| JAMES E BIRD<br>900 W 48TH PL STE 900<br>KANSAS CITY MO 64112 | MIKE JORDAN COMPANY, LLC<br>6305 SOUTH CLIFF DRIVE<br>FORT SMITH AR 72903 | OKLAHOMA EMPL SEC COMM<br>P O BOX 53039<br>OKLAHOMA CITY OK 73152-3039 |
| JEFFREY DAVIS<br>GARDERE WYNNE SEWELL LLC<br>1000 LOUISIANA ST STE 2000<br>HOUSTON TX 77002 | MULTILIFT WELLBORE TECH LTD.<br>15 GOLDEN SQUARE<br>ABERDEENE UK | OKLAHOMA SECURITIES COMM<br>204 N ROBINSON AVE<br>SUITE 400<br>OKLAHOMA CITY OK 73102 |
| KARL M SIGWARTH<br>VINSON & ELKINS<br>TRAMMEL CROW BLDG<br>2001 ROSS AVE STE 3700<br>DALLAS TX 75201 | NABORS DRILLING USA, LP<br>PO BOX 973527<br>DALLAS TX 75397-3527 | OKLAHOMA TAX COMMISSION<br>PO BOX 26860<br>OKLAHOMA CITY OK 73126-0860 |
| KWICK RENTALS LLC<br>PO BOX 2111<br>WOODWARD OK 73802 | NEW PROSPECT COMPANY<br>PO BOX 470118<br>TULSA OK 74147 | PATRIOT CONSTRUCTION SVC<br>8301 HIGHWAY 105<br>GUTHRIE OK 73044 |
| L. JACKSON CONSTR SVCS<br>499 S. SANDY LANE<br>CHANDLER OK 74834 | OFC OF THE U S TRUSTEE<br>W D OF OKLAHOMA<br>215 NW DEAN A MCGEE AVE<br>SUITE 408<br>OKLAHOMA CITY OK 73102 | PAUL S BENCH JR<br>C/O SHAYNE BENCH<br>8023 SNOWY EGRET PL<br>BRADENTON FL 34202 |

Exhibit "1"
2 of 3

| | |
|---|---|
| PEAK OILFIELD SERVICES LLC<br>PO BOX 203997<br>DALLAS TX 75320-3997 | SMITH INTERNATIONAL, INC<br>PO BOX 732136<br>DALLAS TX 75373-2136 |
| PRECISION ENERGY SVCS<br>PO BOX 200698<br>DALLAS TX 75320-0698 | STEVEN M ABRAMOWITZ<br>ATTY AT LAW<br>666 FIFTH AVE 26TH FL<br>NEW YORK NY 10103-0040 |
| PREMIERE INC.<br>PO BOX. 4585<br>HOUSTON TX 77210-4585 | SUMMIT ESP, LLC<br>PO BOX 21468<br>TULSA OK 74121 |
| PROPETRO<br>PO BOX 204464<br>DALLAS TX 75320-4464 | SUNDANCE ENERGY INC.<br>13524 RAILWAY DR.<br>OKLAHOMA CITY OK 73114 |
| SCHLUMBERGER TECH CORP<br>PO BOX 732149<br>DALLAS TX 75373-2149 | UNITED STATES ATTORNEY<br>WESTERN DISTRICT OF OKLAHOMA<br>210 W. PARK AVENUE, SUITE 400<br>OKLAHOMA CITY OK 73102 |
| SECURITIES & EXCHANGE COMM<br>MIDWEST REGIONAL DIRECTOR<br>175 W JACKSON BLVD STE 900<br>CHICAGO IL 60604 | UNITED STATES ATTORNEY'S OFC<br>WESTERN DISTRICT OF OKLAHOMA<br>210 WEST PARK AVE<br>SUITE 400<br>OKLAHOMA CITY OK 73102 |
| SECURITIES EXCHANGE COMM<br>444 SOUTH FLOWER ST<br>SUITE 900<br>LOS ANGELES CA 90071 | VINSON & ELKINS LLP<br>PO BOX 301019<br>DALLAS TX 75303-1019 |
| SHEBESTER BECHTEL INC<br>REP: BRAD BECHTEL OR BOB BLUE<br>C/O MIKE BICKFORD<br>201 ROBERT S KERR AVE STE 1000<br>OKLAHOMA CITY OK 73102 | WB SUPPLY COMPANY<br>PO BOX 972856<br>DALLAS TX 75397-2856 |
| SHEBESTER-BECHTEL, INC.<br>PO BOX 311<br>BLACKWELL OK 74631 | WEATHERFORD US LP GEMOCO<br>PO BOX 301003<br>DALLAS TX 75303-1003 |

**The following attorneys have requested notice in this case and will receive such electronically via the Court's CM/ECF system. As such, they are not listed on the attached mailing label matrix:**

