IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| Osage Exploration and Development, Inc., ) | Case No. 16-10308 |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL
## FOR OSAGE EXPLORATION AND DEVELOPMENT, INC.

John Napier ("Movant"), of the firm Crowe & Dunlevy, A Professional Corporation, moves for permission to withdraw from representing Osage Exploration and Development, Inc. ("Debtor") in the above captioned matter. In support of this Motion, Movant states as follows:

Movant is leaving the firm of Crowe & Dunlevy, A Professional Corporation. Mark A. Craige, OBA No. 1992 and Michael Pacewicz, OBA No. 18794, also of the firm Crowe & Dunlevy, A Professional Corporation, have previously entered appearances and will continue to represent the Debtor herein. Therefore, my withdrawal as counsel will not cause any delay or prejudice to the Debtor or to this proceeding.

For the reasons stated, Movant requests permission to withdraw as counsel of record for the Debtor in this matter.

Respectfully submitted,

*s/John Napier*
John Napier, OBA #32585
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
324 North Robinson Ave, Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700

(405) 239-6651 (Facsimile)
john.napier@crowedunlevy.com
ATTORNEY FOR OSAGE EXPLORATION
AND DEVELOPMENT, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of April, 2016, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of Court using the CM/ECF System utilized by the United States Bankruptcy Court for the Western District of Oklahoma, with a Notice of Electronic Filing sent to the following ECF recipients:

Steven M. Abramowitz,
Attorney for Creditor, Apollo Investment Corporation

Larry Glenn Ball, lball@hallestill.com
Attorney for Creditor, El Dorado Corporation, et al.

James E Bird,
Attorney for Creditor Committee, Official Unsecured Creditors' Committee

Steven W. Bugg, steven.bugg@mcafeetaft.com
Attorney for Creditor, Apollo Investment Corporation

John D. Clayman, jclayman@fdlaw.com
Attorney for Creditor, Summit ESP LLC

Elizabeth F Cooper, ecooper@gablelaw.com
Attorney for Creditor Committee, Official Unsecured Creditors' Committee

Jeffrey Davis, jdavis@gardere.com
Attorney for Creditor, Precision Energy Services, Inc., et al.

Jack S. Dawson, jdawson@millerdollarhide.com
Attorney for Creditor, Diamond Oil Field Services, Inc.

Jared Dwain Giddens, jgiddens@cwlaw.com
Attorney for Creditor, Graco Fishing and Rental Tools, Inc.

Michael S Haynes, mhaynes@gardere.com
Attorney for Creditor, Precision Energy Services, Inc., et al.

Marcus A Helt, mhelt@gardere.com
Attorney for Creditor, Precision Energy Services, Inc., et al.

John E. Howland, johnh@rfrlaw.com
Attorney for Creditor, Cleveland Petroleum Products, Inc

Patrick H Lane, plane@millerdollarhide.com
Attorney for Creditor, Diamond Oil Field Services, Inc.

Stephen J. Moriarty, smoriarty@fellerssnider.com
Attorney for Creditor, Blake Arnold Working Interest Oil & Gas Properties, LLC. et al.

W. David Pardue, dpardue@andrewsdavis.com
Attorney for Creditor, Precision Energy Services, Inc., et al.

John T Richer, jricher@hallestill.com
Attorney for Creditor, Sundance Energy, Inc.

Craig Riffel, criffel@westoklaw.com
Attorney for Creditor, Kwic Rentals LLC

G. Blaine Schwabe, III, gschwabe@gablelaw.com
Attorney for Creditor Committee, Official Unsecured Creditors' Committee

E. W. (Bill) Shaw, ews@mdpllc.com
Attorney for Creditor, Patriot Construction Services, Inc.

Karl M. Sigwarth,
Attorney for Creditor, Apollo Investment Corporation

Steven W Soule, ssoule@hallestill.com
Attorney for Creditor, Sundance Energy, Inc.

Mark B. Toffoli, mtoffoli@andrewsdavis.com
Attorney for Creditor, J&J Solutions, LLC

Christopher A. Ward,
Attorney for Creditor Committee, Official Unsecured Creditors' Committee

Charles Snyder, Charles.Snyder@usdoj.gov
U.S. Trustee

Stephen W. Elliott, swelliott@phillipsmurrah.com
Attorney for Interested Party, U.S. Energy Development Corporation


*s/John Napier*
John Napier, OBA #32585