Larry Glenn Ball on behalf of Creditors El Dorado Corporation; JRG, LLC; KMR Energy Company; McNeill Oil and Gas, LLC; Ni Modo Energy LLC; RDJLP, LLC; Wagon Wheel, LLC, and Westar Oil and Gas, Inc.
lball@hallestill.com, gjohnson@hallestill.com

Steven W. Bugg on behalf of Creditor Apollo Investment Corporation
steven.bugg@mcafeetaft.com, stewart.snider@mcafeetaft.com

John D. Clayman on behalf of Creditor Summit ESP LLC
jclayman@fdlaw.com, rdudley@fdlaw.com

Jack S. Dawson & Patrick H Lane on behalf of Creditor Diamond Oil Field Services, Inc.
jdawson@millerdollarhide.com, plane@millerdollarhide.com, receptionist@millerdollarhide.com, chall@millerdollarhide.com, lking@millerdollarhide.com

Stephen W. Elliott on behalf of Interested Party U.S. Energy Development Corporation
swelliott@phillipsmurrah.com, mdmills@phillipsmurrah.com

Michael S Haynes & Marcus A Helt on behalf of Creditors Precision Energy Services, Inc.; Weatherford Artificial Lift Systems, LLC; Weatherford U.S., L.P.
mhaynes@gardere.com, koliver@gardere.com, jcharrison@gardere.com, mhelt@gardere.com, smccartin@gardere.com

Stephen J. Moriarty on behalf of Attorney Fellers Snider Blankenship Bailey & Tippens; Creditors Blake Arnold Working Interest Oil & Gas Properties, LLC.; CFE Partners LLC; CMO Energy Partners II, LP; Claude C. Arnold Working Interest Oil & Gas Properties, LLC; Endico, Inc.; Manor Oaks LLC; R. Scott Thompson Enterprises, LLC, Sundance Energy, Inc.
smoriarty@fellerssnider.com, tcozad@fellerssnider.com

Michael R Pacewicz on behalf of Debtor Osage Exploration and Development, Inc.
michael.pacewicz@crowedunlevy.com, tammy.shaddox@crowedunlevy.com, christina.smith@crowedunlevy.com

John T Richer & Steven W Soule on behalf of Creditor Sundance Energy, Inc.
jricher@hallestill.com, ssoule@hallestill.com, smccormick@hallestill.com
Charles Snyder on behalf of U.S. Trustee United States Trustee

Charles.Snyder on behalf of U. S. Trustee, United States Trustee
Charles.Snyder@usdoj.gov, Ustpregion20.oc.ecf@usdoj.gov

Exhibit 2
1 of 2

Marcus A Helt - PHV on behalf of Creditor Precision Energy Services, Inc,; Weatherford Artificial Lift Systems, LLC; Weatherford U.S., L.P.
mhelt@gardere.com

Patrick H Lane on behalf of Creditor Diamond Oil Field Services, Inc.
plane@millerdollarhide.com

E.W. (Bill) Shaw on behalf of Creditor Patriot Construction Services, Inc.
ews@mdpllc.com, md@mdpllc.com

Steven W. Soule on behalf of Creditor Sundance Energy, Inc.
ssoule@hallestill.com

United States Trustee
Ustpregion20.oc.ecf@usdoj.gov

John Napier on behalf of Debtor Osage Exploration and Development, Inc.
john.napier@crowedunlevy.com, ecf@crowedunlevy.com, karen.faulkner@crowedunlevy.com

Jared D .Giddens on behalf of Creditor Graco Fishing and Rental Tools, Inc.
jgiddens@cwlaw.com

Mark B. Toffoli on behalf of Creditor J&J Solutions, LLC
mtoffoli@andrewsdavis.com

W. David Pardue on behalf of Creditor Precision Energy Services, Inc., Creditor Weatherford Artificial Lift Systems, LLC, Creditor Weatherford U.S., L.P.
dpardue@andrewsdavis.com, dspitler@andrewsdavis.com

Craig Riffel on behalf of Creditor Kwick Rentals LLC
criffel@westoklaw.com

William H. Hoch on behalf of Debtor Osage Exploration and Development, Inc.
hochw@crowedunlevy, karen.martin@crowedunlevy, kerryann.wagoner@crowedunlevy.com, ecf@crowedunlevy.com, marlena.mendez@crowedunlevy.com

Elizabeth F Cooper on behalf of Creditor Committee Official Unsecured Creditors' Committee
ecooper@gablelaw.com, sreynolds@gablelaw.com

John E. Howland on behalf of Creditor Cleveland Petroleum Products, Inc
johnh@rfrlaw.com, judybrown@rfrlaw.com

G. Blaine Schwabe, III on behalf of Creditor Committee Official Unsecured Creditors' Committee
gschwabe@gablelaw.com, pedmonds@gablelaw.com

Exhibit 2
2 of 2